UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

_____

TRAVIS JAMES MULLIS,

    Petitioner,

v.

RICK THALER,
Director, Texas Department of
Criminal Justice, Correctional
Institutions Division

    Respondent.

_____

:
:
:    No. 3:13-cv-121
:
:
:
:
:    **This is a Capital Case**
:
:
:
:
:

**APPENDIX TO PETITION FOR WRIT OF HABEAS CORPUS
BY A PRISONER IN STATE CUSTODY
PURSUANT TO 28 U.S.C. § 2254** *et seq.*

    SHAWN NOLAN
    Capital Habeas Corpus Unit
    Federal Community Defender for the
    Eastern District of Pennsylvania
    Suite 545 West – The Curtis Center
    601 Walnut Street
    Philadelphia, PA 19016
    215-928-0520
    Shawn_Nolan@fd.org

July 23, 2013

# Index

1) Affidavit of Wayne Hill, November 19, 2012

2) Report of Dr. Scarano

3) Letter from Washington County Department of Social Services, July 19, 2013

4) Declaration of Michael Smith

5) Declaration of Maldina Dietz

6) Declaration of Richard Brokaw

7) Declaration of Sallyann Jennings

8) Declaration of Terry Pritt

9) Declaration of Wendy Myers

10) Declaration of Rebecca Pate

11) Declaration of Anne Mullis

12) Declaration of Richard Dudley, November 14, 2012

13) Declaration of Richard Dudley, July 21, 2013

14) Johns Hopkins Treatment Records (Gary Mullis)

15) Declaration of Matthew Mendel, November 16, 2012

16) Declaration of Matthew Mendel, July 18, 2013

17) Report of Victoria Reynolds

18) Brook Lane Records

19) Harford County Petition for Child in Need of Assistance

20) Declaration of Dr. Mitchell Katz

21) Police: Mullis Showing Remorse, Slain Baby's Dad to Return to Texas as Early as Tuesday, *The Houston Chronicle,* February 4, 2008

22) Declaration of Dan Stevenson

23) Declaration of Antoinette McGarrahan

24) *State v. Caren Kohberger*, Complaint, Feb. 1, 2008, Cause No. F016385 (Brazoria County).

25) *State v. Caren Kohberger*, Cause No. F016385, Motion to Dismiss (Brazoria County Justice Court, Mar. 28, 2011)

26) Non-Waiver of Rights Form

27) Juror Questionnaire, Blank