

**Maryland's Human Services Agency**

Department of Human Resources    Martin O'Malley, Governor | Anthony G. Brown, Lt. Governor | Theodore Dallas, Secretary

July 19, 2013

Mr. Joshua Smedley
Federal Community Defender Office for the
Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Independence Square West
Philadelphia, PA 19106

Re: summons regarding Travis J. Mullis/Gary Mullis

Dear Mr. Smedley:

The Washington County Department of Social Services, Child Welfare Division, received your summons request in the above referenced matter on this date. Just for future reference, I just wanted to inform you that per state regulations (Code of Maryland Regulations, or COMAR) we do not release Child Protective Service records or documentation without a court order [COMAR 07.02.07.19A (1) (2) & B (1)]. We do not release documentation with just a summons.

*However*, after researching your request we find that the Washington County Department of Social Services has no history on either Gary or Travis Mullis, in Child Protective Services or in any other capacity. We have no information on either of these two men to provide you. If you received information that either of them should have had some history with us in this county you may need to double check; it is possible there may be some type of history in another Maryland County, but as each county maintains a separate database we cannot access records for you in another county.

I hope this information is helpful to you.

Respectfully,

*Pam Martin*

Pam Martin
Child Protective Services


Cc: Mr. Michael Piercy, Administrator Protective Services

---

Pam Martin, CPS Appeals Coordinator for Western Maryland, 122 N. Potomac St., Hagerstown, MD 21741-1419
Phone #: 240-420-2367 / fax #: 240-420-2549

*Equal Opportunity Employer*

General Information 800-332-6347 | TTY 800-925-4434 | 311 West Saratoga Street | Baltimore | Maryland 21201-3500 | www.dhr.maryland.gov