DECLARATION OF _Malina Dietz_
PURSUANT TO 28 U.S.C. § 1746

I, Maldina Dietz, hereby depose and swear as follows:

From 2000 to 2003 I worked the evening shift at The Jefferson school as a Residential Counselor. Everyone there called me Ms. Dee and I went by the name Dee Dietz.

Travis Mullis was one of the clients I knew there. I liked Travis. He looked up to me and he was respectful of me. He did what I asked him to do. I don't remember asking him to do anything and him not doing what I asked. I never had no problems with Travis. He did what he was told.

The incident that I wrote up as Travis kicking me in the head was not a big deal. I was picking up the hygiene baskets outside of each students door because they were not stored in the students room. While

I was doing this, Travis opened his door. His foot hit my head, but it didn't knock me over or anything. I told him it was a problem because I needed to set boundaries with the students. Right after it happened, Travis went back in his room and shut the door. Everyone else opened their door and he was afraid of them.

Travis was very sorry about what he did. It was no big deal, but I didn't let him know it was no big deal because I wanted him not to do it again. Travis apologized quite a few times. Travis was concerned about me. I don't remember him being concerned about me pressing charges. He was remorseful about the incident.

There was an incident at The Jefferson School where I did press charges. That was in a different side of the school. There is no comparison between the incident with Travis and the incident where I pressed charges. I never considered pressing charges against Travis.

Travis and I got along. He liked to talk to me about things, in his treatment and life. I would talk to him in the kitchen off of the unit. We weren't supposed to do that as staff for our own safety. However, I never felt threatened by Travis. I didn't have safety concerns being alone with him.

I never had problems with Travis. We would do room searches and I never found anything in Travis' room that he wasn't supposed to have. In fact, Travis was so well behaved, I let him and one other student stay up to watch the super bowl. They were the two best behaved, so I rewarded them for that.

Before today, no one has spoken with me about Travis working or this incident from the Jefferson School. No one working on Travis' case spoke with me before his trial. If they had, I would have told them all of the information above. I would have been willing to testify at his trial.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7/17/2013___

Signature: _Meldura J. Dretz_