NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: Gary Mullis        TODAY'S DATE: _9·21·99_

FREQUENCY OF ATTENDANCE:  QM        START DATE:  08/10/93
OFF WEEK?      YES      NO

EXCUSED?      YES      NO

REASON:_____

NOTES:   (Include  as  applicable:   sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status  observations,  and  a  description  of  the  patient's  participation  in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for  the  patients  on  an  ongoing  basis.

THERAPIST:   Joseph Fuhrmaneck, MA, NCC, LCPC, PsA

SIGNATURE:  _joseph Fuhrmaneck_____

Progress Note
September 14, 1999, Group Session
Dictated by Joe Fuhrmaneck, MA, NCC, LCPC, PsA

Patient:   Gary Mullis

Patient reports general status is adequately stable secondary to economic limitation, limited physical contact with spouse and uncertainty regarding interstate compact agreement. Patient denies experiencing inappropriate sexual urges/cognitions. By report he remains controlled behaviorally.

Patient continues position with ▨▨▨▨▨▨▨, which is going fairly well. Patient continues to report limited staffing and disagreement with company policy.

Patient reports communication with spouse is adequate secondary to geographic distance. Gary was pleased to report that spouse is doing quite well in position. He expressed element of concern secondary to hurricane status in North Carolina, which is where spouse is currently located.

Patient continues to report minor conflict with mother-in-law, with whom he currently resides. He is hopeful that the minor disagreement can be resolved in the near future.

Patient expressed apprehension regarding interstate compact with North Carolina. Patient hopes to receive feedback regarding same September 9, 1999. This can be supported.

Mental Status Examination:

Patient's general presentation was unremarkable except for element of fatigue and minor intermittent depression with anxiety specific to above noted stressors.

No other problems were presented. Will continue to follow case. Patient will be seen on a q o month basis effective immediately as part of normal treatment process.

Dictated but not read if not signed. The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: Gary Mullis          TODAY'S DATE: **9·7·99**

FREQUENCY OF ATTENDANCE: QM          START DATE:   08/10/93
OFF WEEK?          (YES)      NO

EXCUSED?          YES          NO

REASON:_____

NOTES:     (Include  as  applicable:   sexual  behavior  –  appropriate  and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints and resolutions, current legal concerns, other significant mental
status  observations,  and  a  description  of  the  patient's  participation  in
group or individual therapy.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, LCPC, PsA

SIGNATURE:  Joseph Fuhrmaneck

000028

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Gary Mullis          TODAY'S DATE:  8·31·99

FREQUENCY OF ATTENDANCE:  QM          START DATE:  08/10/93
OFF WEEK?        (YES)     NO

EXCUSED?         YES       NO

REASON:_____

NOTES:    (Include  as  applicable:   sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:   Joseph Fuhrmaneck, MA, NCC, LCPC, PsA

SIGNATURE:   joseph FuhRMANeck

000029

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Gary Mullis          TODAY'S DATE: **8·24·99**

FREQUENCY OF ATTENDANCE:  QM          START DATE:   08/10/93
OFF WEEK?        (YES)      NO

EXCUSED?         YES        NO

REASON:_____

NOTES:    (Include  as  applicable:   sexual  behavior  –  appropriate  and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints  and  resolutions,  current  legal  concerns,  other  significant  mental
status  observations,  and  a  description  of  the  patient's  participation  in
group  or  individual  therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for  the  patients  on  an  ongoing  basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, LCPC, PsA

SIGNATURE:   joseph FuhRMANeck

000030

Progress Note
August 17, 1999, Group Session
Dictated by Joe Fuhrmaneck, MA, NCC, LCPC, PsA

Patient:    Gary Mullis

Patient reports general status is adequately stable secondary to current employment situation, geographic separation from spouse, current probationary status and limited financial resources. Patient denies experiencing inappropriate sexual urges/cognitions. By report he remains controlled behaviorally.

Patient continues position with ▮▮▮▮▮▮▮ which is going fairly well. Patient continues to report difficulty with staffing pattern and company policy inconsistencies. Patient continues to seek employment in North Carolina, which is where his wife is currently residing.

