NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

## PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary          TODAY'S DATE:  _3·16·99_

FREQUENCY OF ATTENDANCE:  qm          START DATE:  08/10/93

OFF WEEK?        (YES)        NO

EXCUSED?         YES          NO

REASON:_____

NOTES:    (Include as applicable:    sexual behavior - appropriate and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, LCPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary          TODAY'S DATE:  ___3-9-99___

FREQUENCY OF ATTENDANCE:  qm          START DATE:  08/10/93

OFF WEEK?      (YES)      NO

EXCUSED?       YES       NO

REASON:_____

NOTES:   (Include as  applicable:   sexual behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, LCPC, PsA

SIGNATURE:  ___Joseph Fuhrmaneck___

000052

Progress Note
March 2, 1999, Group Session
Dictated by Joe Fuhrmaneck, MA, NCC, LCPC, PsA

Patient:   Gary Mullis

Patient reports general status is adequately stable secondary to economic limitation, career/employment stress, concern for wife's medical status and concern for his son. Patient denies experiencing inappropriate sexual urges/cognitions. By report he remains controlled behaviorally.

Patient continues position with ███████████, which is going fairly well. Patient continues to experience difficulty secondary to staffing issues and administrative policies. He continues to evaluate various career/employment opportunities, i.e., ████████████████

Contact with spouse is supportive and healthy. There is an element of anxiety as the wife's position with United Healthcare is coming to a close effective August 1, 1999. The United Healthcare group is transferring point of service to Greensboro, North Carolina. Patient's wife will most likely relocate to that area as she has invested several years in this company.

This may place Mr. Mullis in a somewhat stressful situation as he currently remains on probationary status until February 3, 2000. Patient plans to attempt transferring probationary status from Maryland to North Carolina should wife be accepted for this transfer position.

Patient also expressed concern for wife's medical status. She continues to complain of gynecological difficulties. The wife remains under doctor's care. This is supported.

Patient also expressed concern for his adopted son/victim, with whom he has no contact. This remains quite difficult for Gary.

Patient reported intermittent depression secondary to above noted issues. Medication is not seen as absolutely necessary at this time. Patient would also, "rather handle situation without relying upon medication."

No other problems were presented. Will continue to follow case.


Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

000053

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____2·23·99_____          START DATE:  «start»

OFF WEEK?        (YES)        NO

EXCUSED?         YES          NO

REASON:_____

NOTES:    (Include  as  applicable:   sexual  behavior  –  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____Joseph Fuhrmaneck_____

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____2.16.99_____          START DATE:  «start»

OFF WEEK?      (YES)      NO

EXCUSED?        YES        NO

REASON: _____

NOTES:   (Include as applicable: sexual behavior – appropriate and
inappropriate, employment status, home situation, current stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____Joseph Fuhrmaneck_____

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _2.9.99_                     START DATE: «start»

OFF WEEK?        (YES)        NO

EXCUSED?          YES          NO

REASON: _____

NOTES:   (Include  as  applicable:   sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

Progress Note
February 2, 1999, Group Session
Dictated by Joe Fuhrmaneck, MA, NCC, CPC, PsA

Patient:   Gary Mullis

Patient reports general status is adequately stable secondary to continued career/employment stress/dissatisfaction, economic limitations, concern regarding wife's medical status and concern for son's welfare. Patient denies experiencing inappropriate sexual urges/cognitions. By report he remains controlled behaviorally.

Patient continues position with ████████████, which remains stressful secondary to policy and staffing concerns.    Gary has not proactively evaluated possible career/employment opportunities since last seen. AMA. He is, however, in the process of rewriting resume. This is supported.

Patient reports that he and wife are doing fairly well secondary to employment schedule conflicts and limited economic resources. Patient continues to express concern for wife's medical status specific to gynecological issues. He remains supportive.

Communication pattern within marriage is seen as adequate.    Intimacy is seen as mutually satisfactory.    The couple have not engaged in sexual relations secondary to above noted difficulties.

Patient continued to express concern for the welfare of his son.  Gary has had no word on son's status for a three month period.   This remains a very difficult and stressful situation for this individual. Patient's concern for child appeared genuine and healthy.

Patient was pleased to report that his probation will hopefully be terminated February 2000. This can be supported.   Patient does report mild depression with associated fatigue.   At present, patient does not feel that medication is warranted. He appears to be functioning adequately. Will continue to closely monitor case.

No other problems were presented. To see patient in four weeks for routine treatment contact.


Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

000057

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: ___1·26·99___          START DATE:  «start»

OFF WEEK?      (YES)      NO

EXCUSED?       YES        NO

REASON: _____

NOTES:   (Include  as  applicable:   sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status  observations,  and  a  description  of  the  patient's  participation  in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:   Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: ___Joseph Fuhrmaneck___

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: ___1·19·99___          START DATE:  «start»

OFF WEEK?      YES      NO

EXCUSED?      YES      NO

REASON: _____

NOTES:  (Include  as  applicable:  sexual  behavior  –  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: ___Joseph Fuhrmaneck___

000059

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____ 1·12·99 _____          START DATE:  «start»

OFF WEEK?       (YES)      NO

EXCUSED?        YES        NO

REASON: _____

NOTES:  (Include  as  applicable:  sexual  behavior  −  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status  observations,  and  a  description  of  the  patient's  participation  in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

Progress Note
January 5, 1999, Group Session
Dictated by Joe Fuhrmaneck, MA, NCC, CPC, PsA

Patient:   Gary Mullis

Patient reports general status is adequately stable secondary to economic limitation, concern for wife's medical and emotional well-being and employment disappointment.   Patient denies experiencing inappropriate sexual urges/cognitions.  By report he remains controlled behaviorally.

Patient continues position with ▮▮▮▮▮▮▮▮▮▮ which remains quite difficult and frustrating secondary to company policy and limited staff support.  Patient continues to evaluate various employment opportunities and will contact an employment agency to assist with same in the near future.  This is supported.

Patient expressed concern for spouse who presents with post surgery bleeding and cramping. Gary also indicates that wife "is often very moody and cries regularly."  It is patient's belief that wife may require a hysterectomy, however, fears procedure secondary to familial pattern of cancer.  Recommend patient consult ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

No other problems were presented.  Will continue to follow case.


Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

000061

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE:  _12·29·98_                  START DATE:  «start»

OFF WEEK?      (YES)        NO

EXCUSED?       YES          NO

REASON: _____

NOTES:  (Include as applicable:  sexual behavior - appropriate and
inappropriate, employment status, home situation, current stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_

000062

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _12·22·98_            START DATE: «start»

OFF WEEK?    (YES)    NO

EXCUSED?    YES    NO

REASON: _____

NOTES: (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints and resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE:  QM

TODAY'S DATE:  _8·12·15 98_        START DATE:  «start»

OFF WEEK?        (YES)      NO

EXCUSED?         YES        NO

REASON: _____

NOTES:    (Include  as  applicable:  sexual  behavior  –  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status  observations,  and  a  description  of  the  patient's  participation  in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_____

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____12-3-98_____          START DATE:  «start»

OFF WEEK?          (YES)          NO

EXCUSED?          YES          NO

REASON: _____

NOTES:  (Include as applicable: sexual behavior – appropriate and inappropriate, employment status, home situation, current stresses, complaints and resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

Progress Note
December 1, 1998, Group Session
Dictated by Joe Fuhrmaneck, MA, NCC, CPC, PsA

Patient:   Gary Mullis

Patient reports general status is adequately stable secondary to frustration and depression associated with current career/employment situation as well as concern for wife's medical status. Patient denies experiencing inappropriate sexual urges/cognitions.   He remains controlled by report behaviorally.

Patient continues employment with ▮▮▮▮▮▮▮▮▮, which remains far from satisfactory.  The company appears to maintain less than adequate staff to man facility, which places increased demands upon current employees.

Patient indicates that he continues to forward resumes to various companies without benefit.  This remains a primary focus of frustration and depression.  Gary is quite pessimistic regarding his future career options secondary to prior criminal/sexual history.  Recommend patient consider securing the assistance of an employment agency.

Patient indicates that he and spouse are doing "fine."  By report verbal communication pattern is quite adequate as is level of physical/nurtural intimacy.  This is absolutely supported.

Patient expressed concern for wife's medical status as she continues to present with excessive vaginal bleeding and cramping.  She will consult with M.D. within the next week.  Patient suggested that spouse may require surgical intervention (hysterectomy), which certainly may be the case.  Patient remains supportive and empathic.

Recommend patient continue to monitor level of frustration and depression during the next four week period.  Should depression not abate will recommend course of anti-depressant medication.

No other problems were presented.  Will continue to follow case.


Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____11·24·98_____          START DATE:  «start»

OFF WEEK?        (YES)        NO

EXCUSED?         YES          NO

REASON:_____

NOTES:   (Include  as  applicable:   sexual  behavior  –  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _____

000067

Progress Note
November 3, 1998, Group Session
Dictated by Joe Fuhrmaneck, MA, NCC, CPC, PsA

Patient:   Gary Mullis

Patient reports general status is adequately stable secondary to recent death of parent, economic limitations and limited time with spouse.   Patient denies experiencing inappropriate sexual urges/cognitions.  By report, he remains controlled behaviorally.

Patient continues employment with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Gary remains dissatisfied with post in part due to administrative and company policies.   He continues to seek new employment opportunities without benefit.  This is quite frustrating and fatiguing for patient. Recommend he maintain proper perspective regarding issue.

Patient was sad to report that his biological mother died October 17, 1998, at 69 years of age secondary to cardiac failure.  The parent was positive for a history of ETOH abuse and nicotine abuse.  Gary had  not had physical contact with parent since 1987.  Patient did attend funeral, finding a sense of closure with process.  This is supported.

Patient indicates that his father is adjusting well to the loss of prior spouse as they had been divorced some 30 years.

Patient was pleased to report that his wife is healing well post recent surgery procedure.  Patient was sad to report that they have limited time together (Friday evenings) secondary to employment schedule conflicts.  In addition, Gary and wife are experiencing increased stress as they are caring for mother-in-law, who has recently been ill.

No other problems were presented.  Will continue to follow case.


Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

000068

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____10/17/98_____          START DATE:  «start»

OFF WEEK?        (YES)       NO

EXCUSED?         YES        NO

REASON: _____

NOTES:   (Include   as   applicable:   sexual   behavior   –   appropriate   and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

000069

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _10·10·98_          START DATE: «start»

OFF WEEK?    (YES)    NO

EXCUSED?    · YES    NO

REASON: _____

NOTES:    (Include as applicable:    sexual behavior – appropriate and inappropriate,   employment   status,   home   situation,   current   stresses, complaints and resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_____

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____10-27-98_____          START DATE:  «start»

OFF WEEK?        YES        NO

EXCUSED?        YES        NO

REASON: _____

NOTES:    (Include  as  applicable:    sexual  behavior  –  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status  observations,  and  a  description  of  the  patient's  participation  in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: ____Joseph Fuhrmaneck____

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____10/20/98_____          START DATE: «start»

OFF WEEK?      (YES)     NO

EXCUSED?      ⁄ YES     NO

REASON:_____

NOTES: (Include as applicable: sexual behavior – appropriate and
inappropriate, employment status, home situation, current stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_____

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____10·13·98_____          START DATE:  «start»

OFF WEEK?        (YES)        NO

EXCUSED?       · YES         NO

REASON:_____

NOTES:   (Include  as  applicable:   sexual  behavior  –  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status  observations,  and  a  description  of  the  patient's  participation  in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_____

Progress Note
October 6, 1998, Group Session
Dictated by Joe Fuhrmaneck, MA, NCC, CPC, PsA

Patient:   Gary Mullis

Patient reports general status is adequately stable secondary to career/employment concern, financial limitation and concern regarding son's welfare.   Patient denies experiencing inappropriate sexual urges/cognitions.  By report he remains controlled behaviorally.

Patient continues employment with ▮▮▮▮▮▮▮▮ which is going fairly well.  Mr. Mullis expressed noted frustration with element of depression associated with employment search activity during the last five year period.  He continues to place, by report, applications for various positions without benefit.  Recommend patient widen scope for possible career/employment options, i.e., Baltimore County Department of Unemployment Services/Job Training Function.

Patient was pleased to report that his wife's recent gynecological surgery went well as she continues to recover from experience.  This is certainly hopeful.

Patient expressed frustration as he and spouse have extremely limited time together (Friday evenings), secondary to their respective employment schedules.  Recommend patient attempt to improve level of contact with spouse as soon as possible.

Patient expressed concern for son with whom he has had no contact for quite some time.  His last face to face contact with child was during his first and only shared treatment contact with the boy. Gary was quite surprised that the child's mother sent his spouse a letter outlining the boy's recent accomplishments and general status, indicating "he was doing well."

No other problems were presented.  Will continue to follow case.


Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____9·29·98_____          START DATE:  «start»

OFF WEEK?        (YES)        NO

EXCUSED?        · YES        NO

REASON: _____

NOTES:    (Include  as  applicable:    sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status  observations,  and  a  description  of  the  patient's  participation  in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

000075