NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: ____9·22·98____        START DATE:  «start»

OFF WEEK?        (YES)       NO

EXCUSED?        · YES        NO

REASON: _____

NOTES:    (Include  as  applicable:   sexual  behavior  –  appropriate  and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: ___Joseph Fuhrmaneck___

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE:  9.15.98          START DATE: «start»

OFF WEEK?    (YES)    NO

EXCUSED?    · YES    NO

REASON: _____

NOTES:    (Include  as  applicable:    sexual  behavior  -  appropriate  and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints and resolutions, current legal concerns, other significant mental
status  observations,  and  a  description  of  the  patient's  participation  in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_____

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____9·8·98_____          START DATE: «start»

OFF WEEK?          (YES)          NO

EXCUSED?          · YES          NO

REASON: _____

NOTES: (Include as applicable: sexual behavior – appropriate and inappropriate, employment status, home situation, current stresses, complaints and resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____Joseph Fuhrmaneck_____

000078

Progress Note
September 1, 1998, Group Session
Dictated by Joe Fuhrmaneck, MA, NCC, CPC, PsA

Patient:   Gary Mullis

Patient reports general status is adequately stable secondary to economic and employment issues, as well as concern for wife's medical status. Patient denies experiencing inappropriate sexual urges/cognitions. By report he remains controlled behaviorally.

Patient continues employment with the ███████████████████, which remains demanding and frustrating secondary to staffing and policy inconsistencies. Patient continues to evaluate various employment opportunities with little success. Gary recently placed applications with the ████████████████ ██ ███████. The search for an appropriate career/employment placement has been a primary frustration during the past five year period for this individual. Recommend he continue to evaluate employment opportunities as they arise.

Patient expressed concern for wife who will receive gynecological surgery September 18, 1998. Patient's wife continues to present with anxiety and apprehension regarding her first surgical experience. The wife will consult with surgeon in the near future, which is absolutely supported.

Patient reports an increase in depression during the last two week period, feeling at times "overwhelmed." We evaluated the various situational stressors to include financial limitation which impact negatively upon patient and marital situation. Recommend patient maintain realistic perspective and remain focused on proactively addressing concerns. It was further recommended that patient continue to monitor level of depression during the next four week period and should situation persist we may wish to visit the possibility of prescribing an anti-depressant agent.

No other problems were presented. Will continue to follow case.


Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

000079

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: ___8·25·98___          START DATE:  «start»

OFF WEEK?     (YES)     NO

EXCUSED?       YES      NO

REASON: _____

NOTES:    (Include   as   applicable:    sexual   behavior   –   appropriate   and
inappropriate,    employment    status,    home    situation,    current    stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

## PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: ____8·18·98____          START DATE:  «start»

OFF WEEK?      (YES)      NO

EXCUSED?      YES      NO

REASON: _____

NOTES:    (Include  as  applicable:    sexual  behavior  —  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: ____Joseph Fuhrmaneck____

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

## PROGRESS NOTES

PATIENT'S NAME: MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____8·11·98_____          START DATE: «start»

OFF WEEK?      (YES)      NO

EXCUSED?       YES       NO

REASON:_____

NOTES:    (Include  as  applicable:   sexual  behavior  –  appropriate  and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations,  and a  description of  the patient's  participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:   Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:   _Joseph Fuhrmaneck_____

000082

Progress Note
August 4, 1998, Group Session
Dictated by Joe Fuhrmaneck, MA, NCC, CPC, PsA

Patient:   Gary Mullis

Patient reports general status is adequately stable secondary to ongoing employment demands, economic stress and concern for spouse's medical status.   Patient denies experiencing inappropriate sexual urges/cognitions.   Patient by report remains controlled and appropriate behaviorally.

Patient continues employment with ████████████, which remains quite demanding and stressful secondary to staffing problems and incompatible management styles.   Mr. Mullis continues to evaluate various employment/career opportunities with thus far limited success.   The process appears frustrating and somewhat demoralizing.   Recommend patient remain focused on proactively seeking a career transition.

Patient expressed concern for spouse who has experienced excessive vaginal bleeding secondary to piles on uterine tissue.   Patient's wife has a planned surgical date of September 18, 1998, for the removal of piles, as well as a D&C procedure.   The spouse is quite anxious and fearful regarding her first major surgery.   The medical status of spouse, as well as her exacerbated fear regarding surgery, has triggered anxiety for patient and partner.   Gary remains supportive and empathic.   Recommend spouse consult physician regarding her anxiety and fear concerning procedure.

