NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____4.7.98_____     START DATE: «start»

OFF WEEK?    YES    (NO)

EXCUSED?    (YES)    NO

REASON: ___Phone Call___:

NOTES: (Include as applicable: sexual behavior – appropriate and inappropriate, employment status, home situation, current stresses, complaints and resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy.):

_Pt is excused from grp. due to his wedding plan_
_demands. Will see in 3 W._

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: ___Joseph Fuhrmaneck___

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE:  QM

TODAY'S DATE: _3.31.98_          START DATE:  «start»

OFF WEEK?    (YES)      NO

EXCUSED?     YES       NO

REASON: _____

NOTES:   (Include  as  applicable:   sexual  behavior  –  appropriate  and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_____

000102

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____3·24·98_____          START DATE: «start»

OFF WEEK?     (YES)     NO

EXCUSED?      YES      NO

REASON: _____

NOTES:   (Include  as  applicable:   sexual  behavior  -  appropriate  and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints  and  resolutions,  current  legal  concerns,  other  significant  mental
status  observations,  and  a  description  of  the  patient's  participation  in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____3·17·98_____          START DATE:  «start»

OFF WEEK?      (YES)      NO

EXCUSED?       YES        NO

REASON:_____

NOTES:    (Include  as  applicable:   sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status  observations,  and  a  description  of  the  patient's  participation  in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:   Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: ___Joseph Fuhrmaneck_____

000104

Progress Note
Group Therapy Session
3/10/98
Patient: Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC. PsA.

Patient reports general status is adequately stable secondary
to mild anxiety regarding forthcoming marriage and employment
stress. Patient denies experiencing inappropriate sexual
urges/cognitions.

Patient continues employment with the ████████, which remains
quite frustrating and "stagnating." Gary indicates that he
is motivated to increase proactive search for new employment
and career options. This is absolutely supported.

Patient's primary focus is the preparation of forthcoming wedding
April 18, 1998. Patient is quite pleased with "beginning a
new life." He does hold some anxiety regarding financial future
stability and normal responsibilities associated with endeavor.

No other problems were presented. Will continue to follow case.

Dictated but not read if not signed. The attending physician
was available and continues to provide supervision for the
patients on an ongoing basis.

000105

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE: QM

TODAY'S DATE: _____3.3.98_____          START DATE:  «start»

OFF WEEK?     (YES)      NO

EXCUSED?      YES       NO

REASON: _____

NOTES:    (Include  as  applicable:    sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status  observations,  and  a  description  of  the  patient's  participation  in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The  attending  physician  was  available  and  continues  to  provide  supervision
for the patients on an ongoing basis.

THERAPIST:   Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  MULLIS, GARY

FREQUENCY OF ATTENDANCE:  QM

TODAY'S DATE:  _____2.24.98_____          START DATE:  «start»

OFF WEEK?      (YES)        NO

EXCUSED?       YES          NO

REASON: _____

NOTES:  (Include as applicable: sexual behavior – appropriate and
inappropriate, employment status, home situation, current stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _____Joseph Fuhrmaneck_____

000107

Progress Note
Group Therapy Session
2/17/98
Patient:  Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A. NCC, CPC. PsA.

Patient reports general status is adequately stable secondary
to economic stress and emphasis upon forthcoming wedding.  He
denies experiencing inappropriate sexual urges/cognitions.

Patient continues employment with Mars Company which remains
unrewarding and frustrating, in part, due to inadequate staff
support.  Recommend patient proactively seek more rewarding,
appropriate career/employment placement ASAP.

Recommend patient consider widening perspective career options
beyond dispatching positions.  Patient appears more open to
evaluate alternative career experiences.  This is supported.

Patient and fiance continue to focus on wedding plans ███████.
Gary reports that fiance's family remain quite supportive of
this union and have been supportive of him.  This is quite
gratifying as fiance's family are fully aware of patient's sexual
and criminal history.  This is hopeful.

Patient reports mild intermittent depression secondary to
financial strain.

No other problems were presented.  Will continue to follow case.
Patient will begin attending group on a Q monthly frequency
effective this date as element of normal treatment progression.

