Progress Note
Group Therapy Session
10/14/97
Patient:  Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC. PsA.

Patient reports general status is adequately stable.  He denies
inappropriate sexual urges/cognitions.

Patient continues employment with ███████  Gary is doing fairly
well with position, however, continues to evaluate other
employment/career opportunities; i.e., dispatch area.  Gary
discussed his desire for stability in employment area in part
due to normal aging process.  This is supported.

Patient continues to develop relationship with ███████ which
is going quite well.  ███████ is a primary support for Gary
and the relationship appears to be mutually satifactory.

Patient discussed his sadness and remorse for prior pattern
of sexual abuse with adoptive son.  Patient is quite concerned
for the welfare of his adopted son, feeling helpless and having
nil contact with the boy.

Gary evaluated his prior general pattern of denial to include
the period of abusive behavior with child.  It was suggested
that Gary's son served as an emotional/sexual substitute for
dysfunctional marital relationship.  Patient has difficulty
accepting that, on some level, the sexual contact with child
was pleasurable.  He was confronted on issue with some success.
It should be noted that Gary's prior sexual abuse with son has
always been ego dystonic.

No other problems were presented.  Will continue to follow case.

Dictated but not read if not signed.  The attending physician
was available and continues to provide supervision for the
patients on an ongoing basis.

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qow

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:_____10·7·97_____          START DATE:  08/10/93

OFF WEEK?     (YES)     NO

EXCUSED?     YES     NO

REASON:_____

NOTES:   (Include  as  applicable:   sexual  behavior  -  appropriate  and inappropriate,  employment  status,  home  situation,  current  stresses, complaints and resolutions, current legal concerns, other significant mental status observations,  and a description of the patient's participation in group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

000127

Progress Note
Group Therapy Session
9/30/97
Patient:  Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC. PsA.

Patient reports general status is adequately stable secondary
to ongoing economic, employment, and family stressors.  Patient
denies inappropriate sexual urges/cognitions.

Patient continues employment with ███████████████ which is
going fairly well.  He continues to seek more appropriate
employment/career placement.  Recommend he proactively seek
assistance through unemployment services, as well as, evaluate
options via internet.

Patient continues to develop relationship with ████████ which
is going quite well.  The couple will visit ██████████
this coming weekend to celebrate ██████████ prior pastor assuming
the post of Resident Religious Community Advisor.  In addition,
Gary and ██████████ will visit Gary's family who reside in ██████
██████████ as well.

Patient reports secondary depression in response to long term
struggle securing appropriate employment/career post.  Gary
tends to be very self-critical with underlying self-debasing
attitude.  AMA.  Patient was confronted on irrational conception
with some benefit.

No other problems were presented.  Will continue to follow case.

Dictated but not read if not signed.  The attending physician
was available and continues to provide supervision for the
patients on an ongoing basis.

000128

Progress Note
Group Therapy Session
9/23/97
Patient:  Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC. PsA.

Patient reports general status is adequately stable.  He denies
inappropriate sexual urges/cognitions.

Patient continues employment with ███████, which remains quite
frustrating secondary to company philosophy and limited access
for advancement.  Patient continues to evaluate other employment
opportunities thus far with limited success.  This is frustrating
for Gary as he continues to long for reentry into dispatching
profession.  Recommend he continue to evaluate available various
options.

Patient continues relationship with ████████ which is going quite
well.  Couple continue to plan for a 1998 wedding which is
certainly supported.

No major new problems were presented.  Patient indicates that
he is doing fairly well emotionally.  Will continue to follow
case.

Dictated but not read if not signed.  The attending physician
was available and continues to provide supervision for the
patients on an ongoing basis.

## NATIONAL INSTITUTE
### FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qow

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE: _____9·16·97_____          START DATE:  08/10/93

OFF WEEK?        YES          (NO)

EXCUSED?        (YES)          NO

REASON: _____ Phone Contact.

NOTES:  (Include as applicable:  sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints and resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy.):

_He is excused due to cold symptoms. To see in 1 w._

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qow

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE: _____ 9·9·97 _____     START DATE:  08/10/93

OFF WEEK?     (YES)     NO

EXCUSED?     YES     NO

REASON: _____

NOTES:   (Include  as  applicable:   sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints and resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

000131

Progress Note
Group Therapy Session
9/2/97
Patient: Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC, PsA

Patient reports general status is adequately stable secondary to economic and employment stressors. He denies sexual urges/cognitions.

Patient continues employment with ███████ where he is experiencing ongoing frustration with management protocol and limited peer assistance to accomplish tasks. He continues to seek other suitable employment with little success to date. He will consult with an employment counselor with the Department of Human Resources which is supported.

