Progress Note--Group Therapy
April 15, 1997
Patient: Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC, PsA

Patient reports general status as adequately stable secondary to ongoing employment, economic and family related stressors.   He denies inappropriate sexual urges/cognitions.

Patient continues employment with ███████████ which is quite stressful.   Gary continues to evaluate various job opportunities with little benefit thus far.

HE continues to develop relationship with █████which appears to be going quite well on all levels.

Contact with prior wife is extremely conflictual and she appears to remain quite hostile verbally.   He remains quite apprehensive about the prior wife's ability to advance various _____ entities which impact o his ability to contact son in future.   Gary is quite concerned for his son and it is "difficult for him to remain uninformed" about the child's progress and current status.   Patient was informed that his son/victim was recently transferred to his 4th therapist since entering treatment.   This is naturally a concern to Gary as he has no insight or knowledge of his son's therapeutic or general process.   Gary has decided to wait for son to contact him so as not to impose upon child.   This is supported.   Recommend that patient write son via mother on a q 3 month frequency in an attempt to open communication and perhaps bring some awareness into the boy's situation.

No other problems were presented.   Will continue to follow case.

Dictated but not read if not signed.   The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Progress Note  Group Therapy
April 8, 1997
Patient:  Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC, PsA

Patient reports general status is adequately stable yet stressful secondary to employment, economic and family issues.    He denies inappropriate sexual urges/cognitions.

Patient continues employment with ██████████ and finds experience quite frustrating secondary to inconsistent management policies.  This is quite difficult for Gary to accept and he continues to seek other appropriate employment opportunities.

Patient continues relationship with ██████ which appears to be going quite well.  This is absolutely supported and is seen as a primary source of self esteem for this individual.

Contact with father is likewise supported.  Patient is concerned for father's apparent difficulties and memory retention.  Recommend that he consult with father's physician in next scheduled appointment.

Patient continues to hold genuine and ongoing concern for his son/victim.  Gary has decided to wait for son to contact him which is supported.  This remains a very difficult and stressful time for this individual.

Contact with ex-wife remains stressful as she appears to make unrealistic economic demands on Gary as well as attempt to present him in a negative light to others.  Recommend that he continue to maintain open communication in an assertive fashion if possible.

No other problems were presented.  Will continue to follow case.

Dictated but not read if not signed.  The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Progress Note -- Group Therapy
April 1, 1997
Patient: Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC, PsA

Patient reports general status as adequately stable with continued economic, employment and family stressors. He denies inappropriate sexual urges/cognitions.

Patient continues employment with ███ ████y which is both frustrating and fatiguing. He continues to analyze opportunities for other job options.

Contact with ████ appears to be going quite well where she remains a primary resort for this individual. This is absolutely supported.

Patient discussed his concern for son/victim who he has not seen since August of 1996 during therapy session with son's psychologist. Patient believes that his son remains in treatment but has no idea how the boy is progressing. Patient has no contact with son and his ex-wife remains hostile and rejective. Gary is quite aware that his son is angry about his prior sexual abuse and abandonment. (Gary has been denies access to same except for the payment of certain child support items.) This remains a difficult time for this individual. It remains especially frustrating and depressing given that "he is being held in the dark regarding son's welfare".

No other problems were presented. Will continue to follow case.

Dictated but not read if not signed. The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Progress Note —— Group Therapy
March 25, 1997
Patient:  Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC, PsA

Patient reports general status as adequately stable secondary to
continued stress in employment area.  Patient continues to seek
other employment opportunities. ie. Account Representative with
████████████████

Patient continues to develop relationship with ██████ which appears
to be going quite well.

Patient reports a general decrease in depression with minimal
variation in same.  Although life is far from settled for this
individual, he appears to be adjusting fairly well to situational
pressure.

No other problems were presented.  Will continue to follow case.

Dictated but not read if not signed.  The attending physician was
available and continues to provide supervision for the patients on
an ongoing basis.

