## NATIONAL INSTITUTE
## FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

**PATIENT'S NAME:** Mullis, Gary

**FREQUENCY OF ATTENDANCE:** qw

**COLLATERAL THERAPIST:** None

**MEDICATIONS/DOSAGE:** None

**TODAY'S DATE:** _____10|22|96_____       **START DATE:** 08/10/93

**OFF WEEK?**       YES          NO

**EXCUSED?**        YES          NO

**REASON:** _____

**NOTES** (Include as applicable: sexual behavior – appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt. reports general status is 4 Table. He denies inappropriate urges/ cognitions. Pt continues employment ē ▮▮▮▮ as he attempts to secure a new position. ie. State Highway Admin. He is anxious about the outcome of interview ē S.H.A last wk..

Pt continues to struggle ē self forgiveness re: the abuse of son. He remains concerned about sons welfare as he awaits reconnecting ē boy via therapy/visitation sessions. This remains a most traumatic time for this fellow. Pt is also very lonely. Rec. he continues to evaluate options. ie. church activities, Iso Ad. No major problems

(OVER)

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96

000176

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

## PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:  _10|15|96_          START DATE: 08/10/93

OFF WEEK?     YES      NO

EXCUSED?      YES      NO

REASON:  _____

NOTES  (Include as applicable:  sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

_Pt. reports general status is adequately stable. He denies inappropriate urges / cognitions. Pt generally presents c Mild depression & a mix of pessimism & optimism. He will attend a job interview c State Highway Admin. on 10/18/96 & is anxious about same. Pt is also concerned for son as he is "his love". We also focused on need/desire for an age appropriate female relationship. Re. he increase social network. No other problems were presented, except his ongoing struggle to forgive self for prior abusive behavior. Will continue to follow case._

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1    REV 12/03/95, 1/24/96

000177

**NATIONAL INSTITUTE**
**FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA**

### PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:  ___10\8\96___          START DATE: 08/10/93

OFF WEEK?      YES      NO

EXCUSED?       YES      NO

REASON:  _____

NOTES      (Include  as  applicable:      sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy):

_Pt reports general status is adequately stable. He denies inappropriate sexual urges / intentions. Pt continues employment ≡ ████ He is fatigued secondary to schedule. He continues to ruminate about State Highway Admin. post ≡ fears he will not succeed in life. Pt presents ≡ mild depression; having elements of inadequacy, self blame & general pessimism. He was confronted on same ≡ focus on positive personal attributes & being proactive in changing self direction. This remains a very difficult time for Pt. No other problems were presented. Will continue to follow case._

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

**PATIENT'S NAME:** Mullis, Gary

**FREQUENCY OF ATTENDANCE:** qw

**COLLATERAL THERAPIST:** None

**MEDICATIONS/DOSAGE:** None

**TODAY'S DATE:** ___10│1│96___          **START DATE:** 08/10/93

**OFF WEEK?**     YES          NO

**EXCUSED?**     YES          NO

**REASON:** _____

**NOTES** (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt. reports general status is adequately stable. He denies inappropriate urges/cognitions. Pt continues to seek new employment, i.e. White Highway Admin & is work c ███ presently. Pt continues c mild underlying depression, rumination about the loss of family c self criticism for having abused son. He is, as always, concerned for the boys welfare. Pt is trying to live c his Hx & Dx & adjust to how some will negatively view him. This remains an ongoing struggle. Pt also worries if he will ever find someone to care & accept him. This is a lonely time for Gary. No other problems were presented. Will continue to follow case.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE: ___9/24/96___          START DATE: 08/10/93

OFF WEEK?       YES        NO

EXCUSED?        YES        NO

REASON: _____

NOTES    (Include as applicable:  sexual behavior - appropriate and
inappropriate, employment status, home situation, current stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy):

Pt. reports general status is stable. He denies inappropriate urges/
cognitions. He continues employment ⊆ ███████████
and has applied for a dispatching position ⊆ State Highway
Admin. This is supported. Contact ⊆ father is
supportive. No major new problems were presented.
Will continue to follow case.

