# NATIONAL INSTITUTE
## FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

**PATIENT'S NAME:** Mullis, Gary

**FREQUENCY OF ATTENDANCE:** qw

**COLLATERAL THERAPIST:** None

**MEDICATIONS/DOSAGE:** None

**TODAY'S DATE:** 4·30·96          **START DATE:** 08/10/93

**OFF WEEK?**       YES       NO

**EXCUSED?**       YES       NO

**REASON:** _____

**NOTES** (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt reports general status is stable. He denies inappropriate urges/cognitions. Pt continues employment ̄ ███████ & awaits disposition from Ba.Co. Police Dept on dispatching position. Pt is sad as an amateur radio peer died on 4·29·96 secondary to a heart attack. They were friends for 7 yrs.. Pt further discussed his concern for son & desire to be a part of his life. He wants to help the boy in his healing process. Rec. he attempt to communicate ̄ the boys psychologist. No other problems were presented. Will continue to follow case.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** Joseph Fuhrmaneck

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96                 000201

## NATIONAL INSTITUTE
## FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE: 4-23-96                     START DATE: 08/10/93

OFF WEEK?      YES      NO

EXCUSED?      YES      NO

REASON: _____

NOTES      (Include as applicable:    sexual behavior - appropriate and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy):

Pt. reports general status is stable. He denies inappropriate
urges/cognitions. Pt continues employment which is going
fairly well. He expressed concern for pedophiles
in the community who are not recieving treatment.
Pt further reviewed his growth from his therapy
experience. No new major problems were
presented. Will continue to follow case.

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96                    000202

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:   qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE: 4.16.96                   START DATE: 08/10/93

OFF WEEK?       YES        NO

EXCUSED?        YES        NO

REASON: _____

NOTES    (Include  as  applicable:  sexual  behavior  –  appropriate  and
inappropriate,  employment  status,  home  situation,  current  stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy):

Pt. reports general status is stable. He denies inappropriate
urges / cognitions.   Pt continues employment & awaits
word on DA Co. Police Dept. position in dispatching.
Pt has begun dating process c apprehension. He will
have lunch c _____ this wk. This is hopeful.
Pt fears rejection secondary to sexual Hx.. Rec. he take
union gradually.
Pt continues to miss son / visitation + hopes to secure
supervised visitation soon. This is supported. He does
exhibit mild depression due to stressors. No other problems
were presented. Will continue to follow case.

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_____

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96                    000203

## NATIONAL INSTITUTE
### FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

**PATIENT'S NAME:** Mullis, Gary

**FREQUENCY OF ATTENDANCE:** qw

**COLLATERAL THERAPIST:** None

**MEDICATIONS/DOSAGE:** None

**TODAY'S DATE:** 4.9.96         **START DATE:** 08/10/93

**OFF WEEK?**     YES     NO

**EXCUSED?**     YES     NO

**REASON:** _____

**NOTES** (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt reports general status is stable. He denies inappropriate urges/cognitions. Pt continues employment @ ██████████ & anxiously awaits feedback on Bs. Co. Police Dept dispatcher interview. Pt & father are doing well. He continues to want a dating service to facilitate dating process. Pt. has experienced dreams assoc. c loss of family which remains a painful topic. He also shared resentment for wife who rejected him in this desperate time. Pt also anxiously awaits word from sons therapist re: supervised visitation. No other problems were presented. Pt further reviewed triggers/factors re: to his abuse of son. Will continue to follow case.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** Joseph Fuhrmaneck

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96

000204

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

## PROGRESS NOTES

PATIENT'S NAME: Mullis, Gary

FREQUENCY OF ATTENDANCE: qw

COLLATERAL THERAPIST: None

MEDICATIONS/DOSAGE: None

TODAY'S DATE: 4·2·96          START DATE: 08/10/93

OFF WEEK?     YES     (NO)

EXCUSED?     (YES)     NO

REASON: Pt is excused due to a church Function. To see in 1 wk.

