## PROGRESS NOTES

**National
Institute
for the Study,
Prevention and
Treatment of
Sexual Trauma.**

.04 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**PATIENT:** Mullis, Gary

**DATE:** 11.14.95     **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable.
He denies inappropriate urges \ cognitions.
Pt continues employment ⊂ ▇▇▇▇▇▇ &
longs to return to the field of EMS \
Police dispatching.  He is trying to
generally remain optimistic.
Pt continues to struggle ⊂ loneliness
& fear of rejection.  No other
problems were presented.  Will continue
to follow case.

**THERAPIST:** _____ MA, NC___, PSA..

000226

## PROGRESS NOTES

National
Institute
for the Study,
Prevention and
Treatment of
Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

PATIENT: Mullin, Gary

DATE: 11·7·95     OFF WEEK: ___

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Psychiatry Resident Progress Note —
① Adjusting well to new job.
Some minor problems w/a
coworker, but handled this
situation appropriately. Concerned
that his son would like to see
the child Psychiatrist "alone", and
that ex-wife's presence might
"inhibit" him from talking.
Does not know when next family
session will be. Considering
placing a personal ad in the
paper in order to meet women.
② Grooming + appearance much
improved. Is dressing up
for work. Mood = "bright", affect
full range. Appears relaxed,
euthymic. More confident
w/self.

A/P Depression
Rec g·wk of group Psychotherapy

THERAPIST: J Juhrmaneck, MA, N 000227, PsA

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

.04 E. Biddle Street
Baltimore. MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

PATIENT: _Mullis, Gary_

DATE: _10·31·95_        OFF WEEK: _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable. He denies inappropriate urges/cognitions. Pt. is very pleased to have begun a new job on 10/30/95 ▮▮▮▮▮ as a clerk. His goal is succeeding in the new position. Pt. is not depressed & attitude is hopeful. His contact ₹ family is supportive. No other problems were presented. Will continue to follow case.

THERAPIST: _Juhrmanich_ MA, N▮▮▮▮ PsA.

# PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma.**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

PATIENT: _Mullis, Gary_

DATE: _10·24·95_     OFF WEEK: _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is adequately stable. He denies inappropriate urges/cognitions. Pt continues employment as he seeks a new position. Family contact is supported. Pt had the first face to face meeting c̄ wife in 2 yrs. last wk. the meeting was c̄ sons therapist & there will be a F/U session soon. Pt was difficult for Pt to see wife cry. He is somewhat closed to his feelings as he struggles c̄ mild depression, shame & fears of failure. He is however pleased to have the opportunity to communicate c̄ wife & see son in the future. No other problems were presented. H.W. Rec he use personal journal to reflect on experience c̄ wife & sons therapist. Will continue to follow case

THERAPIST: _____ MA, N____ PsA

000229

## PROGRESS NOTES

**National
Institute
for the Study,
Prevention and
Treatment of
Sexual Trauma**

04 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**PATIENT:** Mullis, Gary

**DATE:** 10.17.95     **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is adequately
stable. He denies inappropriate urges
cognitions. Pt continues PA employment c̄
████████ He is ANXIOUS about the
Pt. meeting c̄ ex-wife & sons therapist on
████████ His sons welfare remains a
constant concern. Pt. continues to
express guilt, shame & remorse for his
abuse of boy.
Pt also focused on his intermittent
struggle c̄ depression & ability to
partially resolve same.
He will attend a religious retreat
His wK. end & is looking forward to
the experience. No other problems
were presented. Will continue to
follow case.

**THERAPIST:** _____ MA, N     000230, PsA

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma.**

.04 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**PATIENT:** _Hollis, Gary_

**DATE:** _10·10·95_        **OFF WEEK:** _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is adequately stable. He denies inappropriate urges/cognitions of a sexual nature. Pt. continues PA employment = fatigue. He is frustrated = his job search efforts. Pt continues to focus on what he has lost vrs. his gains which creates depression & self debasement. Pt continues to ruminate about his abusing son = guilt.
Pt. is also fearful of beginning a new relationship in part due to fear of rejection secondary to crime & Px..
Pt feels "lost" = a need to become proactive in developing a new support network. No other problems were presented. Will continue to follow case.

