## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**PATIENT:** Hullis, Gary

**DATE:** 5·23·95          **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lune, RN, MS, CS
Randi Miller, PhD
Mutee A. Mutazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
R Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finklehor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

Pt. reports general status is adequately stable. He denies inappropriate urges/cognitions. Pt. continues to adjust to the physical demands of PA position. He also continues to ruminate over the recent delaying call from sister-in-law. Pt. fears the family attitude may diminish his chance of seeing son/victim in the future. This remains a very painful experience for Pt. No other problems were presented. Will continue to follow case.

**THERAPIST:** J. Fuhrmaneck MA, NCC, CPC, PsA..

000251

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Leon Frommaneck, MA, NCC, CPC
Catharine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Betty Lune, RN, MS, CS
Randi Miller, PhD
Renee A. Mutazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Arter
Judith Becker, PhD
Gail Berenozen, BS
Richard Berenozen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finklehor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Melsheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 5·16·95   **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is adequately stable. He denies inappropriate urges/ cognitions. Pt continues PA employment c̄ some fatigue for continues to seek a new position. No major new problems were presented. Will continue to follow case.

**THERAPIST:** Juhlmaneck MA, NCC, CPC, PsA..

000252

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Funnmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Keiso, RN, MS, CS
Shelly Lune, RN, MS, CS
Randi Miller, PhD
Mutee A. Mulazim, BS, MS
Luis Roselli, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finklehor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knoop
Richard Lawlor, Esq.
Michael Melsheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 5.9.95   **OFF WEEK:** ___

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is adequately stable. He denies inappropriate urges/cognitions. Pt continues PA employment c̄ some fatigue.

Pt received a very hostile call from ex-sister-in-law last wk. regarding his abuse of son. This generated some depression & self debasement. It was suggested this was an understandable response from ex-wife's family. Re: he was on his growth process. No other problems were presented. Will continue to follow case.

**THERAPIST:** J. Juhrmaneck MA, NCC, CPC, PsA..

000253

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lume, RN, MS, CS
Randi Miller, PhD
Mutee A. Mulazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JO

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finklehor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 5.2.95     **OFF WEEK:** _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is stable. He denies inappropriate urges / cognitions. Pt continues ē PA. employment as he seeks other position. No major problems were presented. Will continue to follow case.

**THERAPIST:** J. Fuhrmaneck MA, NCC, CPC, PsA..

000254

## PROGRESS NOTES

National
Institute
for the Study,
Prevention and
Treatment of
Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lume, RN, MS, CS
Randi Miller, PhD
Motee A. Mutazim, BS, MS
Lois Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Antz
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finklehor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Neman, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 4.25.95   **OFF WEEK:** _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable. He denies inappropriate urges / cognitions. Pt. continues PA employment & is applying to other positions. Pt is pleased c̄ reevaluation as ex-wife has agreed to allow supervised visits c̄ son (victim). Pt. expressed sadness as he longs to be c̄ family. He is lonely & desires a healthier union c̄ someone. His first choice would be ex-wife. No major problems were presented. Will continue to follow case

**THERAPIST:** J. Fuhrmaneck MA, NCC, CPC, PsA..

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Leon Fuhrmaneck, MA, NCC, CPC
Catherine Huff, BA, MA
Andrea Kelso, RN, MS, CS
Cindy Cone, RN, MS, CS
Randi Miller, PhD
Mutes A. Mutazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Jaa Berenozen, BS
Richard Berenozen, PhD
Gerald Boyle, Esq.
James Breuing, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelnor, PhD
Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Huff, EdD, NCSP
Thomas Kirk
Gray Honey Knoop
Richard Lawlor, Esq.
Michael Meisheimer
Paul Thomas Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
D. Gavie O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 4.18.95   **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable. He denies inappropriate urges/cognitions. Pt. is a bit less fatigued by PA position/travel. He is beginning to focus on dating in the future. This is supported. Pt. is relieved that the proposed sexual offender law has a grandfather clause.

He further evaluated his angry ex-wife who continues to deny court ordered visitation (supervised) c son/victim. Pt. discussed how he has carried repressed anger for his dominant mother to marriage c a wife having similar qualities. Pt. continues to review his triggers for abusing ie. chronic inadequacy, isolation from wife, no sexual relationship c wife, anger, depression & dependence. No major problems were presented. Will continue to follow case.

