# PROGRESS NOTES

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Associate Director:
Kathryn Thomas, RN, MS

Therapists:
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Katherine Furr, BA, MA
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Randi Miller, PhD
Mulee A. Mulazim, BS, MS
Luis Rosell, MA

Consultant:
H. Martin Malin, PhD, FACCS

Research Associate:
Greg Lehne, PhD

Research Assistant:
Patricia Anthony, BA

Administrative Staff:
Maggie Rider
Sharon Dean
Bernadine Missouri

Chief Legal Counsel:
Mary Ann Berlin, RN, BS, JD

Board of Advisors:
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finklehor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Melsheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**PATIENT:** Mullis, Gary

**DATE:** 11.29.94 **OFF WEEK:**

The attending physician was available and continues to provide supervision for the patients on an ongoing basis.

Pt. reports general status is adequately stable. He denies inappropriate urges \ cognitions. Pt. reports intermittent depression & ANXIETY. The focus for Pt. remains securing his freedom as he awaits 1.95 P.H AND modification of sentence. He remains sad about forthcoming divorce. It remains difficult for Pt. to accept these changes & loss. He has been @ HARFORD Co. Det. CTR. 6 MTH.. Family contact remains supportive. No new major problems were presented. Will continue to follow case.

**THERAPIST:** J Fuhrmaneck MA, NCC, CPC, PsA..

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Associate Director:
Kathryn Thomas, RN, MS

Therapists:
Phyllis Burns, MA
Pamela Cole, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Catherine Meyers, BA, MA
Randi Miller, PhD
Muriel A. Mulligan, BS, MS
Luis Rosas, MA

Consultants:
H. Martin Malin, PhD, FACCS

Research Associates:
Greg Lanno, PhD

Research Assistants:
Patricia Anthony, BA

Administrative Staff:
Maggie Hebel
Sharon Dean
Bernadine Masood

Chief Legal Counsel:
Mary Ann Berlin, RN, BS, JD

Board of Advisors:
William Ariez
Judith Becker, PhD
Gail Berenson, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
[illegible], PhD
H. Jerome Bracco, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lewis, Esq.
Michael [illegible]
Hon. Thomas J. [illegible]
Jerome G. Miller, DSW, LCSW
John C. Hansen, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Sadoff, MD
Gary Tickner, Esq.
Frank L. Vaicel, MD
[illegible], Jr., MD

Progress Note

Patient Name: Mullis, Gary

Date: 11.22.94 Off Week: ______

Pt. reports general status is adequately stable. He denies inappropriate urges cognitions. Pt is fatigued from employment demand. He continues to adjust to incarceration. Pt. remains self critical & is depressed about the loss of wife & family support. He continues to dread the finalization of his divorce. Pt continues to seek the reason for his abusing son & is concerned for the boy. No other problems were presented. Will continue to follow case.

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, PA

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Associate Director:
Kathryn Thomas, RN, MS

Therapists:
Phyllis Burke, MA
Pamela Cuda, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Andrea Kelso, RN, MS, CS
Shelly Luria, RN, MS, CS
Katherine Meyers, BA, MA
Randi Miller, PhD
Mutee A. Muhsin, BS, MS
Luis Rosell, MA

Consultant:
H. Martin Malin, PhD, FACCS

Research Associate:
Greg Lanna, PhD

Research Assistant:
Patricia Anthony, BA

Administrative Staff:
Maggie Hider
Sharon Dean
Bernadine Missouri

Chief Legal Counsel:
Mary Ann Borten, RN, BS, JD

Board of Advisors:
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerard Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Metalbesner
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayla O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Vaccaro, MD

Progress Note

Patient Name: Mullis, Gary

Date: 11·15·94 Off Week: ______

Pt. reports general status is adequately stable. He denies inappropriate urges / cognitions. Pt experiences intermittent depression, but attempts to maintain a sense of humor on the surface. Job area is stable & fatiguing. He finds support from religion & father. Pt. awaits word on sons welfare & is concerned about same. He is angry c̄ wife for attempting to D/c his union c̄ the boy. Pt also dreads receipt of divorce agreement by 12·1·94. It is very difficult for him to accept the loss of his family. No other problems were presented. Will continue to follow case.

