National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

# Progress Note

Patient Name: Hullis, Gary

Date: 6.7.94 Off Week: ______

Pt. did NOT Attend group session as he awaits WR & therapy release approval. I spoke to his counselor [redacted] regarding case. He is also being followed by [redacted] @ that CTR.

Pt. will have a consult c̄ the psychologist & psychiatrist this wk. This is supported.

He will hopefully be able to attend our clinic on 6.14.94 for his group session.

His classification counselor will closely monitor his progress & inform our office of any concerns. We will do likewise. To hopefully see Pt. in 1 wk..

Therapist: [illegible signature]

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

# Progress Note

Patient Name: Mullis, Gary

Date: 5.31.94 Off Week: ____

Pt. reports general status is marginally stable as he prepares to enter Harford Co. Det. Ctr. on 6.3.94. He has submitted his W.R. documentation & will meet his counselor on 6.6.94. Rec. he have counselor contact this writer regarding Pt. treatment issues / concerns.

He's concerned for his son who is having emotional problems, in part, due to anxiety associated c Pt. forthcoming incarceration.

Pt presents anxiety & depression. He denies suicidal ideation currently.

No other problems were presented. Will continue to follow case & hopefully see in 1 wk.

Therapist: [illegible] [illegible]

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

[illegible staff roster, approximately 50 names with degrees, e.g. "[illegible], BS, MA, MD, PhD, PA"; "[illegible], MA, MS"; "[illegible], MSW, LCSW"; "[illegible], MA, NCC, CPC"; "[illegible], PhD"]

# Progress Note

Patient Name: Mullis, Gary

Date: 5-24-94 Off Week: ______

Pt. reports general status is marginally stable as he approaches the 6-3-94 "incarceration date". He denies inappropriate urges/cognitions. Pt is concerned for his son who by mother's report is anxious & will see a psychiatrist. Pt. is also concerned for his welfare in the detention ctr..

Pt is anxious & depressed. He denies suicidal ideation. We also reviewed his treatment concerns once incarcerated. I told Pt. we would assist in any way possible. No other problems were presented. Will continue to follow case.

Therapist: [signature] MA, NCC, CPC, PA

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director
Fred S. Berlin, BS, MA, MD, PhD, PA

# Progress Note

Patient Name: Mullis, Gary

Date: 5·17·94 Off Week: ______

Pt. reports general status is marginally stable c̄ noted anxiety & fear associated with his forthcoming incarceration (6·3·94) of 18 MTHS. He will reside in the Harford Co. Det. Ctr. & hopefully continue treatment. Pt. will upon release have 5 yrs. probation c̄ treatment. He is depressed & in mild shock. He expressed anger c̄ the court for the "show" they put on during the trial. This is very difficult for Pt. to accept. No other problems were presented. Will continue to follow case.

Therapist: [signature] MA, NCC, LPC

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

[illegible]
Fred S. [illegible], BS, MA, MD, PhD, PA
[illegible]
[illegible], MA, MS
[illegible]
[illegible], MA
[illegible], MSW, LCSW
[illegible], MA, NCC, CPC
[illegible], MA, MS, CS
[illegible], MA, MS, CS
[illegible], BA, MA
[illegible], PhD
[illegible], BS, MS
[illegible], MA
[illegible]
H. [illegible], PhD, FACCS
[illegible]
[illegible], PhD
[illegible]

Progress Note

Patient Name: Mullis, Gary

Date: 5.10.94 Off Week:

Pt. reports general status is marginally stable. He denies inappropriate urges/cognitions of a sexual nature & suicidal content. Pt is anxious as he awaits 5.12.94 sentencing trial. He is depressed c̄ feelings of shame & remorse. Pt. continues to hold onto the fantasy of healing his marriage & family. He is attempting to remain positive about his future. No other problems were presented. Will continue to follow case.

Therapist: Joseph Sehnmanecke MA, NCC, CPC, [illegible]

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Progress Note

Patient Name: Mullis, Gary

Date: 5.3.94 Off Week: ______

Pt. reports general status is marginally stable. He denies inappropriate sexual urges/cognitions. Pt continues to seek employment w/o success.

His primary concern is sentencing hearing on 5.12.94. Pt displays depression & anxiety. He currently denies suicidal ideation. Pt. views self as an victim of an uncaring system. He continues to struggle c̄ the rejection of wife & friends. Pt. presents remorse, shame & poor self esteem. Incarceration for any duration is not seen as necessary for this person, and may well put him on a path that he is not able to travel ie. major depressive episode c̄ potential suicide risk. Will continue to closely monitor case. To see in 1wk.