Patient indicates that the North Carolina Department of Parole and Probation has received documentation for his interstate contract transfer consideration. He is anxious to receive feed back on issue.

Patient and spouse communicate daily via telephone and e-mail medium. Patient and spouse visit one to two times per month currently. Gary hopes to visit with spouse this coming week. This is certainly supported.

Patient continues to struggle with issues of loneliness and depression (mild). Patient does present with element of fatigue. Gary indicates that he is attempting to maintain proper perspective. He indicates that he is currently only "minimally stressed."

Patient discussed apprehension regarding future employment/career opportunities given his legal/criminal history. Recommend patient remain focused on improving situation whenever possible.

Recommend patient decrease treatment frequency to a q o month basis as part of normal treatment process.

No other problems were presented. Will continue to follow case.

Patient denies experiencing inappropriate sexual urges/cognitions. By report he remains controlled behaviorally.

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: Gary Mullis          TODAY'S DATE: **8·10·99**

FREQUENCY OF ATTENDANCE:  QM          START DATE:  08/10/93
OFF WEEK?        (YES)     NO

EXCUSED?        YES        NO

REASON:_____

NOTES:   (Include as applicable:  sexual behavior - appropriate and
inappropriate, employment status, home situation, current stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, LCPC, PsA

SIGNATURE:  joseph Fuhrmaneck_____

000032

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

## PROGRESS NOTES

PATIENT'S NAME:  Gary Mullis                    TODAY'S DATE:  8·3·99

FREQUENCY OF ATTENDANCE:  QM              START DATE:   08/10/93
OFF WEEK?          YES         NO

EXCUSED?          YES         NO

REASON:_____

NOTES:    (Include  as  applicable:    sexual  behavior  –  appropriate  and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:   Joseph Fuhrmaneck, MA, NCC, LCPC, PsA

SIGNATURE:   joseph FuhRMAneck

000033

Progress Note
July 27, 1999, Group Session
Dictated by Joe Fuhrmaneck, MA, NCC, LCPC, PsA

Patient:    Gary Mullis

Patient reports general status is adequately stable secondary to economic limitation, geographic separation from spouse, current probationary status and career/employment area.   Patient denies experiencing inappropriate sexual urges/cogitions.   By report he remains controlled behaviorally.

Patient continues position with ███████████, which is going fairly well.   Patient finds the position difficult secondary to staffing limitations and administrative policy/procedures.   He continues to seek employment locally as well as in the North Carolina region where wife has relocated.   This is supported.

Patient continues to await decision on possible interstate transfer of probation.   Gary is to complete probationary status February 3, 2000.   This can be supported.

Patient and spouse are having difficulty with current geographic separation.   The spouse visited last week.   This is supported.   Gary and wife communicate q p.m. via internet medium.   This is quite helpful.

Patient expressed some frustration and stress with mother-in-law (77 years of age) who he described as "very critical, meddling and judgmental).

Mental Status Evaluation:

Patient is alert, oriented and coherent.   He is not currently in a state of distress.   Patient reports varied depression (5-10 on a 1-10 scale).   Patient reports appetite is adequate. Sleep pattern varies secondary to employment cycle (10 p.m. – 6 a.m.).

Patient is not currently receptive to initiate psychopharmacological intervention.   He was not presently viewed as an absolute necessity.   We will closely continue to follow case.

It is suggested that patient's symptoms on par to a significant degree or situationally triggered.

No other problems were presented.   Will continue to follow case.