Patient further expressed concern regarding financial stress, which he and spouse currently face.

Patient reviewed growth process secondary to involvement in psychotherapy during the last several years.   Insight is seen as improved.   Judgment viewed as intact.

No other problems were presented. Will continue to follow case.

Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE:  _7·28·78_          START DATE:  «start»

OFF WEEK?      (YES)      NO

EXCUSED?       YES       NO

REASON:_____

NOTES:  (Include as applicable:  sexual behavior – appropriate and inappropriate, employment status, home situation, current stresses, complaints and resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: ___7.21.98___          START DATE: «start»

OFF WEEK?     (YES)     NO

EXCUSED?     YES     NO

REASON:_____

NOTES:   (Include  as  applicable:   sexual  behavior  –  appropriate  and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_

000085

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:   MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____7.14.98_____          START DATE:   «start»

OFF WEEK?        (YES)        NO

EXCUSED?          YES          NO

REASON: _____

NOTES:   (Include   as   applicable:    sexual   behavior   –   appropriate   and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:   Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____Joseph Fuhrmaneck_____

Progress Note
July 7, 1998, Group Session
Dictated by Joe Fuhrmaneck, MA, NCC, CPC, PsA.

Patient: Gary Mullis

Patient reports general status is adequately stable secondary to employment and economic issues as well as concern for wife's physical health. Patient denies experiencing inappropriate sexual urges/cognitions. He remains controlled behaviorally.

Patient continues employment with ███████████████, which is going fairly well. Gary continues to struggle with limited staff assistance and less than ideal administrative support. Patient indicates that he continues to evaluate various employment opportunities. This is absolutely supported.

Patient expressed noted concern for spouse who has experienced menopausal symptoms to include excessive blood loss. Patient's wife will receive D&C in the near future.

Patient is attempting to be supportive and empathic during this very difficult transition for spouse. Recommend patient monitor communication style as he has in the past tended to emotionally distance self by performing parental and/or authority role in stressful situations. Recommend patient not focus on controlling scenario, however, and to emphasize with spouse the issue of resolving situational transition as a partnership and team.

Patient was pleased to report that he and wife generally are doing quite well and that he is quite pleased with relationship. The couple do struggle economically as they begin their marital life together. Patient's wife is attempting to balance professional and personal life areas, which remains a challenge. It appears by report that she is certainly prepared for same. This is hopeful.

No other problems were presented. Will continue to follow case.


Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Progress Note
June 30, 1998, Group Session
Dictated by Joe Fuhrmaneck, MA, NCC, CPC, PsA

Patient:  Gary Mullis

Patient was not seen this session as this is his routine week for excused absence.  He will be seen in one week.


Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

000088

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTE

PATIENT'S NAME: _Gary Mullis_          TODAY'S DATE: _6/30/98_

OFF WEEK?          (YES)          NO

EXCUSED?          YES          NO

REASON: _____

NOTES:     (Include as applicable:   sexual behavior  –  appropriate and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST'S SIGNATURE: _____

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: ___6 23 ·98___          START DATE: «start»

OFF WEEK?        (YES)        NO

EXCUSED?         YES          NO

REASON: _____

NOTES:    (Include   as   applicable:   sexual   behavior   –   appropriate   and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints and resolutions, current legal concerns, other significant mental
status  observations,  and  a  description  of  the  patient's  participation  in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: ___Joseph Fuhrmaneck___

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: ___6.16.98___          START DATE: «start»

OFF WEEK?          (YES)          NO

EXCUSED?          YES          NO

REASON: _____

NOTES:    (Include as applicable:  sexual behavior — appropriate and
inappropriate, employment status, home situation, current stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: ___Joseph Fuhrmaneck___

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

## PROGRESS NOTES

PATIENT'S NAME: MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _6·9·98_          START DATE: «start»

OFF WEEK?        (YES)        NO

EXCUSED?         YES          NO

REASON:_____

NOTES:   (Include  as  applicable:   sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_

Progress Note
June 2, 1998, Group Session
Dictated by Joe Fuhrmaneck

Patient: Gary Mullis

Patient reports general status is adequately stable secondary to employment concern, economic stress, anxiety associated with wife's medical status, and apprehension regarding forthcoming discussion with probation officer regarding possible registration with the Maryland Sex Offender Registry. Patient denies experiencing inappropriate sexual urges/cognitions.