Dictated but not read if not signed.  The attending physician
was available and continues to provide supervision for the
patients on an ongoing basis.

000108

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qow

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:_____2·10·98_____      START DATE:  08/10/93

OFF WEEK?     (YES)      NO

EXCUSED?      YES         NO

REASON:_____

NOTES:   (Include as applicable:  sexual behavior - appropriate and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _____

000109

Progress NOte
Group Therapy Session
2/3/98
Patient: Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC. PsA.

Patient reports general status is adequatelly stable secondary
to employment, economic, and social stressors.  Patient denies
experiencing inappropriate sexual urges/cognitions.

Patient continues employment with ▇▇▇▇▇▇▇▇ which remains
quite demanding and stressful secondary to staffing and
administrative policies.  Gary appears to have placed proactive
search for new employment on hold, in part, due to focus on
forthcoming wedding ceremony.

Patient further expressed some apprehension and uncertainty
regarding employment/career options and opportunities with
limited direction in this area.  Recommend patient continue
to focus on redeveloping career focus as soon as possible.

Patient indicates that relationship with fiancee ▇▇▇▇▇▇ is
going quite well.  This is quite hopeful.

Gary expressed concern regarding possible rejection by potential
employers as well as others in general in community  secondary
to his sexual and criminal history.  Recommend patient focus
on self acceptance and direct energy moving forward in a prudent,
logical manner.

Patient requested a reduction in group treatment frequency which
certainly can be supported as a component of treatment process.
Patient will begin attending group on a Q monthly frequency
effective February 17, 1998.

No other problems were presented.  Will continue to follow case.

Dictated but not read if not signed.  The attending physician
was available and continues to provude supervision for the
patients on an ongoing basis.

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: Mullis, Gary

FREQUENCY OF ATTENDANCE: qow

COLLATERAL THERAPIST: None

MEDICATIONS/DOSAGE: None

TODAY'S DATE: _____1·27·98_____          START DATE: 08/10/93

OFF WEEK?      (YES)      NO

EXCUSED?      YES      NO

REASON: _____

NOTES:    (Include  as  applicable:   sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

Progress Note
Group Therapy Session
1/20/98
Patient: Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC. PsA.

Patient reports general status is adequately stable secondary
to economic, employment, and limited peer support system beyond
family and fiance.  He denies experiencing inappropriate sexual
urges/cognitions.

Patient continues employment with ███████████████ which remains
quite frustrating and emotionally unrewarding.  He has not
proactively seeking other employment opportunities at present.
AMA.

Patient expressed disappointment as he recently received a letter
of rejection from the Anne Arundel County police department
for the post of dispatcher secondary to prior criminal sexual
conviction.  Recommend patient continue to analyze
employment/career opportunities in the private sector.

Patient's primary focus is on upcoming marriage of ████████
██.  He is quite pleased about same, however, concerned that
he may be at a financial disadvantage in supporting relationship.
He continues to process situation with fiance who appears
supportive and nurturing.  This is hopeful.

Patient continued to express sadness, self-anger, and remorse
for prior sexually inappropriate contact with son.  Gary
continues to hold noted concern for child's well being and
welfare.

No other problems were presented.  Will continue to follow case.


Dictated but not read if not signed.  The attending physician
was available and continues to provide supervision for the
patients on an ongoing basis.

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: Mullis, Gary

FREQUENCY OF ATTENDANCE: qow

COLLATERAL THERAPIST: None

MEDICATIONS/DOSAGE: None

TODAY'S DATE: _____ 1·13·98 _____          START DATE: 08/10/93

OFF WEEK?    (YES)      NO

EXCUSED?     YES        NO

REASON:_____

NOTES: (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints and resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

000113

Progress Note
Group Therapy Session
1/6/98
Patient:  Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC. PsA

Patient reports general status is adequately stable secondary
to economic, employment, and d care concerns.  Patient denies
experiencing inappropriate sexual urges/cognitions.

Patient continues employment with ███████████ which remains
quite difficult in part, due to poor staffing patterns and stress
with supervision.  Mr. Mullis continues to evaluate other
employment opportunities to include Baltimore City Department
of Public Works.  This is supported.