Patient reports relationship with ███████ is going quite well. Gary is somewhat lonely this past week as ███████ is visiting ███████ He reports a slight increase in appropriate sexual cognitions/urges. Patient is addressing increased sexual tension via masturbatory activity. Gary looks forward to the return of significant other this coming week.

Patient expressed concern, sadness, and frustration with recent group peer's incarceration for inappropriate sexual activity ███████. The unfortunate circumstances of group peer has triggered heightened awareness of patient's need for ongoing monitoring of sexual triggers with focus on relapse prevention plan. Gary further expressed some frustration and anger with group peer for not having been forthright regarding potential difficulties prior to inappropriate behavior. This is very difficult for patient as he has a personal investment and concern of group members.

No other problems were presented. Will continue to follow case.

Dictated but not read if not signed. The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qow

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE: _____8·26·97_____    START DATE:  08/10/93

OFF WEEK?     (YES)     NO

EXCUSED?     YES     NO

REASON: _____

NOTES:  (Include as applicable:  sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints and resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

000133

Progress Note
Group Therapy Session
8/19/97
Patient:  Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC, PsA

Patient reports general status is, at best, adequately stable secondary to ongoing economic and employment stressors.  Patient denies inappropriate sexual urges/cognitions.

Patient continues employment with ████████ , and is increasingly frustrated with same.  Gary continues to evaluate other employment opportunities with limited success.  Recommend he continue to analyze all options and seek assistance via Maryland Unemployment Counseling Service.

Patient presents with some element of depression and underlying hopelessness regarding future employment opportunities especially in the police and fire department agencies.  His general attitude appears to be currently one of pessimism with component of self-pity and frustration.

Recommend patient focus on developing a proactive plan to address employment issue where he may need to adjust expectations especially as they relate reentering police or fire department posts.

Relationship with ████████ appears to be going quite well which is a primary support for this individual.  This is absolutely supported.

No other problems were presented.  Will continue to follow case.

Dictated but not read if not signed.  The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qow

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:_____8·12·97_____     START DATE:  08/10/93

OFF WEEK?     (YES)     NO

EXCUSED?      YES       NO

REASON:_____

NOTES:  (Include as applicable:  sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints and resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _____

000135

Progress Note
8/5/97
Patient:  Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC. PsA.

Patient reports general status is adequately stable secondary
to employment and economic stress.  He denies inappropriate
sexual urges/cognitions.

Patient continues employment with ███████████ which is often
quite frustrating due to limited staffing and increased demands
in productivity.  Patient continues to seek other opportunities
for career development in dispatching area; i.e., AAA and ADT
Companies.  This is supported.

Patient continues to develop relationship with ████████
█████████████████  ████████████████████████
which is absolutely supported.

Patient continues to experience depression and concern regarding
the welfare of son/victim.  Gary has not had communication
regarding son's status in well over one year.  Patient may
evaluate legal issues regarding same.  This is supported.

No other problems were presented.  Will continue to follow case.

Dictated but not read if not signed.  The attending physician
was available and continues to provide supervision for the
patients on an ongoing basis.

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: Mullis, Gary

FREQUENCY OF ATTENDANCE: qow

COLLATERAL THERAPIST: None

MEDICATIONS/DOSAGE: None

TODAY'S DATE: _____7·29·97_____          START DATE: 08/10/93

OFF WEEK?      (YES)      NO

EXCUSED?      YES      NO

REASON:_____

NOTES: (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints and resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

Progress Note
July 22, 1997, Group Session
Dictated by Joe Fuhrmaneck

Patient: Gary Mullis

Patient reports general status is adequately stable secondary to ongoing economic, employment and family stressors. He denies inappropriate sexual urges/cognitions.

Patient continues employment with ███████████, which is often frustrating and demanding physically. He continues to evaluate various options in the dispatching field with limited success. It was recommended that Gary widen dispatching search efforts beyond police and fire department areas. It is quite difficult for Gary to accept he may not be allowed to resume prior profession (Patient was a dispatcher for Baltimore County Police Department 12 1/2 years).

Patient continues to develop relationship with ████, which appears to be going quite well. This is supported.

Patient continues to voice concerns for his son/victim whom he has no contact. This is quite difficult for Gary.

No other problems were presented. Will continue to follow case.


Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**NATIONAL INSTITUTE**
**FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA**

**PROGRESS NOTES**

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:_____7.15.97_____        START DATE: 08/10/93

OFF WEEK?        (YES)        NO

EXCUSED?        YES        NO

REASON: _____

NOTES   (Include as applicable:  sexual behavior - appropriate and
inappropriate, employment status, home situation, current stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:_____Joseph Fuhrmaneck_____

FILE NAME: B:\WP51\JOE1        REV 12/03/95, 1/24/96

000139

Progress Note
July 8, 1997, Group Session
Dictated by Joe Fuhrmaneck

Patient:  Gary Mullis

Patient reports that general status is adequately stable.  He denies inappropriate sexual urges/cognitions.