Progress Note -- Group Therapy
March 18, 1997
Patient:Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC, PsA

Patient was seen for group therapy session. He reports general states as adequately stable. Patient denies inappropriate sexual urges/cognitions.

Patient continues employment with the ███████████ which remains problematic secondary to staffing shortage and limited enumeration for services rendered. Patient continues to seek other employment options, thus far without benefit.

Patient continues building relationship which appears to be going quite well. As noted in prior progress notes his relationship remains a primary support system for this individual. This is absolutely supported.

Patient remains concerned for his son/victim with whom he has no contact at present. His son's welfare remains a primary focus for Gary and he one day hopes to reunite with son.

No other problems were presented. Will continue to follow case.

Dictated but not read if not signed. The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

## NATIONAL INSTITUTE
### FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

**PATIENT'S NAME:** Mullis, Gary

**FREQUENCY OF ATTENDANCE:** qw

**COLLATERAL THERAPIST:** None

**MEDICATIONS/DOSAGE:** None

**TODAY'S DATE:** 3·11·97          **START DATE:** 08/10/93

**OFF WEEK?**      YES      (NO)

**EXCUSED?**      (YES)      NO

**REASON:** _____

**NOTES** (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy): Phue Cnsult:

Pt is excused due to cold symptoms & fatigue . No

see in 1w.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96          000156

Progress Note
March 4, 1997  Group Therapy
Patient:  Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC, PsA

Patient reports general status is adequately stable.   He denies inappropriate sexual urges/cognitions.

Patient continues employment with ████████████ which remains stressful and less than rewarding emotionally or financially.   Gary continues to seek other job opportunities without success thus far.

Patient continues to date █████ which is going quite well and is a primary source of pleasure and support for this individual.

No other problems were presented.  Will continue to follow case.

Dictated but not read if not signed.

Progress Note
February 25, 1997  Group Therapy
Patient: Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC, PsA

Patient is seen for group psychotherapy session.  Patient reports general status as adequately stable.  Patient denies inappropriate sexual urges/cognitions.

Patient continues employment with ███████████ which remains quite stressful and demanding.  Patient is disappointed with post as "he doesn't feel appreciated and can never please supervisors."  Patient continues to seek other employment opportunities thus far without benefit.

Patient continues to develop relationship with ███████████████.  Patient reports communication is quite good and ███████ is supportive and nurturing.  Patient is attempting to be empathic and supportive as well.  The couple have begun to discuss the possibility of marriage in June of 1998.  Gary acknowledges his love for ███████ as does she for him.  The couple have known one another for a 4 month period.  Recommend patient continue to develop union in a rational comfortable pace and evaluate same during process.

Patient discussed the sadness associated with not being able to have contact with son/victim who is presently 10 years of age.  Gary will continue to wait for son to contact him directly or via therapist.  This remains a very difficult process for patient as he is quite concerned for his son's welfare and development.  His fear is that his son may be negatively influenced by the mother and her family regarding future contact with patient.  He is keenly aware of his fear and apprehension regarding the loss of relationship with his son.

No other problems were presented.  Will continue to follow case.

Dictated but not read if not signed.

Progress Note
February 18, 1997 Group Therapy
Patient: Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC, PsA

Patient reports general status is adequately stable. He denies inappropriate sexual urges/cognitions.

Patient continues employment with ███████████ which remains quite stressful given work demands and limited support staff.

Patient continues dating relationship which appears to be going quite well on all levels. This is a supported union for patient and a primary source of self-esteem and confidence.

Patient continues to exhibit concern for son/victim as he awaits word from the child's therapist and other family members. The welfare and care of his son remains a primary issue for this patient.

No other major problems were presented. Will continue to follow case.

(Dictated but not read if not singed)

Progress Note
February 11, 1997  Group Therapy
Patient:  Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC, PsA

Patient reports general status is adequately stable.  He denies inappropriate sexual urges/cognitions.