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96          000180

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

## PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:  9/17/96                    START DATE: 08/10/93

OFF WEEK?     YES        NO

EXCUSED?     YES        NO

REASON: _____

NOTES   (Include   as   applicable:   sexual   behavior   -   appropriate   and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy):

_Pt. reports general status is stable. He denies inappropriate ways/cognitions. Pt continues employment ▇▇▇▇ & continues to lament over the loss of dispatcher post in Police Dept.. This was a position he held for over 11yrs & was a primary element of self worth. Pt also expressed sadness & concern for son ___ (10y.), whom he has not seen in several wks. The last painful contact was ē the boy & his therapist. No other major problems were presented. Will continue to follow case._

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96

000181

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE: _____9|10|96_____ /          START DATE: 08/10/93

OFF WEEK?     YES          NO

EXCUSED?      YES          NO

REASON: _____

NOTES   (Include  as  applicable:   sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy):

Pt. reports general status is stable. He denies inappropriate
urges/cognitions. Pt. continues to seek new employment
& is disappointed, angry ⌐ Ba. Co. Police dept. rejection. He
continues Post ⌐ ██████████ @ present.
He further discussed unresolved pain associated ⌐ wife's
rejection. This remains a very difficult time for Gary.
Pt. struggles ⌐ the stereotype of pedophil & wishes people
would recall his life in total not only this wrongdoing.
No other problems were presented. Will continue
to follow case.

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_____

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96

000182

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:  _____9│3│96_____ /        START DATE: 08/10/93

OFF WEEK?      YES      (NO)

EXCUSED?      (YES)      NO

REASON: _____

NOTES   (Include  as  applicable:   sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy): Phone Consult č Father.

_Pt is excused from session due to illness. To see in 1 W._

---

( PHONE CALL )

FOR _JOE_                    DATE _9·3·96_  TIME _4_    (A.M. / P.M)
M _Gary mullis_
OF _____
PHONE _____
        AREA CODE    NUMBER    EXTENSION
FAX # _____
MESSAGE _Cannot attend group_
_tonight. He will call you this_
_week & explain._        SIGNED _____

| | |
|---|---|
| TELEPHONED | |
| RETURNED YOUR CALL | |
| PLEASE CALL | |
| WILL CALL AGAIN | |
| CAME TO SEE YOU | |
| WANTS TO SEE YOU | |

Adams
SC 1154-20

---

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.


THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96        000183

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE: ___8/27/96___         START DATE: 08/10/93

OFF WEEK?      YES      NO

EXCUSED?       YES      NO

REASON: _____

NOTES    (Include  as  applicable:   sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy):

Pt. reports general status is adequately stable ē some
depression & anger. He denies inappropriate meas/cognitions.
Pt continues employment ē ████████████ He is "devastated"
as Ba.Co. Police Dept. did not offer him the dispatching
position, due to a prior ⊖ reference from employer. He will
consider other options. Pt enjoyed being a dispatcher
ē this is very difficult to accept. He further
remains concerned for sex ē noted signs of shame
& remorse for his PRIOR abusive behavior. No
other problems were presented. Will continue to
follow case.

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96                    000184

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:  8·20·96                 START DATE: 08/10/93

OFF WEEK?        YES        NO

EXCUSED?         YES        NO

REASON: _____

NOTES   (Include  as  applicable:  sexual  behavior - appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy):

Pt. reports general status is stable ī mild depression. He denies inappropriate urges/cognitions. Pt. continues employment ī ▮▮▮▮ which is very hectic. Pt. continues to desire working in dispatching area ie. police dept. He continues to struggle ī abuse of son & feeling @ a loss to help the boy in his treatment process. He doesn't "know the right thing to say which the boys therapist will accept". Pt. he discuss issue ī therapist when possable. Pt. often feels overwhelmed as he takes care of self & works about his sons welfare. No other problems were presented. Will continue to follow case.