NOTES (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96

000205

## NATIONAL INSTITUTE
### FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE:  _3·26·96_          START DATE: 08/10/93

OFF WEEK?     YES     NO

EXCUSED?      YES     NO

REASON: _____

NOTES     (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt. reports general status is stable yet stressful. He denies inappropriate urges/cognitions. Pt continues employment @ ████████ as he seeks other position. He has an interview 3.29.96 c Bx. Co Police Dept for a dispatching post. Pt is anxious about same. They are aware of his criminal/sexual Hx. & Pt is trying to be hopeful. He displays good judgement. Securing this position would help restore his self esteem - self respect & is fully supported. No other problems were presented. His general posture is anxious & optimistic. Will see in 2w as Pt has a dress rehearsal for Church play next Tues. evening. He is thus excused from group on 4.2.96.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96

000206

## NATIONAL INSTITUTE
### FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

**PATIENT'S NAME:** Mullis, Gary

**FREQUENCY OF ATTENDANCE:** qw

**COLLATERAL THERAPIST:** None

**MEDICATIONS/DOSAGE:** None

**TODAY'S DATE:** 3.19.96          **START DATE:** 08/10/93

**OFF WEEK?**     YES     NO

**EXCUSED?**      YES     NO

**REASON:** _____

**NOTES** (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt reports general status is stable. He denies inappropriate urges/cognitions. Pt remains employed ē ██████████ as he seeks other positions. Family contact is supportive. Pt continues to struggle ē loneliness & awaits news from the dating service. He remains concerned for son/victim & hopes to visit boy during his treatment session soon. This is supported. No other problems were presented. Will continue to follow case.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96

# NATIONAL INSTITUTE
## FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

PATIENT'S NAME: Mullis, Gary

FREQUENCY OF ATTENDANCE: qw

COLLATERAL THERAPIST: None

MEDICATIONS/DOSAGE: None

TODAY'S DATE: 3·12·96                    START DATE: 08/10/93

OFF WEEK?        YES        NO

EXCUSED?         YES        NO

REASON: _____

NOTES     (Include as applicable:  sexual behavior - appropriate and
inappropriate, employment status, home situation, current stresses,
complaints & resolutions, current legal concerns, other significant mental
status observations, and a description of the patient's participation in
group or individual therapy):

_Pt reports general status is adequately - stable + noted_
_stress. He denies inappropriate urges + cognitions. A_
_primary issue remains financial conflict + wife. He believes that_
_he owes her $2300.00 + she states he owes $3100.00    on fees re: to_
_his sons care etc..  Pt has consulted an attorney but is_
_frustrated + angry about wifes behavior. This has_
_forced Pt to accept "letting go of marriage," which has been_
_difficult for him to internalize._
_    Pt reports feeling - lonely + awaits contact from a_
_dating - service. He is somewhat depressed + tension_
_headaches. Pt hopes for a better future + some pessimism._
                                                    (over)

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96

000208

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

PROGRESS NOTES CONTINUED

Employment area is stable if not emotionally fulfilling.
Family contact remains supportive (father). 
No other problems were presented. Will continue
to follow case.

THERAPIST SIGNATURE: _Joseph Lehmanech_

000209

## NATIONAL INSTITUTE
### FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

PATIENT'S NAME: Mullis, Gary

FREQUENCY OF ATTENDANCE: qw

COLLATERAL THERAPIST: None

MEDICATIONS/DOSAGE: None

TODAY'S DATE: 3.5.96                    START DATE: 08/10/93

OFF WEEK?       YES       NO

EXCUSED?        YES       NO

REASON: _____

NOTES    (Include as applicable:    sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt reports general status is stable. He denies inappropriate urges / cognitions. Employment area remains stable. He continues to await the dating service to secure a date. Pt views this process as less threatening than use of I-50 ad or a chance meeting. Pt continues to worry about son & hopes to see him soon. No other problems were presented. Will continue to follow case.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96