**THERAPIST:** _J. Schumanrech_ MA, NC00231 P8A.

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma.**

304 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**PATIENT:** Mullis, Gary

**DATE:** 10·3·95     **OFF WEEK:** _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is marginally stable ē some depression noted. He denies inappropriate urges/ cognitions. Pt continues work in PA ē fatigue & frustration as he unsuccessfully seeks a new position in dispatching. Pt is also concerned by father who has been ill & exhibits memory problems. He is a bit hopeful as a friend informed him that his son was doing better. Pt. worries a great deal about everything ē rumination. Pt. he seek other employment until he can secure desired position ie. to consult on employment ē R.. Neo ther problems were presented. Will continue to follow case

**THERAPIST:** J. Juhsmanech MA, N○○○232, PsA.

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**PATIENT:** Mullis, Gary

**DATE:** 9.26.95   **OFF WEEK:** _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is adequately stable. He denies inappropriate sexual cognitions. Pt continues employment in PA č fatigue & frustration as he is unsuccessful in finding a new position. Pt is anxious about meeting č son & his therapist on ███████ He is concerned re the boy | victim who is now 9 y/. Pt remains self disclosing regarding his sexual abuse of son. He is remorseful č elements of underlying depression. This remains a very traumatic experience for this Pt. No other problems were presented Will continue to follow case.

**THERAPIST:** _____ MA, NC _____ PsA

000233

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**PATIENT:** Mullis, Gary

**DATE:** 9.19.95     **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is a okay.
He denies inappropriate urges / conditions
Pt continues PA employment + patient
No major problems were presented.
There was an element of depression.
Will continue to follow
case

**THERAPIST:** Juhrmanech — MA, NC

000234

## PROGRESS NOTES

National
Institute
for the Study,
Prevention and
Treatment of
Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Associate Director:
Aubrey Thomas, RN, MS

Therapists:
Donna Burke, MA
Frank Case, MSW, LCSW
Jon Fontmanner, MA, NCC, CPC
Charlene Puff, BA, MA
Thorea Reene, RN, MS, CS
Amy Luria, RN, MS, CS
Fance Minor, PhD
Mules A. Mullener, BS, MS
Lois Rozell, MA

Counselors:
H. Martin Mann, PhD, FACCS

Research Associate:
Greg Lehne, PhD

Research Associate:
Patricia Anthony, BA

Administrative Staff:
Maggie Rider
Karen Dean
Enrolline Marchman

Chief Legal Counsel:
Mary Ann Berlin, RN, BS, JD

Board of Advisors:
Warren Arnd
Ralph Becker, PhD
Lois Berenzwen, BS
Richard Berendzen, PhD
Teresa Boyle, Esq.
James Breiling, PhD
Jerome Brecoll, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kark
Jay Howard Kridel
Richard Lindell, Esq.
Michael Menchimer
Jon Thomas J. Maddissen
Jerome E. Miller, DSW, LCSW
Joni C. Molinari, MD
F. Gavin O'Callaghan, PsyD
James Rappeport, MD
Robert L. Specter, MD
Jury Tieman, Esq.
Fran L. Vaicer, MD
Henry G. Wagner, Jr., MD
Theresa Weston, BA, MAS

PATIENT: _Mullis, Gary_

DATE: _9·12·95_     OFF WEEK: _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

_He is excused from session as he is on vacation. To see in 1wk._

THERAPIST: _Juhrmanech_ MA, NCC, CPC, PsA

000235

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

*Director:*
Fred S. Berlin, BS, MA, MD, PhD, PA

*Assistant Director:*
Juanita Thomas, RN, MS

*Therapists:*
Joyce Burns, MA
Rhea Cass, MSW, LCSW
Ron Fontaineck, MA, NCC, CPC
Julianne Fort, BA, MA
Andrea Reese, RN, MS, CS
Cathy Luria, RN, MS, CS
Linda Mieter, PhD
Muriel A. Musmano, BS, MS
Tris Noble, MA