**THERAPIST:** Fuhrmanech MA, NCC, CPC, DSA

000256

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cude, MSW, LCSW
Leon Funkhaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Thorsa Kelso, RN, MS, CS
Terry Lunz, RN, MS, CS
Randi Miller, PhD
Myles A. Mulazim, BS, MS
Lois Rosen, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hull, EdD, JCSS
Thomas Kirk
Jeffrey Money Knopp
Richard Lawhol, Esq.
Michael Melsheimer
Don Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Neiman, MD
P. Gavle O'Callaghan, PsyD
Jonas Rappoport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 4.11.95      **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is stable. He denies inappropriate urges/cognitions. Pt continues PA employment c̄ fatigue. Religious involvement is supportive. No new major problems were presented. Will continue to follow case.

**THERAPIST:** J. Funkhaneck MA, NCC, CPC, PsA.

000257

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Gage, MSW, LCSW
.Leon Fuhrmaneck, MA, NCC, CPC
Catherine Furr, BA, MA
Thorsa Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Matee A. Musalim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Beran, RN, BS, JD

**Board of Advisors:**
William Antez
Judith Becker, PhD
Gail Berenozen, BS
Richard Berenozen, PhD
Gerald Boyle, Esq.
James Breinng, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. H. ... EdD, ECSP
Thomas Kirk
Leroy Honey Knoblo
Richard Lawlor, Esq.
Yolanda Meisnerres
John Thomas ... middleton
Jerome G. Miller, DSW, LCSW
John C. Nemlah, MD
D. Gayle O'Callaghan, PsyD
Jonas Rappoport, MD
Robert L. Spitzer, MD
Gary Ficknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 4.4.95          **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable. He denies inappropriate urges/cognitions. Pt. continues PA employment w/ fatigue. He has interview @ ████████ this wk. for a position. Pt. has experience stress w/ a sexually inappropriate co-worker. Rec Pt. be assertive w/ individual. Pt. continues to decompensate emotionally w/ brief periods of depression & anxiety. He continues to miss his son & family life. No other problems were presented. Will continue to follow case.

**THERAPIST:** Fuhrmaneck MA, NCC, CPC, PsA..

000258

## PROGRESS NOTES

National
Institute
for the Study,
Prevention and
Treatment of
Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Case, MSW, LCSW
Joseph Ruhrmaneck, MA, NCC, CPC
Katharine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mujee A. Muizzim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Mann, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berenozen, BS
Richard Berenozen, PhD
Gerald Boyle, Esq.
James Breinng, PhD
Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazenwood, MS
Wayne P. Hunt, EdC, MCSP
Thomas Kirk
Barkley Honey Knoch
Richard Lawler, Esq.
Michael Mesiner
Thomas Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
Gavie O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry H. Wagner, Jr., MD
Phyllis Ward, BA, MAT

PATIENT: _Mullis, Gary_

DATE: _3.28.95_   OFF WEEK: _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable. He denies inappropriate urges\cognitions. Pt. continues to seek new employment & is fatigued from PA position\travel. No major problems were presented. Will continue to follow case.

THERAPIST: _J. Ruhrmaneck_ MA, NCC, CPC, PsA.

## PROGRESS NOTES

**PATIENT:** Mullis, Gary

**DATE:** 3·21·95          **OFF WEEK:**

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katharine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Matee A. Mutazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James C. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Neiman, MD
P. Gavie O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAi

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is stable. He denies inappropriate urges/cognitions. Pt continues employment in PA c fatigue. He reviewed sexual triggers of his abuse pattern ie. being alone c son, having no sexual contact c wife, isolation, inadequacy, anger c wife & feeling used, the urge to have ORAL SEX (most enjoyable sexual expression c wife) & unconsciously seeing son as a substitute for spouse. Pt remains remorseful about same c concern for his son. No other problems were presented. Will continue to follow case.