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, PA

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Associate Director:
Kathryn Thomas, RN, MS

Therapists:
Phyllis Burke, MA
Pamela Cuda, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Andrea Kelso, RN, MS, CS
Shelly Luna, RN, MS, CS
Katherine Meyers, BA, MA
Randi Miller, PhD
Mutee A. Mukazim, BS, MS
Luis Rosell, MA

Consultant:
H. Martin Malin, PhD, FACSS

Research Associate:
Greg Lehne, PhD

Research Assistant:
Patricia Anthony, BA

Administrative Staff:
Maggie Rider
Sharon Dean
Bernadine Missouri

Chief Legal Counsel:
Mary Ann Berlin, RN, BS, JD

Board of Advisors:
William Arsez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meltsner
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry M. Wagner, Jr., MD

Progress Note

Patient Name: Mullis, Gary

Date: 11·8·94 Off Week: ______

Pt. is excused from group as custody @ H.C.D.C was in error regarding his approval for outpatient Tx.. To see in 1wk..

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, PA.

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Katherine Meyers, BA, MA
Randi Miller, PhD
Mutee A. Mukazim, BS, MS
Lois Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

# Progress Note

Patient Name: Mullis, Gary

Date: 11.1.94 Off Week: ______

Pt. reports general status is adequately stable. He denies inappropriate urges/cognitions. Pt continues to present fatigue due to work schedule demands. He is depressed & anxious about his status & hopes for a mod. of sentence or early release. He has some peer support in ctr. Pt continues to hold concern for son. The child remains in TX. which is positive. He fears losing contact c̄ son. Pt is empathetic toward ex wife & understands her anger. He remains angry c̄ self for his behavior. No other problems were presented. Will continue to follow case.

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, PA.

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Associate Director:
Kathryn Thomas, RN, MS

Therapists:
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Katherine Mayers, BA, MA
Randi Muller, PhD
Muller A. Mutazim, BS, MS
Luis Rosell, MA

Consultant:
H. Martin Malin, PhD, FACCS

Research Associate:
Greg Lenns, PhD

Research Assistant:
Patricia Anthony, BA

Administrative Staff:
Maggie Rider
Sharon Dean
Bernadine Missouri

Chief Legal Counsel:
Mary Ann Berlin, RN, BS, JD

Board of Advisors:
William Arlez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Mershheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Vaicer, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

Progress Note

Patient Name: Mullis, Gary

Date: 10.25.94 Off Week: ______

Pt. reports general status is adequately stable. He denies inappropriate urges / cognitions. Pt is fatigued from employment demands. He remains mildly depressed about his situation / status & ruminates about loss of family. Pt. resents being isolated from son & worries about boys welfare. He does gain benefit from Religious studies. No other problems were presented. Will continue to follow case.

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, PA.

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Katherine Meyers, BA, MA
Randi Miller, PhD
Mutee A. Mukazim, BS, MS
Luis Rosell, MA

**Consultant:**
Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry R. Wagner, Jr., MD
Phyllis Ward, BA, MAT

Progress Note

Patient Name: Mullis, Gary

Date: 10.18.94 Off Week: ______

Pt. reports general status is marginally stable. He denies inappropriate urges/cognitions of a sexual nature. Pt. signed divorce papers yesterday & is depressed about same. He is angry c̄ ex-wife for attempting to deny him contact c̄ son. Pt experienced fleeing suicidal cognitions yesterday w/o plan. He denies same @ present. Rec. he consult c̄ Attorney. Pt is mildly fatigued from work schedule demands. No other problems were presented. Will continue to follow case.