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, PA.

National Institute for the Study, Prevention and Treatment of Sexual Trauma
104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

[illegible staff roster]

Progress Note

Patient Name: Hulks, Gary

Date: 4.26.94 Off Week:

Pt. reports general status is adequately stable. He denies inappropriate urges/cognitions. Pt continues to seek employment & has an interview c̄ the Container Corp. of America this wk. He's anxious about trial in 2wks. & fears that he will be placed in DOC/PRS. Pt continues to attend church and is "trying to put his life & future together". No other problems were presented. Will continue to follow case.

Therapist: Joseph Lehrmann MA, NCC, CPC

National Institute for the Study, Prevention and Treatment of Sexual Trauma
104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Progress Note

Patient Name: Hollis, Gary

Date: 4.19.94 Off Week: ______

Pt. reports general status is adequately stable. He denies inappropriate urges/cognitions. Pt. continues to seek employment, as the DAP Co. position is not working well. He was only called to work 2 days last wk. Pt also fears the Crown service station position may not be an option. He is frustrated ē employment issue/opportunities but continues to seek same. Church activity is going well & is a primary support system for this person. He's depression varies. Pt. continues to hold concern for his family & is having a difficult time accepting his abuse of the step son. He continues to hold self anger/hate for same. H.W. Re. he write letter to wife for discussion. No other problems were presented. To see in 2 wks.

Therapist: Joseph Lubinsmaneck MA NCC CPC PA

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

# Progress Note

Patient Name: Hollis, Gary

Date: 5.2.94 Off Week: ________

Pt. is seen for individual therapy session. He reports general status as marginally stable. Pt. denies inappropriate urges \ cognitions of a sexual nature. He continues to seek employment c̄ lt. success. Pt is using physical & relaxation exercises to reduce stress c̄ lt. benefit. Home area is stable.

Pt. struggles c̄ depression. He experiences intermittent suicidal ideation w/o a plan. Pt. feels he will not presently act on same. He fears being incarcerated for even a minimal time. Pt. recounted a recent assault & death @ Harford Co. Det. Ctr. & is frightened this could happen to him. He views possible incarceration as his "~~[illegible]~~ total failure". The hearing is on 5.12.94. Pt. believes incarceration would be unfair & yet another step back. Will continue to closely

(OVER)

Therapist: Joseph Luhrmaneck MA, NCC, CPC, ~~[illegible]~~

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

[illegible]
Fred S. [illegible], BS, MA, MD, PhD, PA
[illegible]
[illegible], MA, MS
[illegible]
[illegible], MA
[illegible], MSW, LCSW
[illegible], MA, NCC, CPC
[illegible], MA, MS, CS
[illegible], MA, MS, CS
[illegible], BA, MA
[illegible], PhD
[illegible], BS, MS
[illegible], MA
[illegible]
[illegible], PhD, [illegible]
[illegible]
[illegible], PhD
[illegible]
[illegible], BA
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible], MA, BS, JD
[illegible]
[illegible]
[illegible], PhD
[illegible], BS
[illegible], PhD
[illegible]
[illegible], PhD
[illegible]
[illegible], MD
[illegible], PhD
[illegible], PhD
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

# Progress Note

Patient Name: Mullis, Gary

Date: 5-12-94 Off Week: ____

Note:

Pt. had a phone consult regarding his hearing this AM. He will be incarcerated for 18 MTHS in a Co. Det. Ctr. Pt is depressed but denies thoughts of self harm. He feels unjustly treated by an unhearing system c̄ a moderate victim stance. Pt. has decided to D/c individual Tx. to save funds. He will continue group therapy qw.

To see on 5-17-94 for group session.

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, PA.

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

INDIVIDUAL TX. Notes.

Progress Note

Patient Name: Mullis, Gary

Date: 3.24.94 Off Week: ______

initial individual session: P.1 of P.

Pt. is seen for initial individual treatment session. He will continue to attend group therapy qw & as directed @ our CTR..

Pt. had been in treatment c̄ [redacted] from June 93 to Feb. 94. He wanted to see this writer as Pt. felt "a need for a fresh look @ his sexual disorder on a one to one basis".

Pt reports general status is adequately stable. He denies inappropriate urges / cognitions.

Pt. continues to seek employment w/o success. Family / home area is stable, where his father & a few friends are supportive.

He is mildly to moderately depressed about his current status c̄ noted anxiety about the future. Pt. continues to ruminate over his losses ie, wife, family, employment, home, community respect & self respect.