Dictated but not read if not signed.   The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: Gary Mullis            TODAY'S DATE: **7·20·79**

FREQUENCY OF ATTENDANCE: QM            START DATE:  08/10/93
OFF WEEK?        YES        NO

EXCUSED?        YES        NO

REASON:_____

NOTES:   (Include  as  applicable:   sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, LCPC, PsA

SIGNATURE:  joseph Fuhrmaneck

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Gary Mullis          TODAY'S DATE:  _7.13.99_

FREQUENCY OF ATTENDANCE:  QM         START DATE:   08/10/93
OFF WEEK?      (YES)      NO

EXCUSED?       YES        NO

REASON:_____

NOTES:   (Include  as  applicable:   sexual  behavior  –  appropriate  and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:   Joseph Fuhrmaneck, MA, NCC, LCPC, PsA

SIGNATURE:   _joseph FuhRMANeck_

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: Gary Mullis

FREQUENCY OF ATTENDANCE: 9M

TODAY'S DATE: 7·6·99

START DATE:

OFF WEEK?    YES    NO

EXCUSED?    YES    NO

REASON: _____

NOTES: (Include as applicable: sexual behavior – appropriate and inappropriate, employment status, home situation, current stresses, complaints and resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: Joseph Fuhrmaneck

000037

Progress Note
June 29, 1999, Group Session
Dictated by Joe Fuhrmaneck, MA, NCC, LCPC, PsA

Patient: Gary Mullis

Patient reports general status is adequately stable secondary to current probationary
status, geographical distance from spouse and economic limitation. Patient denies
experiencing inappropriate sexual urges/cognitions. By report he remains controlled
behaviorally.

Patient continues position with ███████████████, which remains consistently
disappointing secondary to administrative policy and staffing problems. Patient
continues to evaluate possible opportunities in North Carolina, which is where his wife
relocated to continue her post.

Patient was sad and frustrated to report that the Maryland judge would not agree to close
probationary status. Patient is currently awaiting response from North Carolina regarding
possible transfer of probation to that jurisdiction.

Patient will continue treatment at this center on a q monthly frequency until August 1999,
at which point he will decrease frequency to a q o month contact until closure of
probation February 2000. At that time patient will relocate to North Carolina where he
will continue with supportive psychotherapy sessions.

Patient reports contact with spouse is supportive where the couple communicate on a q
daily frequency via e-mail format. This is most certainly supported.

Patient reports mild depression and frustration secondary to current situation and
separation from spouse, indicating "I am lonely." Fortunately patient's current separation
from spouse has not triggered inappropriate sexual material.

No other problems were presented. Will continue to follow case.

Dictated but not read if not signed. The attending physician was available and continues
to provide supervision for the patients on an ongoing basis.

NATIONAL INSTITUTE OF SEXUAL TRAUMA
THE STUDY, PREVENTION AND TREATMENT

PROGRESS NOTES

NAME: GARY Mullis

AT ATTENDANCE:

DATE: 6.22.99

CL:

YES    (NO)

(YES)    NO

Phone Consult

(Include as applicable:    sexual behavior  -  appropriate and appropriate, employment status, home situation, current stresses, concerns, and resolutions, current legal concerns, other significant mental or individual therapy.):    description of the patient's participation in group or individual therapy.):

1. is excused due

to schedule conflict.

To see in 1 wk.



PHONE CALL

FOR DE
GARY mullis
M ████████████
OF ████████████   EXTENSION
PHONE   He cannot att...   He will
FAX#   group tonight. He will
MESSAGE   group tonight to discuss this
with you.

| | |
|---|---|
| TELEPHONED | |
| RETURNED YOUR CALL | |
| PLEASE CALL | |
| WILL CALL AGAIN | |
| CAME TO SEE YOU | |
| WANTS TO SEE YOU | |

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  Joseph Fuhrmaneck

000039

June 22, 1999

Dr. Berlin,

Gary Mullis called. He said that he went before Judge Carr, who said that he would only release him from probation if, when he gets to North Carolina, he voluntarily registers as a sex offender. Mr. Mullis is not going to do this. He said that he is not required to do so, and if he does register, he would have to do this every year for 10 years. He only has 8 months of probation left.

His probation officer is now trying to have his probation transferred to North Carolina.

He would like to discuss this with you.