Patient continues employment with ████████████, which is going fair at best. Patient continues to evaluate various local dispatching possibilities beyond the law enforcement arena. This can be supported.

Patient indicates that he and wife are experiencing noted financial strain as they begin their marital life together. This is quite difficult for both parties. However, patient is concerned that his wife tends to be self-critical. Patient is attempting to be supportive and loving. This is certainly supported. Recommend patient and wife consult pastor for counseling regarding current situation.

Patient reports concern and anxiety associated with wife's medical status. She is currently consulting with OB/GYN regarding excessive bleeding and pain on a qod frequency. In addition, patient is concerned regarding his medical status as he is consulting urologist regarding prostate difficulty. There is a mild element of depression regarding above situational stressors.

No other problems were presented. Will continue to follow case.

Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

000093

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE:  _5·26·98_          START DATE:  «start»

OFF WEEK?          (YES)          NO

EXCUSED?           YES            NO

REASON: _____

NOTES:    (Include  as  applicable:    sexual  behavior  –  appropriate  and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints and resolutions, current legal concerns, other significant mental
status  observations,  and  a  description  of  the  patient's  participation  in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_

000094

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____5.19.98_____        START DATE: «start»

OFF WEEK?        (YES)        NO

EXCUSED?        YES        NO

REASON: _____

NOTES:    (Include as applicable:   sexual behavior – appropriate and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_____

000095

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

## PROGRESS NOTES

PATIENT'S NAME: MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____5·12·98_____          START DATE: «start»

OFF WEEK?        (YES)        NO

EXCUSED?          YES          NO

REASON: _____

NOTES:   (Include  as  applicable:   sexual  behavior  –  appropriate  and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_____

Progress Note
May 5, 1998, Group Session
Dictated by Joe Fuhrmaneck

Patient: Gary Mullis

Patient reports general status is adequately stable secondary to employment stress, economic demands and potential health problems. Patient denies experiencing inappropriate sexual urges/cognitions.

Patient continues employment with ████████████, reporting increased anxiety and tension secondary to a critical supervisor. Patient continues to evaluate various employment/career options, which is supported, i.e., ████████████████.

Patient reports contact with spouse is positive and healthy. Gary is aware of the initial adjustments, as they begin marital relationship. He is attempting to exhibit patience, empathy and support. This is supported.

Patient expressed anxiety associated with recent diagnosis of an enlarged prostate. He will consult physician regarding issue in the near future. This is absolutely supported.

Patient's primary focus is to, "rebuild life," with emphasis on normalization process. This is supported.

No other problems were presented. Will continue to follow case.


Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Progress Note
Group Therapy Session
4/28/98
Patient:  Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC. PsA.

Patient reports general status is adequately stable secondary
to economic, employment concerns, amd mild apprehension regarding
father's limited capacity to walk without discomfort.  Patient
denies experiencing inappropriate sexual urges/cognitions.

Patient continues employment with ████████████, however,
indicates that he is in the process of proactively seeking a
more appropriate position.  This is supported.

Patient indicates that he may move to North Carolina in the
next two year period as he has a strong family base of support
in the Charlotte area.  This can be supported.

Patient was quite pleased to report that he was recently married
and appears to be adjusting quite well to new life style.

This writer had the pleasure of attending the Mullis ceremony
where I met with the bride and her parents.  They were quite
pleased about the marriage and very grateful for the continued
assistance and support patient has received from this center.

Patient expressed concern for father who is having some
difficulty with mobility secondary to leg discomfort.  Patient
continues to remain empathic and supportive of parent.  This
is certainly supported.

No other problems were presented.  Will continue to follow case.

Dictated but not read if not signed.  The attending physician
was available and continues to provide supervision for the
patients on an ongoing basis.

000098

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _4.21.98_     START DATE: «start»

OFF WEEK?     (YES)     NO

EXCUSED?     YES     NO

REASON: _____

NOTES:   (Include as applicable: sexual behavior – appropriate and inappropriate, employment status, home situation, current stresses, complaints and resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy.):

_Pt was married on 4.18.98 & is presently on honeymoon._
_To see in 1 w⁺._

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____4.14.98_____          START DATE: «start»

OFF WEEK?      (YES)      NO

EXCUSED?       YES        NO

REASON:_____

NOTES:    (Include  as  applicable:    sexual  behavior  -  appropriate  and
inappropriate,    employment    status,    home    situation,    current    stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____Joseph Fuhrmaneck_____