Patient indicates that relationship with ██████████ is
████████████████████████████upcoming marriage.  Gary
has been comparing prior marital pattern with present
relationship experience in hopes of not repeating past,
unfortunate situations.  Sexual contact in relationship is
appropriate and, by report, mutually satisfactory.

Patient expressed a desire for the community to view him as
healthy and responsible versus mentally ill and a criminal.
Recommend patient focus on positive healthy accomplishments
versus prior pattern of difficulty.

No other problems were presented.  Will continiue to follow
case.

Dictated but not read if not signed.  The attending physician
was available and continues to provide supervision for the
patients on an ongoing basis.

000114

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qow

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE: _____12·30·97_____          START DATE:  08/10/93

OFF WEEK?     (YES)     NO

EXCUSED?      YES       NO

REASON:_____

NOTES:    (Include  as  applicable:    sexual  behavior  -  appropriate  and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations,  and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

000115

Progress Note
Group Therapy Session
12/23/97
Patient Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC. PsA.

Patient reports general status is adequately stable. He denies inappropriate sexual urges/cognitions.

Patient continues employment with ███████████ Gary does not find the position rewarding ecnomically or psychologically. He continues to seek other employment opportunities in the dispatching field without benefit. Recommend he consider widening scope of career possibilities. Recommend patient contact Catonsville, Essex, and Dundalk Community Colleges to inquire about their various certification programs. This may allow Gary an opportunity to create a new career track.

Patient expressed frustration and concern for son as he has no contact with victim/individual. Following patient's closure with probation (2 years), he will attempt to secure supervised visitation with son. This could be supported as a mechanism to normalize family relationships.

Patient continues relationship with significant other ████████ ████████ and Gary plan to marry ██████████ ██████. This can be supported.

Patient expressed fear and apprehension that his criminal sexual history will continue to remain a barrier in securing meaningful employment in the future. Patient "wants a chance to prove I am a good individual." Recommend patient focus on accepting self with focus on growth process post-sexually inappropriate behavior.

No other problems were presented. Will continue to follow case.


Dictated but not read if not signed. The attending physician was available and continues to provide supervision to the patients on an ongoing basis.

000116

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qow

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE: _____12·16·97_____          START DATE:  08/10/93

OFF WEEK?        (YES)        NO

EXCUSED?         YES          NO

REASON:_____

NOTES:   (Include  as  applicable:   sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

Progress Note
Group Therapy Session
12/9/97
Patient:  Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC. PsA.

Patient reports general status is adequately stable secondary
to economic, employment and child welfare issues.  Patient denies
inappropriate sexual urges/cognitions.

Gary continues employment with ▮▮▮▮▮▮ as he evaluates various
employment opportunities with limited benefit.  The process
is quite frustrating and humiliating for this individual.

Patient further expressed sadness having nil contact with son
(victim).  It is especially difficult for Gary not having contact
with child during holiday season with a desire the child somehow
"know that I love him with all my heart."

Patient indicates that he has had only one conversation with
son's treating therapist in 1995.  Recommend patient write
therapist of his continued concern for son and willingness to
participate in the boy's treatment process if beneficial and
necessary.

Patient continues to develop relationship with ▮▮▮▮▮▮ which
is going quite well.  Couple intend to marry in 1998 which is
quite hopeful.

No other problems were presented.  Will continue to follow case.


Dictated but not read if not signed.  The attending physician
was available and continues to provide supervision for the
patients on an ongoing basis.

000118

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qow

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:_____12/2/97_____      START DATE:  08/10/93

OFF WEEK?      (YES)      NO

EXCUSED?      YES      NO

REASON:_____

NOTES:   (Include  as  applicable:   sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _____

Progress Note
Group Therapy Session
11/25/97
Patient:  Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC. PsA.

Patient reports general status is adequately stable secondary
to economic and employment issues.  Patient denies experiencing
inappropriate sexual urges/cognitions.