Patient continues employment with ███████████ , which is going fairly well.  He continues to evaluate various more appropriate employment opportunities (AA County Dispatching Post) without current benefit.

Patient continues relationship with ██████ which appears to be going quite well. The relationship serves as a primary support for Gary and appears quite healthy.

Patient discussed self anger and self debasing attitude regarding prior sexual abuse of his son with noted concern for the boy.  Patient has not had contact with son for approximately one year, which is quite disturbing for this individual.  He continues to await son contacting him verses attempting an awkward connection. which is supported.

Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

000140

### NATIONAL INSTITUTE
### FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

## PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  _per gow_

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE: _____          START DATE: 08/10/93

OFF WEEK?          YES          NO

EXCUSED?          YES          NO

REASON: _____

NOTES    (Include as applicable:    sexual behavior - appropriate and
inappropriate, employment status, home situation, current stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96          000141

Progress Note
June 24, 1997, Group Session
Dictated by Joe Furhmaneck

Patient:  Gary Mullis

Patient reports general status is adequately stable, secondary to ongoing economic and family related stressors.  He denies any inappropriate sexual urges/cognitions.

Patient continues employment with ███████████ which remains stressful given the demands and  given staff assistance.  Gary continues to evaluate other more appropriate, suitable forms of employment  and career development.

Patient continues to develop relationship with █████ which appears to be going quite well. The couple appears to be communicating well and sexual contact is mutually rewarding for both parties.

Patient discussed prior sexual abuse with son with noted elements of remorse, sadness, self-anger, confusion and concern for victim.  Patient indicates that he thinks of son daily, focusing on loss of family as well as relationship with boy.  This remains to be very difficult, traumatic situation for this patient.

No other problems were presented.  Will continue to follow case.

Dictated but not read if not signed.

Progress Note
Dictated by Joe Fuhrmaneck
June 10, 1997

Patient: Gary Mullis

Patient reports general status in adequately stable. He denies inappropriate sexual urges/cognitions.

Patient continues employment with ███████████ as he continues to seek other employment opportunities. I.e., County Police Department Dispatching position. This is supported.

Patient continues to develop relationship with █████ which appears to be going quite well. Sexual contact is by report mutually enjoyable. He describes significant other as "a lovely lady." This relationship has been quite appealing and nurturing for Gary.

Patient continued evaluate prior inappropriate sexual contact with son, with noted elements of remorse, guilt, sadness in relation to same.

During the 18-month period in which the sexual abuse occurred approximately 12 times, Gary recalled feeling isolated, desperate, lonely, sexually frustrated, insecure and trapped in a dysfunctional marriage. He recalls being "close to a breakdown."

Patient is clear that he is not sexually attracted to children and that the sexual acting-out with his son is more representative of his need for emotional intimacy and nurturence which were lacking in his marriage union. Further, he did acknowledge a perceived increase in sexual drive after years of abstinence in marriage.

Patient continues to hold depression associated with sexual abuse of son. He remains conscious of same on a daily basis with focus on the boy's welfare. This is quite a difficult time for Gary as he remains in the dark in relation to son's current mental status and psychological well-being.

No other problems were presented. To see patient in 2 weeks.

Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

000143

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: Mullis, Gary

FREQUENCY OF ATTENDANCE: _qw qow_

COLLATERAL THERAPIST: None

MEDICATIONS/DOSAGE: None

TODAY'S DATE: _6.3.97_          START DATE: 08/10/93

OFF WEEK? (YES)    NO

EXCUSED?   YES    NO

REASON: _____

NOTES (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1    REV 12/03/95, 1/24/96

000144

Progress Note
Dictated by Joe Fuhrmaneck
May 27, 1997

Patient: Gary Mullis

Patient reports general status as adequate and stable.   He denies inappropriate sexual urges/cognitions.

Patient continues employment with the ███████████ which remains somewhat stressful secondary to employment demands and staff shortage.  He continues to analyze other potential more suitable employment opportunities.

Family content by report is supportive.  Patient continues to develop relaitonship with ████████ which is going well on all levels to include communication and sexual contact.   This is absolutely supported.

Patient discussed prior inappropriate sexual contact with adopted son who was at the time 5 years of age.  Gary continues to hold noted signs of remorse, sadness and self anger for prior contact with boy.  The inappropriate contact lasted approximately 18 months occurring somewhat less than 12 times during that period.  His behavior was seen as egotistic which quite naturally created conflict for patient throughout.  Patient evaluated prior elements/sexual triggers related to behavior to include the following problems: marital disfuction for approximately four years.  No sexual contact with wife for several years.  Isolation from wife and communication and emotional level without an adequate support system.  Increased emotional bonding with son with both parties became mutually needful of nurturance.  Chronic inadequacy and insecurity.  Bonding and boundary confusion.

Patient continues to express general concern for son with desire to assist child in feeling and growth process.  As noted in prior progress reports Gary has not had the opportunity to communicate directly with his son sometime secondary to prior spouse's reaction/anger regarding his prior inappropriate pattern.

No other  problems were presented.  Will continue to follow case.

Dictated but not read if not signed.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

# NATIONAL INSTITUTE
## FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE: _____5·20·97_____          START DATE: 08/10/93

OFF WEEK?      (YES)      NO

EXCUSED?      YES      NO

REASON: _____

NOTES  (Include as applicable:  sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


The attending physician was available and continues to provide supervision for the patients on an ongoing basis.


THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____Joseph Fuhrmaneck_____

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96

000146

May 13, 1997
Progress Note
Dictated by Joe Fuhrmaneck


Patient:  Gary Mullis

 Patient reports general status is adequately stable.  He denies inappropriate sexual urges/cognitions.

 Patient continues employment with ██████████ while investigating other employment opportunities.  I.e. ████████████████████████████████.  As noted in prior reports Mr. Mullis was employed as a dispatcher in this area.  The loss of prior post coincided with current inappropriate sexual patterns and was quite devastating to this individual.  Securing a post in this field would most certainly assist patient in redeveloping an element of self identity and worth which in the past had been an intricate part of ego.

 Patient continues to develop relationship with █████ which appears to be going quite well on all levels to include sexual contact.

 Patient expressed some intermittent sadness and frustration with the loss of contact with son which is to be expected.  Gary is attempting to "maintain a positive view of the future" which is a hopeful sign.

 Patient was quite verbal and assertive in group setting this PM focusing not only on issues relating to self but others which was consciously reinforced by this writer and peers.

 No other problems were presented will continue to follow case.

 Dictated but not read if not signed.

000147

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME: Mullis, Gary

FREQUENCY OF ATTENDANCE: qw

COLLATERAL THERAPIST: None

MEDICATIONS/DOSAGE: None

TODAY'S DATE: _____5·6·97_____     START DATE: 08/10/93

OFF WEEK?       (YES)       NO

EXCUSED?       YES       NO

REASON: _____

NOTES   (Include   as   applicable:   sexual   behavior  -  appropriate   and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96           000148

Progress Note--Group Therapy
April 29, 1997
Patient: Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC, PsA

Patient reports general status as adequately stable secondary to ongoing stressors in employment and family setting. He denies inappropriate sexual urges/cognitions.

Patient continues employment with ██████████ which is often frustrating and stressful. Gary has been with firm approximately 2 years as he continues to evaluate other job possibilities. This is quite disappointing and fatiguing for this individual. As noted in prior progress reports patient hopes to once again secure a new position in dispatching field.

Patient continues to develop relationship with ██████ which appears to be going quite well. The couple have been together for approximately 6 months and have discussed the potential for marriage in a 1 to 2 year time frame. This can be supported.

Patient continues to uphold ongoing concern for son/victim. He has to communication with prior wife and at present same. Recommend that he write letters of concern and support to son with focus on Gary's availability for future communication and support in any way possible. This remains a very difficult and traumatic time for this individual. Gary continues to present with feelings of remorse, sadness, self anger and to some degree confusion regarding his prior inappropriate sexual contact with son.

No other problems were presented. Will continue to follow case.

Dictated but not read if not signed. The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Progress Note--Group Therapy
April 22, 1997
Patient: Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC, PsA

Patient reports general status as adequately stable.  He denies inappropriate sexual urges/cognitions.

Patient continues employment with ███████████ finding work demanding and unfulfilling.  He continue to evaluate other employment options which is supported.

Patient continues relationship with ████████ which appears to be going quite well on all levels.  As noted in prior reports ██████ is a primary source of support for this individual.

Patient presented with some fatigue this evening secondary to schedule demands.  He reviewed his prior sexual contact with son which remains a painful and often devastating memory secondary to the loss of marriage and family.  Patient presents with general remorse and sadness associate with same.  He continues to exhibit concern for son and apprehension about his welfare given he has no contact with prior wife.

No other problems were presented.  Will continue to follow case.

Dictated but not read if not signed.  The attending physician was available and continues to provide supervision for the patients on an ongoing basis.