Employment area remains stable yet stressful with the ███████████.  Gary continues to seek other employment which would be more suited to his employment history. I.E. Dispatcher with fire or police departments.

Patient continues to see ███████, which appears to be going quite well.  Gary views ███████ as a primary support system at present.  This relationship has assisted patient in developing self-worth and self-esteem, as well as general level of confidence.

Patient recently wrote to Judge Carr, requesting the reconsideration of his current legal/probationary status.  Gary awaits response from same.

Patient evaluated his prior sexual abuse of his adopted son, which lasted for an 18-month period.  The victim, at the time, was 5 years of age.  Gary describes that period as "the worst time in his life".  He indicates that he "never wanted to harm anyone, especially to hurt his son."  One element related to the sexual abuse   pattern was the development of a dysfunctional relationship with wife.  It appears that Gary and wife became somewhat estranged emotionally, physically and on a sexual level following the adoption of their son.  This, in part, was due to each partner's scheduled demands.  However, the process left patient feeling abandoned and neglected by spouse.  It is hypothesized, in part, that it was patient's isolation, loneliness, depression, felt-abandonment, and rejection by spouse which triggered the inappropriate contact with son.  Patient further acknowledged the behavior created sexual arousal, which remains difficult for him to accept (Patient performed fellatio on victim).   Patient remains concerned for son's welfare and feels horrible about  his prior abuse with the boy.

No other problems were presented.  Will continue to follow case.

(Dictated but not read if not signed)

# NATIONAL INSTITUTE
## FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

**PATIENT'S NAME:** Mullis, Gary

**FREQUENCY OF ATTENDANCE:** qw

**COLLATERAL THERAPIST:** None

**MEDICATIONS/DOSAGE:** None

**TODAY'S DATE:** _2·4·97_          **START DATE:** 08/10/93

**OFF WEEK?**     YES     (NO)

**EXCUSED?**     (YES)     NO

**REASON:** _____

**NOTES** (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy): Phone Consult:

_Pt is excused due to Flu symptoms. To see in 1 w._

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96          000161

Progress Note
January 28, 1997  Group Therapy
Patient: Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC, PsA

Patient reported general status as adequately stable.  He denies inappropriate sexual urges/cognitions.

Patient continues employment with ████████████ which remains stressful and demanding.  He remains motivated to find new employment, hopefully, in the EMS dispatching area.  Gary is opened to other possibilities.  This has been a frustrating and difficult process.

Patient continues to date ████████ which appears to be going well.  By report, she is supportive and communication is open to include sexual contact.  Patient believes the relationship is open for future growth and potential commitment.

Gary continues to hold daily concern for son's health and well-being.  He continues to wait for son and or ex-wife to contact him regarding his status.

No other problems were presented.  Will continue to follow case.

(Dictated but not read if not signed)

Progress Note
January 21, 1997  Group Therapy
Patient:  Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC, PsA

Patient reports general status is adequately stable.  He denies inappropriate sexual urges/cognitions.

Patient continues employment with ███████████ which is quite stressful, given work demands and limited options for advancement.  He continues to seek other employment without benefit currently.  Patient desires a position in communications, which is quite difficult to secure, given his sexual/criminal history.  Gary longs for a sense of stability in his life, at present, which is quite healthy and understandable. Patient reviewed triggers and elements associated with his sexual abuse of son to include: dysfunctional relationship with wife, isolation from wife, a nil adult support system, employment stress, long-standing inadequacy and depression.  In addition, patient evaluated contact with parents, who separated when he was 14 years of age. Gary had no relationship with mother beyond that point and his contact with father was purely functional. The father was seen as a stern figure who was often absent.  From an early age, this individual felt "on his own and unloved," which, indeed, negatively impacted upon his self-esteem and developmental pattern over time.  In fact, one might say that the patient modeled his father's behavior in his family situation, where he was emotionally isolated and stressed by environmental demands.

No other problems were reported.  Will continue to follow case.

(Dictated but not read if not signed.)

Progress Note
January 14, 1997  Group Therapy
Patient:  Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC, PsA

Patient reports general status is adequately stable.  He denies inappropriate sexual urges/cognitions.

Patient continues employment with ███████████.  This remains a very stressful position, secondary to limited health and increased duties.  Gary is frustrated with the job market search and fears that at age 45 he may have more difficulty securing a new position.  Another element which often negatively affects his job marketability is his sexual history and criminal record.  This is a very difficult and demeaning process for this patient.

Patient continues to date ████████ and they are in communication daily.  Patient describes the relationship as positive, nurturing and close.  This is supported.

Patient evaluated his prior sexual contact with ex-wife, where, for over one year, she rejected his advances for intimacy and sexual contact, which created an atmosphere of isolation, demoralization, depression and frustration for Gary.  It was his dysfunctional relationship with wife that was a primary element in his abusive behavior with son.

Patient continues to miss his 10 year old son on a daily basis.  He has decided not to attempt contacting the boy but to allow him to have the time necessary to heal and approach patient on his own terms.  This is supported.

No other problems were presented.  Will continue to follow case.


(Dictated but not read if not signed)

Progress Note
January 7, 1997  Group Therapy
Patient:  Gary Mullis

Dictated by Joseph Fuhrmaneck, M.A., NCC, CPC, PsA

Patient reports general status is adequately stable.  He denies inappropriate sexual urges/cognitions.

Patient continues employment with ████████████  This is a very stressful position, secondary to increased demands and limited assistance.  Gary continues to seek other employment at present without any clear and present opportunities.

Patient continues to date ████████ which appears to be going well.  He reports the development of normal, sexual cognitions and urges.  Patient expressed normal anxiety related to his resexualization.  The anxiety is directly related to memories of prior, inappropriate sexual activity with son.  Patient recalls being out of control emotionally, as well as sexually, in the past.  It was suggested to patient that, in addition to the sexual component of his connection with his son, a driving element in behavior was his need to connect on an emotional level without the fear of rejection, which existed in his marital relationship.  Further elements related to prior sexual abuse of son were patient's insecurity, inadequacy, lack of social/emotional support system on any level and undiagnosed depression.

Patient continues to focus on the son's welfare and health.  This is a very difficult time for patient as he has no contact with the boy.  Patient evaluated his frustration and anger with ex-wife for her control over his contact with the boy.  Patient has attempted to secure supervised visitation with his son in the past with limited success.  Gary is attempting to keep a healthy perspective and attitude related to his situation with focus on potential, future contact in an appropriate, healthy fashion with son.  This has been the most difficult and traumatic experience in this patient's life.  He appears to be gaining some strength emotionally with improved self-esteem and confidence, which is a hopeful sign.

No other problems were presented.  Will continue to follow case.


(Dictated but not read if not signed)

000165

PROGRESS NOTE
December 30, 1996
Dictated by Joseph Fuhrmaneck, M.A., N.C.C., CPC, Ps. A.
Patient: Gary Mullis

Patient reports general status is adequately stable.  He denies inappropriate sexual urges/cognitions.

Patient continues employment with ███████████, however, finds the job unrewarding and quite demanding.  Contact with his father is seen as supportive.

Patient continues to develop relationship with ████████████), whom he now describes as "his girlfriend."  Patient is 44 years old.  The couple appeared to be doing well on both a verbal and nonverbal communication level.  They are sexually active with ongoing kissing, hugging and petting which is supported.  Gary hopes to see ██████for a New Year's Eve celebration.  The couple has been together for a two month period and thus far she appears to be supportive of patient which is hopeful.  As noted earlier, █████ is aware of Gary's prior sexual history and behavioral pattern.

Patient continues to express concern over son's health and well being.  He misses his child which remains very difficult for him.

No other problems were presented.  Will continue to follow case.

(Dictated but not read if not signed)

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

## PROGRESS NOTES

PATIENT'S NAME: Mullis, Gary

FREQUENCY OF ATTENDANCE: qw

COLLATERAL THERAPIST: None

MEDICATIONS/DOSAGE: None

TODAY'S DATE: _12/23/96_  START DATE: 08/10/93

OFF WEEK?    YES    (NO)

EXCUSED?    (YES)    NO

REASON: _____

NOTES    (Include as applicable:    sexual behavior - appropriate and inappropriate,    employment    status,    home    situation,    current    stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

_Pt is excused due to cold symptoms. Vo see in 1w._

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1    REV 12/03/95, 1/24/96

000167

PROGRESS NOTES
December 17, 1996
Dictated by Joseph Fuhrmaneck, M.A., N.C.C., CPC, Ps. A.
Patient: Gary Mullis

The patient reports that his general status is adequately stable. He denies inappropriate sexual urges/cognitions.

Mr. Mullis continues employment with ███████████. He has been with the firm 14 months and finds his position quite stressful secondary to an increase in demand and lack of assistance on the job. Mr. Mullis has, to some degree, internalized the employment situation, viewing it as a sign of disrespect toward him. He was confronted on irrational cognition with some success. The patient does continue to seek other employment but finds it quite frustrating to secure a post in dispatching with the police or fire department services secondary to his sexual history. It is recommended he continue to check all options and remain open for change. The patient does present some fatigue and mild depression secondary to the approaching holidays without family. This remains a primary focus for the patient and remains quite a difficult adjustment for this individual.

Mr. Mullis has continued his relationship with ██████ and they appear to be doing well. It was recommended that the patient focus on his gains as well as his losses over the last year. Life has been quite a struggle for the patient since the sexual abuse of his adopted son. He is seen as benefiting from his participation in therapy and remains motivated to regain a normal healthy lifestyle. No other problems were presented. I will continue to follow the case.

(Dictated but not read if not signed)

000168

## NATIONAL INSTITUTE
### FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

PATIENT'S NAME: Mullis, Gary

FREQUENCY OF ATTENDANCE: qw

COLLATERAL THERAPIST: None

MEDICATIONS/DOSAGE: None

TODAY'S DATE: _12/10/96_          START DATE: 08/10/93

OFF WEEK?     YES     (NO)

EXCUSED?     (YES)     NO     Phone Consult:

REASON: _Pt is excused due to cold symptoms. To see in 1 w._

NOTES     (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96          000169

### NATIONAL INSTITUTE
### FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

**PATIENT'S NAME:**  Mullis, Gary

**FREQUENCY OF ATTENDANCE:**  qw

**COLLATERAL THERAPIST:**  None

**MEDICATIONS/DOSAGE:**  None

**TODAY'S DATE:**   12/3/96           **START DATE:** 08/10/93

**OFF WEEK?**     YES        NO

**EXCUSED?**     YES        NO

**REASON:** _____

**NOTES**   (Include as applicable:  sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt reports general status is stable . He denies inappropriate urges/cognitions . Pt continues employment ̄c ▓▓▓▓ often feeling "stuck in this post". He fears starting a new position due to sexual criminal Hx . Pt has been out ̄c a woman ▓▓▓ 3 times & is hopeful about same . He was honest ̄c her ▓▓▓▓ about his sexual Hx & thus far she is supportive . It is difficult for Gary to date after a 13yr marriage . Pt is self critical . Rec he be patient ̄c self & to take union slowly . Pt remains concerned for son/victim as he has not had contact ̄c boy since Aug. 96 . This is very

(OVER)

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96

000170

**NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA**

### PROGRESS NOTES

**PATIENT'S NAME:** Mullis, Gary

**FREQUENCY OF ATTENDANCE:** qw

**COLLATERAL THERAPIST:** None

**MEDICATIONS/DOSAGE:** None

**TODAY'S DATE:** 11/26/96          **START DATE:** 08/10/93

**OFF WEEK?**     YES     NO

**EXCUSED?**     YES     NO

**REASON:** _____

NOTES     (Include   as   applicable:   sexual   behavior   -   appropriate   and inappropriate,   employment   status,   home   situation,   current   stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

_Pt reports general status is stable. He denies inappropriate urges/cognitions. Pt continues employment ＝ ▮▮▮▮. Pt is beginning to date 2 women & is hopeful yet nervous about same. Self esteem is somewhat improved by this experience. Pt has some employment stress, but hopes to resolve same. Pt appears a bit more relaxed in general. Will continue to follow case._

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96          000171

# NATIONAL INSTITUTE
## FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

**PATIENT'S NAME:** Mullis, Gary

**FREQUENCY OF ATTENDANCE:** qw

**COLLATERAL THERAPIST:** None

**MEDICATIONS/DOSAGE:** None

**TODAY'S DATE:** _11/19/96_         **START DATE:** 08/10/93

**OFF WEEK?**     YES     NO

**EXCUSED?**     YES     NO

**REASON:** _____

**NOTES** (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt reports general status is stable. He denies inappropriate
urges / cognitions. Pt continues employment = ▓▓▓▓▓▓
He appears to be developing an appropriate ♀ relationship
which is helpful. Pt was supportive to peers
in group = good insight. No major Problems
were presented. Pt appeared at ↑ more
relaxed. Will continue to follow case.

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96

000172

## NATIONAL INSTITUTE
## FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

**PATIENT'S NAME:** Mullis, Gary

**FREQUENCY OF ATTENDANCE:** qw

**COLLATERAL THERAPIST:** None

**MEDICATIONS/DOSAGE:** None

**TODAY'S DATE:** _____11|12|96_____   **START DATE:** 08/10/93

**OFF WEEK?**   YES   NO

**EXCUSED?**   YES   NO

**REASON:** _____

**NOTES** (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt. reports general status is stable = some level of optimism. He denies inappropriate urges/ideations. Pt. continues employment = ███████ He had a nice time = father on vac in N. Carolina. Pt. discussed his prior Abuse = an old ♂ friend, which went very well. This marks the 1st time he discussed issue = anyone beyond selective family members. This is supported. Perceived the abuse of sex = sadness & remorse. He continues to monitor triggers & discussed the need to remain mindful of PRIOR Abuse pattern. The behavior remains egodystonic. Pt also placed on
(OVER)

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1    REV 12/03/95, 1/24/96

000173

### NATIONAL INSTITUTE
### FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:  _11/5/96_          START DATE: 08/10/93

OFF WEEK?      YES      (NO)

EXCUSED?      (YES)      NO

REASON:  _____

NOTES    (Include as applicable:  sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

_Pt is excused as he is on Vac. ē father. To see_
_in 1 w._

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96

000174

### NATIONAL INSTITUTE
### FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

**PATIENT'S NAME:** Mullis, Gary

**FREQUENCY OF ATTENDANCE:** qw

**COLLATERAL THERAPIST:** None

**MEDICATIONS/DOSAGE:** None

**TODAY'S DATE:** 10/29/96          **START DATE:** 08/10/93

**OFF WEEK?**      YES      NO

**EXCUSED?**      YES      NO

**REASON:** _____

**NOTES** (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt reports general status is stable. He denies inappropriate urges/cognitions. Pt continues employment ⊂ ▉▉▉▉ He is frustrated as he cannot transfer to another store where he would increase Floor Maintenance experience. Pt is disappointed as he did not receive Palo Police Dept or MD State High. Admin Positions. He appears to be more accepting of rejections.

Pt will vac. ⊂ father in N. Carolina & thus be excused next wk. He also placed an ISO ad & awaits response. This is supported. He reports a slight decrease of depression. Pt is however fatigued. He continues to await on word - supervised (over)

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** Joseph Fuhrmaneck

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96

000175