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_____

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96

000185

# NATIONAL INSTITUTE
## FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

**PATIENT'S NAME:** Mullis, Gary

**FREQUENCY OF ATTENDANCE:** qw

**COLLATERAL THERAPIST:** None

**MEDICATIONS/DOSAGE:** None

**TODAY'S DATE:** 8.13.96          **START DATE:** 08/10/93

**OFF WEEK?**     YES          NO

**EXCUSED?**     YES          NO

**REASON:** _____

**NOTES** (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt. reports general status is adequately stable. He denies inappropriate sexual cognitions. Pt continues employment ⊆ ▓▓▓▓ but longs to secure a dispatching position. i.e. Da.Lo. Police Dept.. He also discussed sadness associated ⊆ ex wife's anger & her/families aggression toward him since his abuse of son surfaced. Pt is frustrated that "his wrongful behavior casts a shadow over his years of appropriate loving acts. This remains a very difficult struggle for GARY. Pt. awaits an word when he can again see son (over)

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96          000186

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:  8·6·96            START DATE: 08/10/93

OFF WEEK?      YES      NO

EXCUSED?       YES      NO

REASON: _____

NOTES  (Include as applicable:  sexual behavior - appropriate and
inappropriate, employment status, home situation, current stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy):

Pt. reports general status is stable yet stressful. He denies
inappropriate urges/cognitions. Pt continues employment ē
██████████ He has been depressed about recent contact
ē son/victim in a therapy session. Pt wants to help
his son & is worried that the boy will continue to
reject him. This interaction triggered feelings of self
anger, doubt, insecurity & inadequacy. Pt is anxious
about his future & fears starting over ie. Relationship ē a woman.
No other problems were presented. We further reviewed
some of his prior triggers re: to the sexual abuse.
Will continue to follow case.

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  Joseph Fuhrmaneck

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96          000187

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:  7·30·96          START DATE: 08/10/93

OFF WEEK?      YES      NO

EXCUSED?       YES      NO

REASON: _____

NOTES  (Include as applicable:  sexual behavior - appropriate and
inappropriate, employment status, home situation, current stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy):

Pt reports general status is adequately stable. He
denies inappropriate urges/cognitions. Pt continues
employment c ███████ He met c son/victim &
the boy's therapist on ███████ This was very
stressful as the boy beat Gary in a "fit of rage" &
ordered him to leave the office. This was very
disturbing for Pt as it allowed him a clear view of
sons rage & disturbance re: to the abuse. This was
further the "first time anyone physically beat Pt
which was difficult." Pt. will continue 1X. c son
which is supported. It is very hard for Pt to integrate
                                              (over)

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  Joseph Fuhrmaneck

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96

000188

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:   qw

COLLATERAL THERAPIST:   None

MEDICATIONS/DOSAGE:   None

TODAY'S DATE:       7.23.96                 START DATE: 08/10/93

OFF WEEK?        YES        NO

EXCUSED?        YES        NO

REASON: _____

NOTES     (Include   as   applicable:     sexual   behavior  -  appropriate   and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy):

Pt. reports general status is adequately stable yet stressful.
He denies inappropriate urges/cognitions. Pt. continues
employment ⊆ ████████ He met ⊆ ex-wife & sons therapist
last w. which "went better & he was less defensive".
He is very anxious about meeting son & therapist
████████ . This will be his first face to face contact ⊆
boys in 2 yrs. He is apprehensive of sons. repressed
anger & hostility. Pt. desire is to help his boy
& his healing process. No other problems were
presented. Will continue to follow case

_____

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST:  Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:    Joseph Fuhrmaneck

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96

000189

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE: _____7.16.96_____        START DATE: 08/10/93

OFF WEEK?        YES        NO

EXCUSED?         YES        NO

REASON: _____

NOTES    (Include as applicable:   sexual behavior - appropriate and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations,  and a description of the patient's participation in
group or individual therapy):

Pt reports general status is adequately stable. He denies
inappropriate urges/cognitions. Pt continues employment
z ████████ & remains hopeful to eventually secure a
dispatching position. He met z ex-wife & sons therapist
████████. Pt was defensive & may not have presented
self well. He discussed elements related to his abuse
of son-ie. marital dysfunction. Pt did not discuss
factors related to his personality & emotional state @ the
time of offenses. Per he continues to evaluate
issues. He does in part hold victim @ blame.
No other problems were presented. Will continue to follow
case.

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96          000190

## NATIONAL INSTITUTE
### FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

**PATIENT'S NAME:** Mullis, Gary

**FREQUENCY OF ATTENDANCE:** qw

**COLLATERAL THERAPIST:** None

**MEDICATIONS/DOSAGE:** None

**TODAY'S DATE:** _7.9.96_        **START DATE:** 08/10/93

**OFF WEEK?**    YES    NO

**EXCUSED?**    YES    NO

**REASON:** _____

**NOTES**    (Include as applicable:  sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt. reports general status is stable. He denies inappropriate urges/cognitions. Pt. continues employment ⊂ ▓▓▓▓ as he anxiously awaits feedback from PA Se Police Dept. He wants others to judge him for "who he is rather than what he did." Pt is mildly depressed secondary to his divorce finalization on 7.5.96. He is somewhat angry ⊂ ex-wife for not staying in the marriage after 13 yrs. Further, Pec. he wishes dating options beyond a dating res. re. Singles group. No other problems were presented. Will continue to follow case.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1    REV 12/03/95, 1/24/96                    000191

# NATIONAL INSTITUTE
## FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE: ___7·2·96___          START DATE: 08/10/93

OFF WEEK?        YES        NO

EXCUSED?         YES        NO

REASON: _____

NOTES     (Include as applicable:   sexual behavior - appropriate and inappropriate,   employment   status,   home   situation,   current   stresses, complaints & resolutions,   current legal concerns,   other significant mental status observations,   and a description of the patient's participation in group or individual therapy):

Pt reports general status is adequately stable. He denies inappropriate urges/cognitions. Pt continues ████ & anxiously awaits word from B.C.P.D. or dispatching position. His son called a few times this wk & expressed anger, sadness & possibly guilt for his contact = Gary. Pt takes responsibility for his abuse of son. It was Pt - he to take care not to allow son/victim to blame self for this contact. Pt awaits his next session = son & buys therapist. No other problems were presented. Will continue to follow case.

---

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96          000192

## NATIONAL INSTITUTE
### FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

**PATIENT'S NAME:** Mullis, Gary

**FREQUENCY OF ATTENDANCE:** qw

**COLLATERAL THERAPIST:** None

**MEDICATIONS/DOSAGE:** None

**TODAY'S DATE:** _6.25.96_          **START DATE:** 08/10/93

**OFF WEEK?**     YES     NO

**EXCUSED?**     YES     NO

**REASON:** _____

**NOTES**     (Include as applicable:   sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt. reports general status is stable. He denies inappropriate urges/cognitions. Family contact is supportive (father). Pt is concerned by parent due to normal ageing process. He continues to wait on Pa. So. Police Dept. dispatching post. Pt continues employment @ ▮▮▮▮▮ His primary focus is sons welfare. No other problems were presented. Pt presents c mild chronic depression, but attempts to be hopeful about the future. Will continue to follow case.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96

000193

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:  _____6·18·96_____        START DATE: 08/10/93

OFF WEEK?        YES        NO

EXCUSED?         YES        NO

REASON: _____

NOTES    (Include as applicable:   sexual behavior - appropriate and
inappropriate,   employment   status,   home   situation,   current   stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy):

Pt. reports general status is stable. This has been A
stressful wk for Gary.   He denies inappropriate urges\
cognitions.   Pt continues employment ⋶ ▮▮▮▮ & awaits
decision from PA Co. Police Dept. re: despatching position.
He met ⋶ sons \ victims therapist on ▮▮▮▮. They
will meet in July ⋶ wife & the boys.   His son
called last wk to tell father "he cared & loved" him.
This was his 1st contact in over 1 yr. & is quite
heart warming for him.   Pt is remorseful for his prior
abuse of son who is now 10 y/o.   No other problems
were presented.   Will continue to follow case.

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96                    000194

# NATIONAL INSTITUTE
## FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

**PATIENT'S NAME:** Mullis, Gary

**FREQUENCY OF ATTENDANCE:** qw·

**COLLATERAL THERAPIST:** None

**MEDICATIONS/DOSAGE:** None

**TODAY'S DATE:** _____6·11·96_____          **START DATE:** 08/10/93

**OFF WEEK?**      YES      NO

**EXCUSED?**      YES      NO

**REASON:** _____

**NOTES** (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt. reports general status is stable. He denies
inappropriate urges/ compulsions. Pt continues employment
& awaits decision from Pa. Co. Police Dept re his
application for a dispatching post. He is a Pt. fatigued.
Pt is pleased to meet ī sons therapist this wk &
hopes to be of assistance to the boy. He
remains very concerned for the boys welfare & health.
Pt reports a slight decrease of depression.
He continues to experience guilt & shame
re crime ī a possible need for forgiveness
from authority figs. ie. he may apply for a pardon from governor.
(over)

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** _Joseph Fuhrmaneck_____

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96                    000195

## NATIONAL INSTITUTE
### FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:  _____6·4·96_____          START DATE: 08/10/93

OFF WEEK?      YES      (NO)

EXCUSED?      (YES)      NO

REASON:  _Pt is excused due to working overtime & not_

NOTES    (Include  as  applicable:    sexual  behavior  -  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy):

_having slept & fatigue. To see in 1 W._

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96

000196

**NATIONAL INSTITUTE**
**FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA**

### PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:  _5·28·96_          START DATE: 08/10/93

OFF WEEK?      YES      NO

EXCUSED?      YES      NO

REASON:  _____

NOTES    (Include as applicable:  sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt. reports general status is stable ē some frustration & depression noted. He denies inappropriate urges \ cognitions. Pt is sad about pending Div. ████ ē wishes wife had not given up on the marriage. He is concerned for adopted son & desires supervised visitation. Pt will secure legal counsel ASAP. Employment area is stable yet he desires a position as dispatcher in a law enforcement agency. He did express frustration ē the "continuous barriers he much overcome to have a normal life". Pt did internalize a critical lecture on pedophilia by his
                                                                    (OVER)

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:  _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96          000197

**NATIONAL INSTITUTE**
**FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA**

**PROGRESS NOTES**

**PATIENT'S NAME:**  Mullis, Gary

**FREQUENCY OF ATTENDANCE:**  qw

**COLLATERAL THERAPIST:**  None

**MEDICATIONS/DOSAGE:**  None

**TODAY'S DATE:**  5·21·96                    **START DATE:** 08/10/93

**OFF WEEK?**       YES        NO

**EXCUSED?**       YES        NO

**REASON:** _____

**NOTES**    (Include as applicable:  sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt. reports general status is adequately stable. He denies inappropriate urges / cognitions. Employment is stable if not rewarding. He continues to await word on Pa. G. Police Dept. dispatcher position (8.96). Pt will meet ~ an Attorney ▬▬▬ to discuss Div. & visitation issues. This is a primary concern for GARY. Further, he expressed fear re: the passage of Megan's Law. No other problems were presented. Will continue to follow case.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** Joseph Fuhrmaneck

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96          000198

**NATIONAL INSTITUTE**
**FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA**

**PROGRESS NOTES**

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE: ___5.14.96___          START DATE: 08/10/93

OFF WEEK?        YES          NO

EXCUSED?         YES          NO

REASON: _____

NOTES    (Include as applicable:  sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt. reports general status is stable. He denies inappropriate urges/cognitions. Pt continues employment = ▮▮▮▮▮ thn has been a RIF & so he has a greater task demand. He has not had news from 3a. Co. Police Dept. re: dispatcher post. His primary focus is forthcoming — Div. hearing on ▮▮▮▮▮ Pt will consult on attorney this w. Another focus has been his sons welfare & his desire to help the boy = healing process. Pt is attempting to be responsible & get his life together again. No other problems were presented.
(over)

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _____Joseph Fuhrmaneck_____

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96

000199

## NATIONAL INSTITUTE
### FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

PATIENT'S NAME: Mullis, Gary

FREQUENCY OF ATTENDANCE: qw

COLLATERAL THERAPIST: None

MEDICATIONS/DOSAGE: None

TODAY'S DATE: 5·7·96          START DATE: 08/10/93

OFF WEEK?     YES     NO

EXCUSED?     YES     NO

REASON: _____

NOTES (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

_Pt. reports general status is 9 table. He denies inappropriate urges / cognitions. Pt continues employment ▮▮▮▮ He discussed the natural need to masturbate c̄ focus on appropriate sex objects. Pt also discussed his sadness about the recent death of a close friend. No other new problems were presented. Will continue to follow case._

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96          000200