000210

**NATIONAL INSTITUTE**
**FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA**

**PROGRESS NOTES**

**PATIENT'S NAME:** Mullis, Gary

**FREQUENCY OF ATTENDANCE:** qw

**COLLATERAL THERAPIST:** None

**MEDICATIONS/DOSAGE:** None

**TODAY'S DATE:** 2·27·96                    **START DATE:** 08/10/93

**OFF WEEK?**        YES        NO

**EXCUSED?**        YES        NO

**REASON:** _____

**NOTES** (Include as applicable: sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt. reports general status is stable. He denies inappropriate urges/cognitions. Employment area is stable. Pt has been frustrated & angry ē ex-wife who sent him $2300.00 in bills last wk. He fears she may attempt to have his probation violated. Pt did consult ē an attorney.

Pt did join a dating service & awaits results. This is supported.

Pt hopes to see his son again soon as the boy's therapist stated "it was time they meet again in a clinical supervised setting".

Pt discussed his son's threats to report him for sexual abuse if Gary did not continue to engage in same. This conversation occurred

(OVER)

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**THERAPIST:** Joseph Fuhrmaneck, MA, NCC, CPC, PsA

**SIGNATURE:** Joseph Fuhrmaneck

FILE NAME: B:\WP51\JOE1        REV 12/03/95, 1/24/96

000211

**NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA**

**PROGRESS NOTES**

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE: 2.20.96                              START DATE: 08/10/93

OFF WEEK?        YES        NO

EXCUSED?         YES        NO

REASON: _____

NOTES    (Include as applicable:  sexual behavior - appropriate and inappropriate, employment status, home situation, current stresses, complaints & resolutions, current legal concerns, other significant mental status observations, and a description of the patient's participation in group or individual therapy):

Pt. reports general status is stable. He denies inappropriate urges/
cognitions. Employment area remains stable ███████ & he
continues to seek a dispatching post. i.e. Ba. Co. Police Dept.
Pt is moving toward dating arena & some apprehension.
He continues to express concern for son's/victim welfare.
We will submit a report to the child's therapist ASAP re:
Gary's case. No major new problems were
presented. Will continue to follow case.

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE: _Joseph Fuhrmaneck_

FILE NAME: B:\WP51\JOE1     REV 12/03/95, 1/24/96

000212

NATIONAL INSTITUTE
FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

### PROGRESS NOTES

PATIENT'S NAME:  Mullis, Gary

FREQUENCY OF ATTENDANCE:  qw

COLLATERAL THERAPIST:  None

MEDICATIONS/DOSAGE:  None

TODAY'S DATE: 2-13-96                    START DATE: 08/10/93

OFF WEEK?        YES          NO

EXCUSED?         YES          NO

REASON:  _____

NOTES    (Include   as   applicable:   sexual   behavior  -  appropriate  and
inappropriate,  employment   status,   home   situation,   current   stresses,
complaints  &  resolutions,  current  legal  concerns,  other  significant  mental
status  observations,  and  a  description  of  the  patient's  participation  in
group  or  individual  therapy):

Pt. reports general status is stable ē underlying dysthymia.
He denies inappropriate urges/cognitions. Pt continues
employment ē ▓▓▓▓▓ as he seeks a dispatching position.
He discussed his struggle in viewing self as a child molester.
We reviewed his sexual abuse of adopted son in detail to
include factors related to actions. These included: A
(a) dysfunctional marriage, (b) self isolation ē limited supports beyond
the home. (c) Sexual relations were all but non existant.
(d) Noted feelings of inadequacy, insecurity, & self
doubt. (e) His son was his only close bond - support. (f) Depression/
not treated. Pt has difficulty exploring the sexual satisfaction connected
(OVER)

The attending physician was available and continues to provide supervision
for the patients on an ongoing basis.

THERAPIST: Joseph Fuhrmaneck, MA, NCC, CPC, PsA

SIGNATURE:   Joseph Fuhrmaneck

FILE NAME: B:\WP51\JOE1      REV 12/03/95, 1/24/96

000213

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Associate Director:
Kathryn Thomas, RN, MS

Therapists:
Phydes Burns, MA
Pamela Lago, MSW, LCSW
Joseph Fuhrmaneck, MA, MCC, CPC
Catherine Parr, BA, MA
Andrea Nacso, RN, MS, CS
Shelby Lane, RN, MS, CS
Randi Meisr, PhD
Moses A. Mouzon, BS, MS
Curs Rosea, MA

Consultant:
H. Martin Malin, PhD, FACCS

Research Associate:
Greg Lenoe, PhD

Research Assistant:
Patricia Anshow, BA

Administrative Staff:
Maggie Rider
Sharon Dean
Bernadette Missouri

Chief Legal Counsel:
Mary Ann Beran, RN, BS, JD

Board of Advisors:
William Aria
Judith Becker, PhD
Gail Berenstein, BS
Richard Berenstein, PhD
Gerald Bovis, Esq.
James Breinig, PhD
H. Jerome Briscoe, M, Esq.
James L. Cavanaugh, Jr., MD
David Fassener, PhD
A. Nicholas Groth, PhD
Roy Hazelwoos, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knoop
Richard Lewol, Esq.
Michael Menhoerner
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John G. Henson, MD
P. Gavie O'Callaghan, PhD
Jonas Rappoport, MD
Robert L. Sadzer, MD
Gary Jackson, Esq.
Frank L. Vaicer, MD
Henry M. Wagner, Jr., MD
Phyllis Ward, BA, MA

PATIENT: Mullis, Gary

DATE: 2·6·96     OFF WEEK:

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is adequately able & noted tension. He denies inappropriate urges/cognitions. This has been a very disappointing & difficult wk for him. He was not chosen for the dispatchers position secondary to a failed typing exam. Rec. he secure a class to improve skill.

Further, his ex-wife is implying Pt is negligent in paying 50% of sons Tx fees. He denies same. Pt fears she may pursue a VOP. Pt is also angry w attorney who refuses to represent Gary ███████████████. Rec. he seek new counsel ████████████.

He does continue employment w ██████████ which is going fairly well. No other problems were presented. To see in 2 wks.

THERAPIST: Joseph Fuhrmaneck, MA, N██████████ 000214 PSA

## PROGRESS NOTES

National
Institute
for the Study,
Prevention and
Treatment of
Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Associate Director:
Kathryn Thomas, RN, MS

Therapists:
Phyllis Burke, MA
Carmen Laos, MSW, LCSW
Leon Hammaneck, MA, MCC, CPC
Katherine Furr, BA, MA
Andrea Aesso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Meier, PhD
Mette A. Mulazon, BS, MS
Lura Aesso, MA

Consultant:
H. Martin Malin, PhD, FACCS

Research Assistant:
Greg Lecos, PhD

Research Assistant:
Patricia Anthony, BA

Administrative Staff:
Maggie Alder
Sharon Dean
Bernadette Mesdoen

Chief Legal Counsel:
Mary Ann Berise, RN, BS, JD

Board of Advisors:
William Arter
Judith Becker, PhD
Gail Baranostan, BS
Richard Baranostan, PhD
Gerald Bovis, Esq.
James Breese, PhD
H. Jameson Briscoe, M. Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, MCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawor, Esq.
Michael Mooradmer
Hon. Thomas J. Middleton
Jerome B. Miller, DSW, LCSW
John C. Nemiah, MD
J. Gavin O'Callaghan, PhD
Jonas Rosenstein, MD
Robert L. Sadoff, MD
Gary Schoen, Esq.
Frank L. Valcar, MD
Henry W. Wagner, Jr., MD
Phyllis Wood, BA, MAT

PATIENT:  **Mullis, Gary**

DATE:  **1·30·96**      OFF WEEK: _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is adequately stable. He denies inappropriate urges/cognitions. Pt remains employed ▓▓▓▓▓ as he attempts to secure a dispatching position. He has an interview tomorrow c̄ Baile Tunnel Admin. This is supported.

Pt continues to express concern for son/victim who remains very angry about his abuse. He hopes to regain visitation c̄ the boy. We will generate a report to the victim's PhD when possible re: his treatment status & comment on the issues of contact. No other problems were presented. Will continue to follow case.

THERAPIST:  Joseph Juhrmaneck MA, N000245PsA

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phylis Burns, MA
Pamela Cade, MSW, LCSW
Joseph Puhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Nelso, RN, MS, CS
Shelly Lurse, RN, MS, CS
Randa Miller, PhD
Musse A. Mulazim, BS, MS
Luis Rosas, MA

**Consultant:**
H. Martin Mahn, PhD, FACCS

**Research Associate:**
Greg Lenne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artaz
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finklehor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Menshenner
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Neman, MD
P. Gavle O'Callaghan, PsyD
Jonas Rappoport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 1.23.96          **OFF WEEK:** _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable. He denies inappropriate urges/cognitions. Pt. hopes to secure a dispatching position @ MD toll facilities. This is supported. He continues working ▉▉▉ Co.. Pt. remains concerned about sons/victims welfare or is attempting to secure supervised visitation. He has requested we discuss his Tx. process @ sons therapist ▉▉▉▉▉▉▉. We will reply @ his request ASAP. No major problems were presented. Will continue to follow case.

**THERAPIST:** _Joseph Puhrmaneck_ MA, NCC, CPC, PsA

000216

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mutee A. Mutazam, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Ariaz
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meshenberg
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry R. Wagner, Jr., MD
Phyllis Ward, BA, MAT

PATIENT: _____Mullis, Gary_____

DATE: _____1·16·96_____   OFF WEEK: _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is adequately stable yet stressful. He denies inappropriate urges/cognitions. Pt brought A THANKYou card from his son/victim for A Christmas gift. The boy expressed direct open hostility toward Pt for having been Abusive sexually. Pt tends to repress emotions so thus it was difficult for him to express anger or sadness associated w/ son's hostile rejection. He is also frustrated as he can not directly contact (via letter or phone) the boy. Pt is concerned for the boy's welfare who is 9yo. This written communication is a blow to Pt. self esteem. Rec. he write letter to son acknowledging his feelings & be supportive. No other problems were presented. Will continue to follow case.

THERAPIST: _____Joseph Fuhrmaneck____ MA, NCC, CPC, PsA

000217

## PROGRESS NOTES

### National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mutee A. Mutazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artaz
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Melsheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Neman, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Hulk, Gary

**DATE:** 1.9.96        **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**Patient is excused from Group session due to severe snow conditions.
To be seen in one week.**

**THERAPIST:** Joseph Fuhrmaneck MA, NCC, CPC, PsA

000218

**PROGRESS NOTES**

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

PATIENT: ___Mullis, Gary___

DATE: ___1·2·96___   OFF WEEK: _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable. He denies inappropriate urges/cognitions. Pt. continues employment ⊆ ▮▮▮▮▮ as he seeks a possible position in dispatching. ie. MTA. He continues to present ⊆ a low grade depression. The holidays are a difficult time for Pt.; in part due to not having contact ⊆ son. No other problems were presented, except for a desire to have a dating relationship. Will continue to follow case.

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Gaston Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mutee A. Mulazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Mahn, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artaz
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Neman, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappaport, MD
Robert L. Solizer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry H. Wagner, Jr., MD
Phyllis Ward, BA, MAT

THERAPIST: ___Joseph Fuhrmaneck— MA, NCC, CPC, PsA___

000219

# PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phylis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mutee A. Mulazim, BS, MS
Luis Roselli, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcer, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

PATIENT: Mullis, Gary

DATE: 12·26·95     OFF WEEK:

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is adequately stable c̄ mild depression. He denies inappropriate urges/ cognitions. Employment area is stable as he continues work c̄ ███████. He continues to desire & seek a position in dispatching.

Pt. has found the holidays difficult as he awaits his second session c̄ son [custody] & therapist. Rec. he write therapist regarding issue. Pt. feels isolated from the boy so holds some anger for ex-wife. He presents c̄ a passive dependent trend; holding a pessimistic view in general. Rec. he attempt to keep issues in perspective. No other problems were presented. Will continue to follow case.

THERAPIST: Joseph Fuhrmaneck MA, NCC, CPC, PsA

000220

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mutee A. Mulazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finklehor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Melsheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 12·19·95   **OFF WEEK:** _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

It is excused due to icy weather conditions. To see in two wk.

**THERAPIST:** Joseph Fuhrmaneck MA, NCC, CPC, PsA

000221

# PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lone, RN, MS, CS
Randi Miller, PhD
Mutee A. Molazim, BS, MS
Luis Roselli, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Arlez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finklehor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knoop
Richard Lawlor, Esq.
Michael Melsheimer
Hon. Thomas J. Middleton
Jerome G. Miller, OSW, LCSW
John C. Neman, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappoport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 12·12·95      **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is stable. He denies inappropriate urges/cognitions. Pt continues employment & enjoys same. He is sad that a recent possible dating relationship did not work & there was rejection after Pt disclosed his sexual Hx. This was a very difficult decision for Gary. Pt expressed empathy for another group member, felt isolation & fear of failure in relationships ████████. No other problems were presented. Will continue to follow case.

**THERAPIST:** Joseph Fuhrmaneck MA, NCC, CPC, PsA

000222

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phylis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mutee A. Mulazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Melsheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Neiman, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phylis Ward, BA, MAT

PATIENT: _Mullis, Gary_

DATE: _12.5.95_     OFF WEEK: _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is adequately stable. He denies inappropriate urges & contacts. Pt continues to seek new employment opportunities. ie. N. Carolina Police dispatching position, MTA dispatching position.

Pt discussed his guilt about abuse of son & struggle for acceptance. He continues to grieve the loss of family (2 yrs). He further evaluated how difficult it is for him to live in a paranoid community atmosphere c̄ his past Hx..

No other problems were presented. Will continue to follow case.

THERAPIST: _Joseph Fuhrmaneck - MA, NCC, CPC, PsA_

000223

**PROGRESS NOTES**

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

PATIENT: Mullis, Gary

DATE: 11.28.95   OFF WEEK: _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lune, RN, MS, CS
Randi Miller, PhD
Mutee A. Mulazim, BS, MS
Luis Roselli, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artaz
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finklehor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

JHH. Resident Progress Note.

(S) No complaints voiced in group. Reported being "involved" in a dating relationship x 3 wks. Sought input on when to disclose sex offense to new girlfriend.

(O) Has been wearing more formal working attire to group, since he started his new job. Grooming and hygiene have improved. Affect is full-range. Mood as reveled with appropriate brightening. Appeared interested in and engaged in group. No problems w/ speech or thought.

s/p. Pedophilia

1. Weekly Psychotherapy
2. R/o q 4 wk.

_[signature]_ MD.

**THERAPIST:** _Joseph Fuhrmaneck_ MA, NCC, CPC, PsA

# PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma.**

104 E. Biddle street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

PATIENT: Mullis, Gary

DATE: 11.21.95     OFF WEEK: _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is stable. He denies inappropriate urges / cognitions. The employment area is going well thus far.

Pt continues to express concern for sex/victim & is anxious to see her again & has requested. The waiting period is frustrating. Pt further explored his concern about rejection by peers / friends if he were to discuss his Dx & Hx c them. He is concerned about the stigma related to same. He presents as needing their acceptance, forgiveness & a opportunity to unburden self. Pre. he looks as developing friendships & forgiving self. No other problems were presented. Will continue to follow case.

THERAPIST: J. Schmaneech, MA, NCC, CPC, DSA.

000225