*Consultants:*
H Martin Malin, PhD, FACCS

*Research Assistant:*
Greg Lehne, PhD

*Research Assistant:*
Patricia Anthony, BA

*Administrative Staff:*
Maggie Abear
Lauren Usera

*Financial Assistant:*

*Chief Legal Counsel:*
Mary Ann Berlin, RN, BS, JD

*Board of Advisors:*
Victoria Arter
Judith Becker, PhD
Lisa Berenbaum, BS
Richard Berendzen, PhD
Gerald Bovee, Esq.
James Browne, PhD
Jerome Briscoe, MA, Esq.
James L. Cavanaugh, Jr., MD
David Feldman, PhD
J. Richard Green, PhD
Roy Hazelwood, MS
Wayne P. Hand, EdD, BCSP
Thomas Kass
Ivy Hoiby Gamba
Richard Lehne, Esq.
Michael Montestruc
Hon. Thomas J. Maddrea
Jerome G. Miller, DSW, LCSW
John G. Maxson, MD
F. Gavin O'Callaghan, PhD
Enos Abramson, MD
Robert L. Spitzer, MD
Gary Resson, Esq.
Fred L. Vacon, MD
Henry W. Weeber, Jr., MD
Irwin Wieh, BA, MA

PATIENT: _____ Mullis, Gary _____

DATE: _____ 9.5.95 _____  OFF WEEK: _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is stable. He denies inappropriate urges / cognitions. Pt continues PA employment & desires a return to a dispatching position. This is supported.

Pt is anxious about meeting ex-wife & son's therapist this Thurs ████. this will be his first meeting ē her in 2 yrs.. Pt has been experiencing dreams focusing on being ē ex wife & son. He continues to hold remorse & self anger regarding his abuse of son. No other problems were presented. Will continue to follow case.

THERAPIST: _____ J. Luhrmanech _____ MA, NC _____

000236

## PROGRESS NOTES

**National
Institute
for the Study,
Prevention and
Treatment of
Sexual Trauma**

.04 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Associate Director:
Joanne Thomas, RN, MS

Therapeutic:
Doyne Burtis, MA
Fred Gase, MSW, LCSW
Leon Runfranceck, MA, NCC, CPC
Suzanne Hart, BA, MA
Thoras Resse, RN, MS, CS
Cathy Lutia, RN, MS, CS
Edna Meier, PhD
Mutaa A. Muazzae, BS, MS
Iris Rosen, MA

Counselors:
H. Martin Stahl, PhD, FACCS

Research Associate:
Greg Lehne, PhD

Research Associate:
Patricia Anthony, BA

Administrative Staff:
Maggie Rider
Sharon Dean
Bernadine Mendoza

Chief Legal Counsel:
Mary Ann Berlin, RN, BS, JD

Board of Advisors:
Wendell Arnez
Judith Becker, PhD
Bill Berenazen, BS
Richard Berenazen, PhD
James Boyle, Esa.
James Brenner, PhD
Jerome Briscoe, III, Esa.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kurk
Jay Haney Knoee
Richard Lennar, Esa.
Michael Mantraaaar
Hon. Thomas J. Middleton
Jerome G. Meier, GSW, LCSW
Lina C. Neeman, MO
Gayle O'Callaghan, PsyD
Chad Assessmant, MO
Robert L. Spitzer, MO
Jury Fickener, Esa.
June L. Varcor, MO
Jerry H. Wegner, Jr., MO
Charles Wash, BA, MAS

PATIENT: _____ Mullis, Gary _____

DATE: _____ 8.29.95 _____ OFF WEEK: _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable. He denies inappropriate urges/cognitions. Pt. continues PT employment c̄ some fatigue. No major problems were presented. Will continue to follow case.

THERAPIST: _____ Juhrmanech _____ MA, NCC, CPC, PA

000237

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Associate Director:
Kathryn Thomas, RN, MS

Therapists:
Shirley Burke, MA
Pamela Cade, MSW, LCSW
Leoch Punfrmaneck, MA, NCC, CPC
Suzanne Hart, BA, MA
Andrea Aerso, RN, MS, CS
Shelly Luria, RN, MS, CS
Randi Miller, PhD
Mufaz A. Muazom, BS, MS
Luis Rosell, MA

Consultant:
H. Martin Malin, PhD, FACCS

Research Associate:
Greg Lehne, PhD

Research Assistant:
Patrick Anthony, BA

Administrative Staff:
Maggie Rider
Sharon Dean
Fernadina Missouri

Chief Legal Counsel:
Mary Ann Berlin, RN, BS, JD

Board of Advisors:
Nehash Artez
Judith Becker, PhD
Sid Berenzaza, BS
Richard Berenzaza, PhD
Gerald Bovie, Esq.
James Breenng, PhD
A. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelsor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Menzmesser
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Neiman, MD
P. Gayle O'Callagnan, PsyD
Jonas Rappoport, MD
Robert L. Sadoff, MD
Gary Tickner, Esq.
Frank L. Valcor, MD
Henry M. Wagner, Jr., MD
Phyllis Ware, BA, MAT

**PATIENT:** Hullis, Gary

**DATE:** 8·22·95   **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is adequately stable ̄c anxiety. He denies inappropriate urges / cognitions. Pt continues PA employment ̄c ideas on returning to dispatching / communications field. This is supported.

He is anxious about the rescheduled meeting ̄c sons therapist & ex-wife on ██████ Pt fears confrontation ̄c ex-wife & her family. He did a brief role reversal exercise to help reduce tension & fears ̄c some benefit.

He further reviewed his Hx of "self pity" & recent positive changes in pattern. Pt is genuinely concerned for his adopted son / victim ̄c a desire to connect in a healthy healing fashion. No other problems were presented. Will continue to follow case.

**THERAPIST:** Juhrmanech MA, NCC, CPC, PsA..

000238

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Assistant Director:
Kathryn Thomas, RN, MS

Therapists:
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Scott Funkhouser, MA, NCC, CPC
Rosanne Furr, BA, MA
Andrea Kasso, RN, MS, CS
Shelly Lane, RN, MS, CS
Randi Meier, PhD
Mussa A. Muladen, BS, MS
Iris Rosell, MA

Counselors:
H. Marian Mann, PhD, FACCS

Research Associate:
Greg Lehne, PhD

Research Associate:
Patricia Anthony, BA

Administrative Staff:
Maggie Rider
Sharon Dean
Fernando Mazzoni

Chief Legal Counsel:
Mary Ann Berlin, RN, BS, JD

Board of Advisors:
Nekesa Araiz
Judith Becker, PhD
Gail Berenzzen, BS
Richard Berenzzen, PhD
Gerald Borle, Esq.
James Breling, PhD
H. Jerome Bracos, HI, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawson, Esq.
Michael Melchionno
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappoport, MD
Robert L. Sadoff, MD
Gary Ricker, Esq.
Frank L. Valcour, MD
Henry W. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Hollis, Gary

**DATE:** 8·15·95     **OFF WEEK:** _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable. He reports a decrease in depression & apathy. Pt. denies inappropriate urges / cognitions. He continues employment in PA & fatigue. Pt. has not had news regarding rescheduling the meeting ē step adopted sons therapist or priest. He is not presently obsessing about same. This is a good sign. Pt. has decided to attempt to secure a position as a dispatcher again, which is the position he most enjoyed. This is supported clinically. His mood & spirit appear heightened. No major problems were presented. Will continue to follow case.

**THERAPIST:** Juhrmanech — MA, NCC, CPC, PsA

## PROGRESS NOTES

National
Institute
for the Study,
Prevention and
Treatment of
Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Associate Director:
Kathryn Thomas, RN, MS

Therapists:
Phyllis Burke, MA
James Cade, MSW, LCSW
Elton Puntmaneck, MA, NCC, CPC
Johanna Rott, BA, MA
Andrea Kelso, RN, MS, CS
Betty Luna, RN, MS, CS
Paula Miller, PhD
Moises A. Muaanes, BS, MS
Luis Rosell, MA

Counselor:
H. Martin Malin, PhD, FACCS

Research Associate:
Greg Lehne, PhD

Research Associate:
Patricia Anthony, MA

Administrative Staff:
Maggie Rider
Sharon Dean
Bernadine Missouri

Chief Legal Counsel:
Mary Ann Berlin, RN, BS, JD

Board of Advisors:
William Arnet
Judith Becker, PhD
Bill Berenznen, BS
Richard Berenznen, PhD
Gerald Boyle, Esq.
James Bressng, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne R. Hunt, EdD, NCSP
Thomas Kint
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Mesthener
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemeth, MD
J. Gavin O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Tickman, Esq.
Frank L. Valcour, MD
Henry H. Wagner, Jr., MD
Phyllis Ward, BA, MAT

PATIENT: Hullis, Gary

DATE: 8.8.95       OFF WEEK:

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is adequately stable. He denies inappropriate urges\ cognitions. Pt continues employment in PA. & fatigue. Pt is frustrated as ex-wife cancelled the meeting ? Pt & step son's therapist.

He continues to struggle in an attempt to find meaning & a sense of peace concerning his abuse of step son. Pt displays a strong sense of remorse & guilt.

He reviews a progressive Hx. of isolation & loneliness from adolescence which continued well into his marriage. Pt held noted inadequacy, insecurity & underlying depression. These elements in addition to a dysfunctional marriage were in part related to his abuse pattern.

No other problems were presented. Will continue to follow case.

THERAPIST: Juhsmanech MA, NCC, CPC, PSA

000240

## PROGRESS NOTES

National
Institute
for the Study,
Prevention and
Treatment of
Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Associate Director:
Kathryn Thomas, RN, MS

Therapists:
Fayres Burke, MA
Linwa Laise, MSW, LCSW
Aron Fonrumanick, MA, NCC, CPC
Suzanne Furr, BA, MA
Andrea Aerso, RN, MS, CS
Tony Luna, RN, MS, CS
Randi Maker, PhD
Walee A. Mulazim, BS, MS
Luis Rosen, MA

Consultants:
H. Martin Malin, PhD, FACCS

Research Associate:
Greg Lehne, PhD

Research Associate:
Patricia Anthony, BA

Administrative Staff:
Maggie Rhoer
Sharon Dean
Bernadine Meaders

Chief Legal Counsel:
Mary Ann Berlin, RN, BS, JD

Board of Advisors:
William Artez
Judith Becker, PhD
Sai Berenzwert, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelsor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Menenhaner
Hon. Thomas J. Middleton
Jerome G. Maier, DSW, LCSW
John C. Nemesh, MD
D. Gayle O'Callaghan, PsyD
Jonas Rabbenalt, MD
Robert L. Spitzer, MD
Gary Tickner, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Charles Ward, BA, MAT

**PATIENT:** Hullis, Gary

**DATE:** 8.1.95    **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable having some anxiety associated c seeing son's therapist to ex infe this wk.. He continues PA employment c some fatigue. Pt denies inappropriate urges / ruminations. No other problems were presented. Will continue to follow case.

**THERAPIST:** Jehsmanech MA, NCC, CPC, PsA..

000241

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore. MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapist:**
Phyllis Burke, MA
Teresa Cade, MSW, LCSW
Leon Furlmaneck, MA, NCC, CPC
Katharine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Betty Lurie, RN, MS, CS
Lindi Miller, PhD
Mufea A. Muszem, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lenne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Arnaz
John Becker, PhD
Gail Berenazen, BS
Richard Berenazen, PhD
Gerald Boyle, Esq.
James Breeng, PhD
Jerome Bracos, III, Esq.
James L. Cavanaugh, Jr., MD
David Finklehor, PhD
A. Nicholas Groth, PhD
Roy Hazlewood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Jay Honey Knopp
Richard Lawor, Esq.
Michael Meisenmer
Don Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Naiman, MD
B. Gavin O'Callaghan, Psy0
Jonas Rappoport, MD
Robert L. Spitzer, MD
Gary Tecknor, Esq.
Frank L. Valcar, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MA?

**PATIENT:** Mullis, Gary

**DATE:** 7.25.95          **OFF WEEK:** _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is adequately stable. He denies inappropriate urges/cognitions. Pt. PA. employment & fatigue. Family support is good (primarily parents).

Pt continues to struggle & the loss of family; feeling abandoned by wife. She is reapplying for a Divorce. He is anxious about meeting & his 3 sons therapist Aug. to discuss visitation & his son/victim. This will be their first contact in 1 yr. Pt holds some depression, pessimism about the future & self-debasement. No other problems were presented. Will continue to follow case.

**THERAPIST:** _Juhimaneck_ — MA, NCC, CPC, PsA..

000242

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Leon Fuhrmaneck, MA, NCC, CPC
Adrienne Hurt, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mulos A. Mulazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisers:**
William Arias
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meishesmer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappoport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** _Mullis, Gary_

**DATE:** _7.18.95_   **OFF WEEK:** _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable. He denies inappropriate urges/cognitions. Pt. continues PA employment c̄ fatigue. He further continues to struggle c̄ loneliness & a desire for a healthy relationship. No major new problems were presented. Will continue to follow case

**THERAPIST:** _Juhrmaneck_ MA, NCC, CPC, PsA..

000243

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Thomas Case, MSW, LCSW
Leon Funtmaneck, MA, NCC, CPC
Katharine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Betty Luna, RN, MS, CS
Randi Miller, PhD
Mutee A. Mulazim, BS, MS
Luis Rosen, MA

**Consultant:**
H. Martin Mahn, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Massoori

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Arnez
Judith Becker, PhD
Bill Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Messnermer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O Casagnan, PsyD
Jonas Racenport, MD
Robert L. Spitzer, MD
Gary Ficknor, Esq.
Frank L. Vascer, MD
Henry H. Wagner, Jr., MD
Phyllis Ward, BA, MAT

PATIENT: Mullis, Gary

DATE: 7.11.95   OFF WEEK: _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable. He denies inappropriate urges/ cognitions. Pt continues employment in PA ≈ visual fatigue. Family contact is supportive. Pt continues to struggle ≈ loneliness; poor self esteem & anxiety over not seeing son/visitation. No new major problems were presented. Will continue to follow case.

THERAPIST: Funtmaneck — MA, NCC, CPC, PsA..

000244

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phylis Burka, MA
Pamela Cage, MSW, LCSW
Joseph Puhimaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Betty Lurie, RN, MS, CS
Nancy Miller, PhD
Mutee A. Mulazim, BS, MA
Lois Rosen, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
Nisham Aratz
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meissenmer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappoport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry H. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 7·5·95     **OFF WEEK:** _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is adequately stable. He denies inappropriate urges/cognitions. Pt continues employment in PA & has sent a few applications to prospective employers recently.

Pt. explored his frustration ē not seeing son & not "feeling like his (boys) Father". His frustration tolerance level is poor. We explored his perceptions/feelings about issue ē Rec. to be patient & keep open communication when possible. No other problems were presented. Will continue to follow case.

**THERAPIST:** _Puhimanech_ MA, NCC, CPC, PsA..

000245

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Gade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Turf, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Moises A. Mutazim, BS, MS
Lois Rosell, MA

**Consultant:**
H. Marbin Mann, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berenozen, BS
Richard Berenozen, PhD
Gerald Boyle, Esq.
James Breling, PhD
H Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knoop
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 6.27.95        **OFF WEEK:** _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is stable. He denies inappropriate urges/cognitions. Pt presents ε fatigue secondary to PA. work demands. He is a lt. less stressed ε anxious. Depression varies. Pt spoke to attorney regarding visitation ε son/victim. He will meet ε boys therapist ███. His son seems to be doing well in school which is hopeful. Pt remains lonely & is anxious about dating, secondary to rejection. Rec. he consider ISO ad. No major new problems were presented. Will continue to follow case.

**THERAPIST:** J. Fuhrmaneck — MA, NCC, CPC, PsA..

000246

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapist:**
Phyllis Burta, MA
Renee Cade, MSW, LCSW
Leon Furnhmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Betty Lane, RN, MS, CS
Randal Miller, PhD
Mateel A. Mulazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
Graham Arata
Judith Becker, PhD
Gail Barananzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breaing, PhD
Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Messheimer
Hon. Thomas J. Middleston
Jerome G. Miller, DSW, LCSW
John C. Neman, MD
Gayle O'Callaghan, PsyD
Jonas Rapoport, MD
Robert L. Spitzer, MD
Mary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 6.20.95      **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable. He denies inappropriate urges / cognitions. Pt. continues PA employment. He continues to present a mild depression regarding contact w son. No major new problems were presented. He continues to monitor sexual triggers. Will continue to follow case.

**THERAPIST:** Juhmanech, MA, NCC, CPC, PsA

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burka, MA
Pamela Cade, MSW, LCSW
Leon Fuenmanecx, MA, NCC, CPC
Katharine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Betty Lurie, RN, MS, CS
Randi Miller, PhD
Muiea A. Mulaziim, BS, MS
Luis Rosen, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Permagine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Ariez
Judith Becker, PhD
Bill Berenozen, BS
Richard Berenozen, PhD
Gerald Boyle, Esq.
James Breling, PhD
A. Jerome Briscoe, III, Esq.
James C. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawfor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Neman, MD
F. Gayle O Callaghan, PsyD
Jonas Rappoport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 6·13·95          **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is adequately stable c̄ noted tension & some depression. He denies inappropriate urges & cognitions. Pt. continues employment in PA., as he evaluates other options. Pt. continues to ruminate over the recent call from sister-in-law, in part due to her vague reference to use her son in a plot to frame Gary. The reference focused on Pt. possible past sexual contact c̄ the boy. Pt. denies same. Rec. he discuss the issue c̄ his attorney. Pt. continues to seek visitation c̄ his son Victom w/o success. Rec. he be patient & work c̄ his attorney & ex-wife when possable on same. Pt. did reconnect c̄ an old friend which is positive. No other problems were presented. Will continue to follow case.

**THERAPIST:** Juhrmanech MA, NCC, CPC, PsA..

000248

## PROGRESS NOTES

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Associate Director:
Kathryn Thomas, RN, MS

Therapists:
Phyllis Burke, MA
Pamela Cage, MSW, LCSW
Leon Fuhrmaneck, MA, NCC, CPC
Julienne Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mulea A. Mutazim, BS, MA
Luis Roseil, MA

Consultant:
H. Martin Malin, PhD, FACCS

Research Associate:
Greg Lehne, PhD

Research Assistant:
Patricia Anthony, BA

Administrative Staff:
Maggie Rider
Sharon Dean
Bernadine Missouri

Chief Legal Counsel:
Mary Ann Berlin, RN, BS, JD

Board of Advisors:
William Arntz
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Melsheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John G. Nemiah, MD
Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

PATIENT: Mullis, Gary

DATE: 6.6.95     OFF WEEK: _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is adequately stable. He denies inappropriate urges/cognitions. Pt continues employment & family area (parents) is stable. He continues to ruminate over recent call from ex sister-in-law & elements of victim stance & helplessness. Pt. fears he will not be allowed to see son/victim. Rec. increased communication c wife when possible to redevelop rapport. No new major problems were presented. Will continue to follow case.

THERAPIST: Juhrmanech MA, NCC, CPC, PsA..

000249

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Associate Director:
Kathryn Thomas, RN, MS

Therapists:
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Jason Fuhrmaneck, MA, NCC, CPC
Catherine Puff, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mulee A. Mulazim, BS, MS
Luis Rosell, MA

Consultant:
H. Martin Malin, PhD, FACCS

Research Associate:
Greg Lenne, PhD

Research Assistant:
Patricia Anthony, BA

Administrative Staff:
Maggie Rider
Sharon Dean
Bernadine Missouri

Chief Legal Counsel:
Mary Ann Berlin, RN, BS, JD

Board of Advisors:
William Ariaz
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

PATIENT: Mullis, Gary

DATE: 5.30.95   OFF WEEK:

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

He reports general status is adequately stable ē intermittent bouts of depression. He denies inappropriate urges/cognitions. Employment area is stable. His focus of discomfort is rumination over recent critical phone conversation ē ex sister-in-law. He also fears not being able to see son/victim in the future. He presents ē a general pessimism of his future. He was confronted on same. No other problems were presented. Will continue to follow case.

THERAPIST: J. Fuhrmaneck, MA, NCC, CPC, PsA...