**THERAPIST:** Juhrmaneck MA, NCC, CPC, PsA

000260

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cann, MSW, LCSW
Joseph Furimaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shery Luna, RN, MS, CS
Randi Miller, PhD
Mutes A. Mulazim, BS, MS
Luis Roses, MA

**Consultant:**
H. Martin Mann, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berenozen, BS
Richard Berenozen, PhD
Gerald Boyle, Esq.
James Brennog, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finxenor, PhD
J. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Mervin Mesheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemian, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry H. Wagner, Jr., MD
Phylis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 3.14.95   **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is stable. He denies inappropriate sexual cognitions. Pt displays some job related fatigue. He has had dreams of ex wife & has a focus on loss. It has been dyspg. since Div. & Pt struggles & moving on beyond same. He attempts to view self as a good person & some self debasement. No other problems were presented. Will continue to follow case.

**THERAPIST:** J. Juhrmaneck — MA, NCC, CPC, PsA.

000261

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Purr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mutea A. Mulazim, BS, MS
Lois Rosen, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berenozen, BS
Richard Berenozen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Neman, MD
J. Gayle O'Callaghan, PsyD
Jonas Rappaport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Franx L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 3.7.95          **OFF WEEK:** _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable. He denies inappropriate sexual cognitions. Pt. continues employment in PA. He discussed the abuse of his son & guilt & sadness. Pt. explored his triggers & environmental stressors related to same. He continues to grieve the loss of family & attempts to "prove self to others". No other problems were presented. Will continue to follow case.

**THERAPIST:** J. Fuhrmaneck — MA, NCC, CPC, PsA..

000262

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**PATIENT:** Mulls, Gary

**DATE:** 2.28.95    **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is adequately stable. He denies inappropriate urges cognitions. Pt is fatigued from PA employment. He was informed that the court would not modify his sentence. Pt may appeal in 2 yrs. He is frustrated c̄ same. Pt is concerned for son & depressed he can not see boy. The child's therapist is not supportive of same. We discussed possible logic for decision. Pt continues to grieve the loss of family. No other problems were presented. Will continue to follow case

**THERAPIST:** Juhrmaneck MA, NCC, CPC, PsA.

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Sharon Fuhrmaneck, MA, NCC, CPC
Catherine Furr, BA, MA
Theresa Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Matlee A. Mulazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Bovie, Esq.
James Breiling, PhD
Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finklehor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Neman, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

000263

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phylis Burke, MA
Pamela Case, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Luise, RN, MS, CS
Randi Miller, PhD
Marlee A. Mulazim, BS, MS
Lois Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lenne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Bewin, RN, BS, JD

**Board of Advisors:**
William Antez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nieman, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry W. Wagner, Jr., MD
Phyllis Ward, BA, MA

**PATIENT:** Mullis, Gary

**DATE:** 2.21.95    **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable. He denies inappropriate urges/cognitions. Pt. continues employment in PA c some fatigue. He expressed sadness @ not being able to see son/victim for supervised visits. It remains difficult for son & Gary to accept the loss of family & prior life style/career. Pt attends church for support. Will continue to follow case. No new major problems were presented.

**THERAPIST:** J. Fuhrmaneck MA, NCC, CPC, PsA

000264

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mutee A. Mutazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Barendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Melsheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 2.14.95          **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is stable. He denies inappropriate urges/cognitions. Pt continues employment c̄ some fatigue. He feels more relaxed being @ home. Pt remains concerned about the "Megan Laws". Re. he currently lives on employment, economic & relationship areas. Family contact is supportive. No major problems were presented. Will continue to follow case.

**THERAPIST:** J Fuhrmaneck MA, NCC, CPC, PsA..

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mutee A. Mutazim, BS, MS
Luss Rosett, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemian, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 2·7·95       **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable. He is pleased to be released from HCDC (2·3·95) & is now back c̄ parents. Pt. continues PA factory position as he seeks other work opportunities. He is on probation for 5 yrs. Gave Pt. probation data form to complete for our records. Pt. is attending church & attempting to normalize his life. No major problems were presented. Will continue to follow case.

**THERAPIST:** J. Fuhrmanech, MA, NCC, CPC, PsA

000266

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mutee A. Mulazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lenne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
W. Jerome Briscoe, III, Esq.
James C. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Neman, MD
J. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 1.31.95        **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable. He denies inappropriate urges / cognitions. Pt. has been paroled & awaits release from HCDC. He is very pleased about same as he has been incarcerated 8 mos.. His general tension level is decreased. Pt. continues to present fatigue from employment demands. No major problems were presented. Will continue to follow case.

**THERAPIST:** J Fuhrmaneck MA, NCC, CPC, PsA..

000267

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Keiso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Malee A. Mularim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lenne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berenozen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finklehor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Ron Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
E. Gavle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Hullis, Gary

**DATE:** 1·24·95        **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is adequately stable. He denies inappropriate urges / cognitions. Pt awaits Parole Bd. decision ⊂ some Anxiety. Employment area is stable & satisfying. He continues to struggle ⊂ dependency issues & closing in marriage. Pt remains concerned for son (victim) & hopes he is well. His ex-wife is not in agreement ⊂ Pt. having continued contact / supervised with the boy. Pt holds anger & depression about same. No other problems were presented. Will continue to follow case.

**THERAPIST:** Juhrmaneck MA, NCC, CPC, PsA..

000268

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lune, RN, MS, CS
Randi Miller, PhD
Mutee A. Mulazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Arnz
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finklehor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 1.17.95          **OFF WEEK:** _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable c̄ some anxiety. He denies inappropriate urges\cognitions. Pt had P.H c̄ a rec. for protection. He remains self critical c̄ some improvement in self esteem. Pt presents c̄ increased insight. No other problems were presented. Will continue to follow case.

**THERAPIST:** J Fuhrmaneck MA, NCC, CPC, PsA..

000269

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lune, RN, MS, CS
Randi Miller, PhD
Mutee A. Mulazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Arnz
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 1·10·95     **OFF WEEK:** _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt reports general status is adequately stable & noted anxiety regarding P.H. on 1·13·95. Pt has found incarceration more difficult w/o treatment & the support of group. He has been angry about same. Pt denies inappropriate urges/cognitions. He continues facility employment in PA which remains fatiguing. Pt has had limited contact & ex-wife which has focused on the son. Pt continues to grieve the loss of his family via divorce & his behavior. Pt generally attempts to remain hopeful. No other problems were presented. Will continue to follow case.

**THERAPIST:** J. Fuhrmaneck, MA, NCC, CPC, PsA..

000270

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phylis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mufee A. Mutazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finklehor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Melsheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John G. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Hullis, Gary

**DATE:** 1·3·95     **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. remains @ HCDC w/o transportation. His father indicates that the auto will be repaired by 1·10·95. Pt is excused & will be seen in 1wk. If problem persist letter B will be forwarded.

**THERAPIST:** Fuhrmaneck MA, NCC, CPC, PsA..

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mutee A. Mutazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 12·27·94   **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. is excused As he continues to have transportation problems. No see in 1 wk or letter B will be forwarded.

**THERAPIST:** J Fuhrmaneck MA, NCC, CPC, PsA..

000272

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**PATIENT:** Mullis, Gary

**DATE:** 12·20·94    **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. is excused from session as he remains w/o transportation & is incarcerated @ H.C.D.C. To see in 1 wk.

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lune, RN, MS, CS
Randi Miller, PhD
Mutes A. Mulazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawior, Esq
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**THERAPIST:** J. Fuhrmaneck MA, NCC, CPC, PsA.

000273

# PROGRESS NOTES

## National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**PATIENT:** Mullis, Gary

**DATE:** 12.13.94    **OFF WEEK:** _____

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt is excused from group due to auto problems. To see in 1wk.

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lune, RN, MS, CS
Randi Miller, PhD
Mutee A. Mulazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finklehor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Melsheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**THERAPIST:** J. Fuhrmaneck MA, NCC, CPC, PsA..

000274

## PROGRESS NOTES

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mutee A. Mulazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callagnan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phylis Ward, BA, MAT

PATIENT: Mullis, Gary

DATE: 12.6.94  OFF WEEK:

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is stable. Pt. denies inappropriate urges / cognitions. Employment area remains fatiguing. His depression varies due to incarceration, holiday issues, not having contact c̄ son & his illness. He continues to hope for an early release. No other problems were presented. Will continue to follow case.

THERAPIST: Fuhrmaneck MA, NCC, CPC, PsA.

000275