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, PA

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Andrea Kelso, RN, MS, CS
Shelly Lune, RN, MS, CS
Katherine Meyers, BA, MA
Randi Miller, PhD
Mutee A. Mulazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lanne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Melsheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

# Progress Note

Patient Name: Mullis, Gary

Date: 10-11-94 Off Week: ____

Pt. reports general status is adequately stable. He denies inappropriate urges/cognitions. Pt. continues to struggle c̄ incarceration. He is self critical & often focuses on the loss of his family. Pt remains mild to moderately depressed. He continues to deny thoughts of self harm. No other problems were presented. Will continue to follow case.

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, PA.

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Katherine Meyers, BA, MA
Randi Miller, PhD
Mutee A. Mutazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Melsheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Vaicor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

Progress Note

Patient Name: Mullis, Gary

Date: 10.4.94 Off Week: ______

Pt. reports general status is stable. He denies inappropriate urges / cognitions. Pt continues to adjust to HCDC. He continues ē PA. factory position & enjoys the break from DOC. Pt explored his self critical attitude & difficulty he has accepting Dx. & history of sexual contact ā son. Pt. continues to seek etiology of his behavior ē some success. It was suggest he may never know the total explaination for same & that he should focus on decreasing self debasement, awareness of triggers, dev. of a relapse prevention plan. No other problems were presented. Will continue to follow case.

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, PA.

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

[illegible]

Progress Note

Patient Name: Mullis, Gary

Date: 9-27-94 Off Week:

Pt. reports general status is adequately stable. He denies inappropriate urges / cognitions. Pt. continues employment area & enjoys being out of ctr. He has been placed in another dorm & feels uncomfortable c̄ peers. Pt. has been reading the bible to reduce tension.

He has been reviewing the sexual abuse of son (12 times in 1½ yrs). Some of the triggers were marital dysfunction, felt inadequacy & failure, job stress, isolation & loneliness. No other problems were presented. Will continue to follow case.

Therapist: [signature] MA, NCC, CPC

National Institute for the Study, Prevention and Treatment of Sexual Trauma
104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

# Progress Note

Patient Name: Hollis, Gary

Date: 9.20.94 Off Week: ______

Pt. reports general status is stable. He denies inappropriate urges / cognitions. Pt. continues to adjust fairly well @ CTR.. He is working the factory position 50 hrs/wk.. Peer support in CTR. is slightly improved. Pt is mildly depressed as he has not seen son recently. He is angry & frustrated ē exwife who demands he pay support etc.. No other problems were presented. Will continue to follow case.

Therapist: [signature] MA, NCC, LPC

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Progress Note

Patient Name: Mullis, Gary

Date: 9.13.94 Off Week: ______

Pt. reports general status is adequately stable. He denies inappropriate urges/cognitions. Pt had P.H. c̄ a rehearing date of JAN. 95. He still AWAITS Modification of Sentence hearing. Pt is mildly depressed & ANX. about being incarcerated. He may apply for P.C. status. Pt is trying to be realistic about his situation. No other problems were presented. Will continue to follow case.

Therapist: Joseph [signature] MA, NCC, CPC, PA

National Institute for the Study, Prevention and Treatment of Sexual Trauma
104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

[illegible]

# Progress Note

Patient Name: Mullis, Gary

Date: 9-6-94 Off Week: ______

Pt. reports general status is adequately stable c̄ anxiety regarding 9-9-94 P.H.. He denies inappropriate urges/cognitions.
Pt. began employment @ PA. factory today which went well.
Pt sent letter to son & awaits response. He is anxious to see the boy again & is concerned for his welfare. No other problems were presented. Will continue to follow case.

Therapist: [illegible signature] MA, NCC, LCPC, [illegible]

National Institute for the Study, Prevention and Treatment of Sexual Trauma
104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

[illegible]

Progress Note

Patient Name: Mullis, Gary

Date: 8.30.94 Off Week: ______

Pt. reports general status is stable. He denies inappropriate urges/cognitions. Pt is anxious about P.H. on 9.9.94. He has secured employment @ a factory in PA.
Pt presents remorse for actions & sadness about the trauma he brought to family. No other problems were presented. Will continue to follow case.

Therapist: Joseph Lubnmaneck / MA, NCC, CPC, PA

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Progress Note

Patient Name: Mullis, Gary

Date: 8.23.94 Off Week: ______

Pt. attended group tx. session. He reports general status is stable. Pt. denies inappropriate urges / cognitions. He is doing better @ HCDC & his kit. detail is less stressful. Pt has applied for a Factory position & awaits outcome. He further awaits P.H. & Mod. of Sentence hearings. No other problems were presented. Will continue to follow case.

Therapist: Joseph Lubinmaneck MA, NCC, CPC, PA

National Institute for the Study, Prevention and Treatment of Sexual Trauma
104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

[illegible] (staff roster)

Progress Note

Patient Name: Mullis, Gary

Date: 8-16-94 Off Week: ______

Pt. reports general status is stable. He denies inappropriate urges/cognitions. Pt continues to seek employment w/o success. He is hopeful about his Sept. or Oct. 94 P.H. Pt reports a general mild anxiety in part due to incarceration. There has been minor stress c̄ peers in employment area w/i the ctr. No other major problems were presented. Will continue to follow case.

Therapist: Joseph Lichmaneck MA, NCC, CPC, BA

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Progress Note

Patient Name: Mullis, Gary

Date: 8.9.94 Off Week: ______

Pt reports general status is adequately stable. He denies inappropriate urges \ cognitions. Pt. has increased stress in MCDC ē peer conflict in Kit. area. He is also concerned for son (Victim) as the boy is having "problems". The son is in therapy. Pt holds guilt, remorse, depression & self anger. He is experiencing nightmares of his sexually abusing son.

No other problems were presented. Pt. continues to seek new employment beyond the detention CTR.. Will continue to follow case.

Therapist: Joseph Lubomaneck MA, NCC, CPC, BA

National Institute for the Study, Prevention and Treatment of Sexual Trauma
104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

[illegible]
Fred S. Berlin, BS, MA, MD, PhD, PA
[illegible]
[illegible], MA, MS
[illegible]
[illegible], MA
[illegible], MSW, LCSW
[illegible], MA, NCC, CPC
[illegible], MA, MS, CS
[illegible], MA, MS, CS
[illegible], BA, MA
[illegible], PhD
[illegible], BS, MS
[illegible], MA
[illegible]
H. [illegible], PhD, FACCE
[illegible]
[illegible], PhD
[illegible]
[illegible], BA
[illegible]
[illegible]

## Progress Note

Patient Name: Mullis, Gary

Date: 8.2.94 Off Week:

Pt. reports general status is stable. He denies inappropriate urges\ cognitions. Pt remains in MCDC but holds a "hopeful" attitude regarding his possible probation this Fall. He continues to seek employment. Pt. depression appears to have lifted. No other problems were presented. Will continue to follow care.

Therapist: Joseph Luhrmannck MA, NCC, CPC, PA

National Institute for the Study, Prevention and Treatment of Sexual Trauma
104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Fred S. Berlin, BS, MA, MD, PhD, PA
[illegible]

Progress Note

Patient Name: Mullis, Gary

Date: 7·26·94 Off Week: ______

Pt. reports general status is stable given his situation. He denies inappropriate urges\cognitions. Pt is adjusting better to HCDC. He saw P.O. & will have a hearing in Sept or Oct. Pt has also applied for a MOS (modification of sentence). He continues to seek employment & his attitude is good. His bible studies help him structure time in a positive fashion. No other major problems were presented. Will continue to follow case.

Therapist: Joseph Lubromenck MA, NCC, CPC, PA

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

[illegible staff roster]

Progress Note

Patient Name: Hollis, Gary

Date: 7.19.94 Off Week: ______

Pt. reports general status is adequately stable. He denies inappropriate urges/cognitions. Pt is a bit more relaxed via working on Kit. detail @ HCDC. He continues to seek employment & hopes to have an opportunity to go Port Authority position in Sept. 94. He will also apply for a Modification of sentence seen & his Sept. P.H.. Pt. structures time via bible studies. He will attempt to have Div. contract modified as he does not presently have contact c̄ his son. No other problems were presented. Will continue to follow case.

Therapist: Joseph Lubronowski MA, NCC, CPC, PA

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Progress Note

Patient Name: Mullis, Gary

Date: 7.12.94 Off Week:

Pt. reports general status is adequately stable as he remains @ HCDC. His work detail approval is on hold for medical clearance. He is generally anxious about his incarceration. Pt received his divorce decree on 7.5.94 & is angry about ex wife's demands. He will consult attorney on issue. No new major problems were presented. He denies inappropriate urges\cognitions. Will continue to follow case.

Therapist: Joseph Lubromaneck MA, NCC, CPC, BA

000296

National Institute for the Study, Prevention and Treatment of Sexual Trauma
104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

[illegible]
Fred S. [illegible], BS, MA, MD, PhD, PA
[illegible]
[illegible], MA, MS
[illegible]
Phyllis [illegible], MA
[illegible], MSW, LCSW
[illegible], MA, NCC, CPC
[illegible], MA, MS, CS
[illegible], MA, MS, CS
[illegible], BA, MA
[illegible], PhD
[illegible], BS, MS
[illegible], MA
[illegible]
H. [illegible], PhD, FACCS
[illegible]
[illegible], PhD
[illegible]

# Progress Note

Patient Name: Mullis, Gary

Date: 7·5·99 Off Week: ______

Pt. reports general status is adequately stable. He denies inappropriate urges/cognitions. Pt remains @ MCDC which remains a difficult placement. He continues to seek employment. Pt. has been unable to call his son as the mother will not accept collect phone calls. This is frustrating & mildly depressing for Pt.. He remains involved in bible studies which is helpful. No other problems were presented. Will continue to follow case.

Therapist: [signature] MA, NCC, CPC, BA

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

# Progress Note

Patient Name: Mullis, Gary

Date: 6.28.94 Off Week: ______

Pt. reports general status is adequately stable c̄ anxiety about his incarceration. He denies inappropriate urges/cognitions. Pt. hopes for an early probation of Sept. 94. He is not comfortable about other inmates & fears they may learn of his crime. Rec. he work c̄ counselor & other staff. Pt. continues to seek employment c̄ lt. success. He is involved in bible studies @ HCDC which is comforting. Pt reports some disturbance of sleep pattern. Rec he monitor same & see institutional psychiatrist if problems continue. No other problems were presented. Will continue to follow case.

Therapist: [signature] MA, NCC, CPC, PA

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

[illegible staff roster]

Progress Note

Patient Name: Mullis, Gary

Date: 6·21·94 / Off Week: ______

Pt. is now on minimum security @ Harford Co. Det. Ctr. He is pleased to be back in Tx. Pt. feels a lot safer on min. security vrs. med. security level. He is struggling c̄ securing an acceptable job placement & in being incarcerated. He is not acutely depressed & affect varied to stimulia. Pt. hopes to be paroled Oct. 94 c̄ counselor approval. This is supported c̄ continued therapy. Pt. misses his son & continues to struggle c̄ his divorce which will be complete next wk. No other major problems were presented. Will continue to follow case.

Therapist: Joseph Lehrmanek MA, NCC, CPC, PA

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

# Progress Note

Patient Name: Mullis, Gary

Date: 6·14·94 Off Week: ______

6·14·94:
Pt. did not attend session. He remains in Mont. Co. Det. Ctr.. I spoke to his counselor [REDACTED] who indicates psyc. staff are evaluating his status. [REDACTED], psychologist will contact this therapist regarding his case ASAP. Will continue to follow case & hopefully see in 1 wk.. He is excused from this group session (6·14·94).

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, BA