He fears incarceration as he awaits his sentencing hearing.

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, PA.

National Institute for the Study, Prevention and Treatment of Sexual Trauma
104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA
[illegible]

Progress Note

Patient Name: Mullis, Gary

Date: 3-24-94 Off Week:

cont. P2 of P

Most recently Pt. is frustrated @ not being selected for the Port Authority position. He fears his offense may dissuade employers from hiring him. Pt. has a natural need to have others believe his remorse & shame.

Pt reviewed his inappropriate sexual contact c̄ adopted son [redacted] which occurred for 7 MTHS. approx. 12 times. The activity focused on genital touching & fellatio on the victim. Pt. continues wk. supervised visitation c̄ his son; which is of major importance to him.

Pt. states he never had sexual thoughts about his son prior to or after the 7 MTH. period. We also reviewed some factors related to same i.e. isolation, failing marriage, lack of communication c̄ Adults, general stress, loneliness, inadequacy, impulsivity & confusion.

(OVER)

Therapist: Joseph Luhrmaneck MA, NCC, CPC, PA.

National Institute for the Study, Prevention and Treatment of Sexual Trauma
104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

# Progress Note

Patient Name: Mullis, Gary

Date: 4.4.94 Off Week: ______

P.1 of P.2

Pt. is seen for individual treatment session. He reports general status is adequately stable. Pt. denies inappropriate urges / cognitions. He has secured a part time temporary position c̄ [redacted] and is hopeful about same. Home area is stable, however stressful as Pt. & father await his MAY 12, 1994 hearing. Pt. completed treatment list & used his personal journal.

He reports depression varies. Anxiety is present. Pt. continues to struggle c̄ wife's decision for D/C marriage after 10 yrs. He has not had the opportunity to express his remorse to her which troubles Pt. He did evaluate the poor communication problem & isolation during the marriage as factors related to his behavior. Pt. continues to have difficulty accepting the loss of "lifestyle" & uncertainty of his future.

Therapist: Joseph Luhrmanck MA, NCC, LPC, PA

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

[illegible]
Fred S. Berlin, BS, MA, MD, PhD, PA
[illegible staff roster]

Progress Note

Patient Name: Hullis, Gary

Date: 4.4.94 Off Week: ____

cont. P.2 of P.2

Pt. reviewed in detail the 1st instance of sexual abuse c̄ his adopted son. Pt was 40 y/o & the boy was 6 y/o. We also evaluated the questionable & inappropriate behaviors which served AS A precursor to the abuse.

The Pt. would take A shower c̄ the boy "to save time in the evening". At times he would feel uncomfortable c̄ same. Especially on the occasions Pt. had an erection during the washing of his sons genitalia. This activity started 1½ to 2 MTHS. prior to the abuse.

It was soon after that the son asked Pt. if he could sleep c̄ him "as he didn't want to be in A dark room". The boy then asked Pt. if he (Pt) would perform fellatio. This shocked Pt. & he initially replied "no ... that this was not Right". Later that PM he (Pt.) agreed to the behavior. Pt. did masturbate as he performed oral sex on the boy.

Therapist: Joseph Luhrmaneck MA, NCC, CPC, PA

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

[illegible]
Fred S. [illegible], BS, MA, MD, PhD, PA
[illegible]
[illegible], RN, MS
[illegible]
Phyllis [illegible], MA
[illegible], MSW, LCSW
Joseph [illegible], MA, NCC, CPC
[illegible], RN, MS, CS
Shelly [illegible], RN, MS, CS
[illegible], BA, MA
[illegible], PhD
[illegible], BS, MS
Lisa [illegible], MA
[illegible]
H. [illegible], PhD, FACCS
[illegible]
Greg [illegible], PhD
[illegible]
[illegible], BA
[illegible]
[illegible]
Sharon [illegible]
[illegible]
[illegible]
Mary Ann [illegible], RN, BS, JD
[illegible]
[illegible]
[illegible], PhD
[illegible], BS
[illegible], PhD
[illegible]
[illegible], PhD
H. [illegible]
[illegible], MD
[illegible], PhD
A. [illegible], PhD
[illegible], MS
Wayne P. [illegible], EdD, ECSP
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible], MD
P. [illegible]
[illegible], MD
[illegible], MD
[illegible]
[illegible], MD
[illegible]

Progress Note

Patient Name: Hullis, Gary

Date: 4-4-94 Off Week:

cont. P.3 of P.3

Pt. afterwards felt guilt, shame & remorse. He did not discuss the issue c̄ anyone. Two days later Pt. engaged in behavior again c̄ the boy. Pt. felt that "it was then too late to D/c behavior". No other problems were presented during the session. To see for individual session in 2wks..

Therapist: Joseph Fuhrmanek MA, NCC, CPC, PA

G. Hollis
4·4·94

TREATMENT GOALS

TO HELP DETERMINE WHAT CAUSED THE SEXUAL
DISORDER AND DETERMINE HOW IT RELATES
TO OTHER CASES & CONTROL OF URGES.

HELP TO ENCOURAGE SELF CONFIDENCE & BETTER
TO DEAL WITH DIGNITY & SELF PRIDE
TO OVERALL PROMOTE POSITIVES - IN OVERALL
PHYSICAL & MENTAL ASPECTS OF FUTURE
GOALS.

DETERMINE WHAT COMMUNICATIONS CAN BE
ESTABLISHED TO REVERSE FAMILY FEELINGS
& FRIENDS TO BEST WORK TO ACCOMPLISH
GOALS.

DETERMINE HOW TO TAKE WHAT HAS HAPPENED
AND HOW TO APPLY IT FROM BEING A
COMPLETE DISASTER TO PROVING TRUST

000316

National Institute for the Study, Prevention and Treatment of Sexual Trauma
104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

# Progress Note

Patient Name: Hollis, Gary

Date: 5.2.94 Off Week:

Pt. is seen for individual therapy session. He reports general status is marginally stable. Pt. denies inappropriate urges \ cognitions of a sexual nature. He continues to seek employment c̄ lt. success. Pt is using physical & relaxation exercises to reduce stress c̄ lt. benefit. Home area is stable.

Pt. struggles c̄ depression. He experiences intermittent suicidal ideation w/o a plan. Pt. feels he will not presently act on same. He fears being incarcerated for even a minimal time. Pt. recounted a recent assault & death @ Harford Co. Det. Ctr. & is frightened this could happen to him. He views possible incarceration as his "~~Ht~~ total failure". The hearing is on 5.12.94. Pt. believes incarceration would be unfair & yet another step back. Will continue to closely

(OVER)

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, PA

National
Institute
for the Study,
Prevention and
Treatment of
Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

*[masthead roster of names — illegible]*

Progress Note

Patient Name: Mullis, Gary

Date: 4.18.94          Off Week: _____

Pt. is seen for individual Tx session. He reports general status @ best is adequately stable. He denies inappropriate urges / cognitions. Pt. has been using his personal journal to express himself. Anxiety is generally elevated due to job insecurity & forthcoming trial. Pt reports depression varies, headaches & nausea are increased.

He has only worked two days last wk. & continues to seek other employment opportunities ie. Crown service station.

Rec. Pt. begin relaxation & physical exercise program.

He continues to display concern for his son & exwife. Pt struggles c̄ "accepting he has sexually abused his son." We began to evaluate some of the factors related to AN + increased & excessive sex drive. (OVER)

Therapist: Joseph Subromaneck / MA, NCC, CPC, PA

000318

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Group Tx. notes.

Progress Note

Patient Name: Mullis, Gary

Date: 4.19.94 Off Week: ______

Pt. reports general status is adequately stable. He denies inappropriate urges \ cognitions. Pt. continues to seek employment, as the [redacted] position is not working well. He was only called to work 2 days last wk. Pt also fears the Crown service station position may not be an option. He is frustrated c̄ employment issue / opportunities but continues to seek same. Church activity is going well & is a primary support system for this person. His depression varies. Pt. continues to hold concern for his family & is having a difficult time accepting his abuse of the step son. He continues to hold self anger \ hate for same. H.W. Rec. he write letter to wife for discussion. No other problems were presented. To see in two wks.

Therapist: Joseph Lehrmanek MA, NCC, CPC, PA

National
Institute
for the Study,
Prevention and
Treatment of
Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

## Progress Note

Patient Name: Mulls, Gary

Date: 4.26.94                    Off Week:

Pt. reports general status is adequately
stable. He denies inappropriate urges/
cognitions. Pt. continues to seek
employment & has an interview c̄ the
Container Corp. of America this wk.
He is anxious about trial in 2 wks.
& fears that he will be placed in Doc /FPRS
Pt. continues to attend church and is
"trying to put his life & future together"
No other problems were presented.
Will continue to follow case.

Therapist: Joseph Luhromaneck / MA, NCC, CPC, ??

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director
Fred S. Berlin, B.S., M.A., M.D., Ph.D., P.A.
[illegible]

# Progress Note

Patient Name: Mullis, Gary

Date: 5.3.94 Off Week: ______

Pt. reports general status is marginally stable. He denies inappropriate sexual urges / cognitions. Pt continues to seek employment w/o success.

His primary concern is sentencing hearing on 5.12.94. Pt displays depression & ANXiety. He currently denies suicidal ideation. Pt. views self as a victim of an uncaring system. He continues to struggle c̄ the rejection of wife & friends. Pt presents remorse, shame & poor self esteem.

Incarceration for any duration is not seen as necessary for this person, and may well put him on a path that he is not able to travel ie. major depressive episode c̄ potential suicide risk. Will continue to closely monitor case. To see in 1wk.

Therapist: Joseph [signature] MA, NCC, CPC, PA

FROM STAFF MEETING MARCH 22, 1994:

Gary Mullis: will be seen for individual sessions gow by Joe in addition to group gow.

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Associate Director:
Kathryn Thomas, RN, MS

Therapists:
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Andrea Kaiso, RN, MS, CS
Shelly Lane, RN, MS, CS
Katherine Meyers, BA, MA
Randy Miller, PhD
Melissa A. Mulazim, BS, MS
Luis Rosell, MA

Consultant:
H. Martin Malin, PhD, FACCS

Research Associate:
Greg Lehne, PhD

Research Assistant:
Patricia Anthony, BA

Administrative Staff:
Maggie Rader
Sharon Dean
Bernadine Missouri

Chief Legal Counsel:
Mary Ann Berlin, RN, BS, JD

Board of Advisors:
William Arlaz
Judith Becker, PhD
Gail Bernstein, BS
Richard Berenson, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meltsner
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Joanna Rappaport, MD
Robert L. Spitzer, MD
Gary Stromer, Esq.
Frank L. Kratz, MD
Henry M. Wagner, Jr., MD
Phyllis Wood, BA, MAT

Progress Note

Patient Name: Mullis, Gary

Date: 3.15.94 Off Week: ______

Pt. reports general status is adequately stable. He denies inappropriate urges / cognitions. Pt reports a slight decrease in depression. He remains self critical c̄ self anger. Pt is anxious about forthcoming hearing & the outcome of his potential Port Authority position. He continues to evaluate other job options. Pt. continues to analyze factors related to his sexual abuse of son. No other problems were presented. Will continue to follow case.

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, BA

National Institute for the Study, Prevention and Treatment of Sexual Trauma

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Associate Director:
Kathryn Thomas, RN, MS

Therapists:
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Katherine Meyers, BA, MA
Randi Miller, PhD
Mutee A. Muhazim, BS, MS
Luis Rosell, MA

Consultant:
H. Martin Malin, PhD, FACCS

Research Associate:
Greg Lehne, PhD

Research Assistant:
Patricia Anthony, BA

Administrative Staff:
Maggie Rider
Sharon Dean
Bernadine Missouri

Chief Legal Counsel:
Mary Ann Berlin, RN, BS, JD

Board of Advisors:
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Maisbaumer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Tickner, Esq.
Frank L. Vaicer, MD
Henry H. Wagner, Jr., MD
Phyllis Ward, BA, MAT

Progress Note

Patient Name: Mullis, Gary

Date: 2.22.94 Off Week: ______

Pt. reports general status is marginally stable c̄ noted intermittent depression & ANXiety associated with his legal status. He denies suicidal ideation. Pt. further denies inappropriate urges/cognitions. He is hopeful about a job interview he had c̄ the Port Authority as a dispatcher. Pt. continues to work c̄ his attorney in preparation for the 3/9/94 hearing. Rec. he have the attorney contact Dr. Berlin's office should he need additional information. Pt. has "flashbacks" & guilt associated with the abuse of his son. He has not seen the boy for 2wks. & misses the contact. Pt. hopes for a future reconciliation c̄ his exwife & son. Pt. may need a short term course of antidepressant medication. Will continue to monitor his (over)

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, BA.

National Institute for the Study, Prevention and Treatment of Sexual Trauma
104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

[illegible staff roster]

Progress Note

Patient Name: Hullis, Gary

Date: 4.12.94 Off Week: ______

Pt. reports general status is stable. He denies inappropriate urges / cognitions. Pt continues temporary \ part time employment c̄ the DAP Co. He met c̄ PSI evaluator & I spoke to her RE: his status on 4.11.94. Pt continues to show concern for his family & difficulty c̄ the loss. No other problems were presented. Will continue to follow case.

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, PA