Denise



| PHONE CALL | | |
|---|---|---|
| FOR DR. BERLIN   DATE 6-22-99 TIME _____ A.M. / P.M. | | |
| M GARY Mulli | | |
| OF _____ | TELEPHONED | |
| PHONE ███████ | RETURNED YOUR CALL | |
| FAX # _____ | PLEASE CALL | ✓ |
| MESSAGE _____ | WILL CALL AGAIN | |
| | CAME TO SEE YOU | |
| | WANTS TO SEE YOU | |

000040

Progress Note
May 25, 1999, Group Session
Dictated by Joe Fuhrmaneck, MA, NCC, LCPC, PsA

Patient:     Gary Mullis

Patient reports general status is at best adequately stable secondary to economic limitation, uncertainty regarding career/employment area, wife's pending location to North Carolina and unresolved probation status with the state of Maryland. Patient denies experiencing inappropriate sexual urges/cognitions. By report he remains controlled behaviorally.

Patient continues position with ███████████. The post remains difficult secondary to company policy and staffing patterns.

Patient expressed noted anxiety as he awaits the court's decision to discontinue probation with the state of Maryland. Gary indicates that his probation officer is in favor of same. This can be supported with continued psychotherapy.

Patient is quite concerned as his wife is due to relocate to North Carolina on June 1, 1999, as requirement of her current employer ███████████ Mr. Mullis had hoped to relocate with spouse on June 1, 1999. At this time he hopes this can be accomplished by mid June 1999.

Unfortunately patient has not been able to secure employment in the North Carolina sector. This remains a very stressful situation for both Gary and his spouse. His response to same appears within acceptable perimeters.

We evaluated patient's level of insecurity and dependency within marital relationship. Patient's wife also appears to be quite insecure as this is her first marriage. This will also mark the first time that Gary and spouse have been separated since their marriage.

Should patient receive approval to discontinue probation he will relocate to North Carolina as soon as possible where he will join spouse. At that time he will continue per his agreement with this center individual psychotherapy for support and guidance. If patient's probation agreement is not rescinded he will continue treatment with this center on a q monthly frequency until such time he is able to transfer with wife.

No other problems were presented. Will continue to follow case. Patient will be seen in four weeks for routine supportive treatment contact should he not relocate to North Carolina. He will inform this center should he receive approval to discontinue probation and relocate.

Dictated but not read if not signed. The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary          TODAY'S DATE:  __5·18·99__

FREQUENCY OF ATTENDANCE:  qm          START DATE:  08/10/93

OFF WEEK?      (YES)    NO

EXCUSED?       YES      NO

REASON:_____

NOTES:  (Include as applicable:  sexual behavior - appropriate and
inappropriate, employment status, home situation, current stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, LCPC, PsA

SIGNATURE:  ___Joseph Fuhrmaneck___

000042

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: Mullis, Gary          TODAY'S DATE: __5·11·99__

FREQUENCY OF ATTENDANCE: qm          START DATE: 08/10/93

OFF WEEK?      (YES)      NO

EXCUSED?      YES      NO

REASON:_____

NOTES: (Include as applicable: sexual behavior - appropriate and
inappropriate, employment status, home situation, current stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, LCPC, PsA

SIGNATURE: __Joseph Fuhrmaneck__

000043

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: Mullis, Gary          TODAY'S DATE: __5·4·99__

FREQUENCY OF ATTENDANCE: qm          START DATE: 08/10/93

OFF WEEK?     (YES)     NO

EXCUSED?     YES     NO

REASON:_____

NOTES: (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints and resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, LCPC, PsA

SIGNATURE: ___Joseph Fuhrmaneck___

000044

Progress Note
April 27, 1999, Group Session
Dictated by Joe Fuhrmaneck, MA, NCC, LCPC, PsA

Patient:   Gary Mullis

Patient reports general status is at best adequately stable secondary to anxiety associated with possible pending relocation to North Carolina, limited employment opportunities and economic limitation.   Patient denies experiencing inappropriate sexual urges/cognitions.   By report he remains controlled behaviorally.

Patient continues employment with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which is going fairly well. Patient continues to report ongoing difficulty with staffing and management policy issues. He continues to evaluate possible alternative career/employment opportunities with focus on relocating to North Carolina.

Patient reports contact with spouse is supportive with adequate communication pattern.   The spouse has been informed that she must relocate to North Carolina in order to maintain current position June 1, 1999. This is quite stressful for patient and spouse as he quite naturally hopes to relocate to North Carolina on or about that date.

Patient has consulted with probation officer, who is in the process of considering several options to include early termination of probationary contract or transferring case to North Carolina. As of June 1999 Gary will have eight months remaining on current probationary period of five years. This writer could support early termination of probationary status with the stipulation patient continue supportive individual or group psychotherapy with specialist in North Carolina.

Patient expressed frustration, fearfulness and apprehension regarding current status with desire to "live an upstanding, healthy, appropriate life and begin again."   This certainly be supported.

Patient will continue current treatment with center on a q monthly frequency until relocating to North Carolina June 1999.   At that time case will be transferred to therapist for continued supportive contact.

Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

000045

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary          TODAY'S DATE:  _4-20-99_

FREQUENCY OF ATTENDANCE:  qm           START DATE:  08/10/93

OFF WEEK?        (YES)      NO

EXCUSED?         YES        NO

REASON:_____

NOTES:    (Include as applicable:   sexual behavior - appropriate and
inappropriate, employment status, home situation, current stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:   Joseph Fuhrmaneck, MA, NCC, LCPC, PsA

SIGNATURE:   _Joseph Fuhrmaneck_

000046

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary          TODAY'S DATE:  ___4.13.99___

FREQUENCY OF ATTENDANCE:  qm           START DATE:  08/10/93

OFF WEEK?        (YES)        NO

EXCUSED?         YES          NO

REASON:_____

NOTES:    (Include as applicable:    sexual behavior - appropriate and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, LCPC, PsA

SIGNATURE:  ___Joseph Fuhrmaneck___

000047

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: Mullis, Gary          TODAY'S DATE: __4·6·99__

FREQUENCY OF ATTENDANCE: qm          START DATE: 08/10/93

OFF WEEK?       (YES)      NO

EXCUSED?        YES        NO

REASON:_____

NOTES:   (Include as applicable:   sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints and resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, LCPC, PsA

SIGNATURE: ___Joseph Fuhrmaneck___

Progress Note
March 30, 1999, Group Session
Dictated by Joe Fuhrmaneck, MA, NCC, LCPC, PsA

Patient:   Gary Mullis

Patient reports general status is at best adequately stable secondary to economic limitation, concern for spouse's career stability and uncertainty regarding his potential career options given criminal history.  Patient denies experiencing inappropriate sexual urges/cognitions.  By report he remains controlled behaviorally.

Patient continues position with ▮▮▮▮▮▮▮▮▮▮, which remains problematic secondary to staffing and policy inconsistencies.  Patient continues to seek career/employment opportunities beyond company with nil success.   This is quite frustrating and humiliating for patient. Recommend he remain focused on process.

Patient expressed concern for spouse who is in the process of relocation in career/employment area (North Carolina) effective June 1, 1999.  The wife's company has been vague in formalizing her contract, which has created tension and anxiety.  Both parties are concerned that patient will not receive approval to transfer probation to North Carolina and that he may continue to have difficulty securing adequate employment.  Patient completes probation February 2000.

Patient and spouse have been married approximately one year.   The relationship has endured several significant stressors to include wife's fragile gynecological status.  Both Gary and spouse present with dependent characteristics as well as insecurity.   They both remain  committed relationship.  However, this is quite a difficulty "honeymoon period."

Patient presents with element of depression and certainly frustration.  He is goal oriented and remains focused on improving situation.  This is supported.

No other problems were presented.  Will continue to follow case.


Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary          TODAY'S DATE: __3·23·99__

FREQUENCY OF ATTENDANCE:  qm            START DATE:  08/10/93

OFF WEEK?        (YES)      NO

EXCUSED?         YES        NO

REASON:_____

NOTES:    (Include as applicable:   sexual behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations,  and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, LCPC, PsA

SIGNATURE:  ___Joseph Fuhrmaneck___