Patient continues employment with ███████ which remains
frustrating and fatiguing.  Gary indicates that he is
proactively seeking more appropriate employment opportunities.
Recommend he widen scope of potential possibilities to include
sales; i.e., MCI.

Patient continues relationship with ███████ which appears to
be going quite well.  This is absolutely supported.

Patient discussed frustration and disappointment in employment
search process as a direct result of his prior criminal history.
Gary's self-esteem is closely aligned to employment/career
identity.  His inability to secure a dispatching post with police
and fire departments is negatively impacted on same.  Recommend
patient remain open to possible career change should the
opportunity arise.

No other problems were presented.  Will continue to follow case.


Dictated but not read if not signed.  The attending physician
was available and continues to provide supervision for the
patients on an ongoing basis.

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qow

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:_____11·18·97_____        START DATE:  08/10/93

OFF WEEK?        (YES)        NO

EXCUSED?        YES        NO

REASON:_____

NOTES:   (Include  as  applicable:   sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _____

000121

Progress Note
Group Therapy Session
11/11/97
Patien: Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPc. PsA.

Patient reports general status is adequately stable secondary to economic and employment stress. He denies inappropriate sexual urges/cognitions.

Patient recently visited family while vacationing in ███████ ███████ which went quite well. Gary indicated that, ideally in 1998, he and intended wife will relocate to Concord which is patient's hometown. This certainly could be supported with continued treatment and support.

Patient continues employment with ███████ which is often frustrating and stressful. He once again may be placed in a situation with limited assistance to complete various demands. Patient continues to actively seek a more appropriate employment/career placement with limited success. He remains motivated to accomplish same. This is supported.

Patient indicates that he and ███████ are doing wonderfully. This is absolutely supported.

Patient recently wrote son/victim a letter to express feelings of concern and love for child. It is quite difficult for Gary to not have communication with the boy and he hopes tp eventually regain same.

Patient's general presentation is stable and healthy.

No other problems were presented. Will continue to follow case.

Dictated but not read if not signed. The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

<u>PROGRESS NOTES</u>

PATIENT'S NAME: Mullis, Gary

FREQUENCY OF ATTENDANCE: qow

COLLATERAL THERAPIST: None

MEDICATIONS/DOSAGE: None

TODAY'S DATE: _____11·4·97_____    START DATE: 08/10/93

OFF WEEK?    (YES)    NO

EXCUSED?    YES    NO

REASON:_____

NOTES: (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints and resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

Progress Note
Group Therapy Session
10/28/97
Patient: Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPc. PsA.

Patient reports general status is adequately stable secondary
to employment, social, family, and, to some extent, economic
stressors.  He denies inappropriate sexual urges/cognitions.

Patient continues employment with ███████████, Co.,
exhibiting signs of frustration with current post.  Gary is
disappointed and somewhat disillusioned with current employment
opportunities especially in the dispatching area.  Patient
continues, in a less than apparent proactive fashion, to prepare
to evaluate dispatching options.  Recommend he expand scope
of focus to allow optimal employment opportunities.

Patient reports relationship with ██████ is going quite well
where she remains a primary support.  This is supported.

Gary expressed concern for father (75 years of age).  He is
exhibiting medical and possibly psychiatric difficulties; i.e.
arthritis; diabetes; "lack of self care."  Recommend patient
write father's attending physician with the Veterans
Administration expressing his concerns for parent.

Patient continued to evaluate sadness and remorse regarding
prior sexual abuse of adopted son with focus on the pain he
has brought victim and family.  This remains a very difficult
situation for Gary to resolve with continued elements of self
hate.  It was suggested that patient focus on forgiving self
for prior wrongful behavior and focus on continued responsibility
and awareness of same.

No other problems were presented.  Will continue to follow case.

Dictated but not read if not signed.  The attending physician
was available and continues to provide supervision for the
patients on an ongoing basis.

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qow

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:_____10·21·97_____      START DATE:  08/10/93

OFF WEEK?     (YES)      NO

EXCUSED?      YES       NO

REASON:_____

NOTES:   (Include as applicable:  sexual behavior - appropriate and inappropriate,  employment status,  home situation,  current stresses, complaints and resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _____