# The National Institute For The Study

### Prevention and Treatment of Sexual Trauma

PATIENT NAME: _Mullis, Gary_

DATE: _11.2.93_

| Date | Time | |
|------|------|--|
| | | |
| | | The attending physician was available and continues to provide supervision for the patients on an ongoing basis. |
| | | |
| | | Progress Note            ☐ Off Week |
| | | Pt. reports general status is adequately stable. He denies inappropriate ideas / cognitions. Pt is anxious & very concerned about the outcome of his trial on 10/8/93. He continues to hold a negative self image & self suggr. Pt. continues to participate in individual Tx. which is supported. No other problems were presented. Will continue to follow case. |
| | | |

Therapist Signature  _J. Juhrmanach_          M000876cpc

# The National Institute For The Study

### Prevention and Treatment of Sexual Trauma

PATIENT NAME: _Mullis, Gary_

DATE: _11·9·93_

| Date | Time | |
|------|------|---|
| | | |
| | | The attending physician was available and continues to provide supervision for the patients on an ongoing basis. |
| | | |
| | | Progress Note                                    ☐ Off Week |

Pt. reports general status is stable. He denies inappropriate usual cognitions. Pt. reports his trial has been postponed until 1994 as the States Attorney continues to work on a plea bargain proposal. He remains anxious about same. Pt. visited c̄ his 7y/ son (victim) in a supervised setting last wk. He is concerned as his ex-wife is "trying to turn the boy against him". He is both angry & concerned for his ex-wife. He continues to grieve the "loss of his family". Pt. displays — increased insight regarding his present status. Rec. he use a personal journal to focus on same. No other problems — were presented. Will continue to follow case.

Therapist Signature: J. Juhromanach   M000877cpc 7

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Director:
Fred S. Berlin, BS, MA, MD, PhD, PA

Associate Director:
Kathryn Thomas, RN, MS

Therapists:
Phylis Burke, MA
Pamela Cook, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Andrea Ludd, RN, MS, CS
Shelly Luna, RN, MS, CS
Katherine Meyers, BA, MA
Randi Meier, PhD
Myron A. Multunas, BS, MS
Lisa Bones, MA

Consultant:
H. Martin Malin, PhD, FACCS

Research Assistant:
Greg Lesnes, PhD

Research Assistant:
Patricia Anderson, BA

Administrative Staff:
Maggie Reed
Sharon Does
Bernadette Matthews

Chief Legal Counsel:
Mary Ann Kenos, RN, BS, JD

Board of Advisors:
William Arter
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
George Bonn, Esq.
James Breiling, PhD
H. Jerome Brecke, M. Esq.
James L. Cavanaugh, Jr. MD
Dean Fenderar, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Huss, EdD, NCSP
Thomas Aux
Fay Honey Knopp
Richard Laurin, Esq.
Malissa Alesandrine
Hon. Thomas A. Mackenzie
Jerome G. Miller, DSW, LCSW
John C. Norman, MD
P. Gayle Q Catherson, PsyD
Joann Bachmann, MD
Robert L. Sadoff, MD
Gary Rehmer, Esq.
Frank L. Kranc, MD
Harlop M. Wagner, Jr., MD
Phyllis Ward, BA, MAS

## Progress Note

Patient Name: Nullis, Gary

Date: 3.24.94                Off Week: _____

INITIAL individual session :                    P.1 of P.

Pt. is seen for initial individual treatment session. He will continue to attend group therapy q.w. & as directed @ our CTR.
Pt. had been in treatment c̄ ████ from June 93 to Feb. 94. He wanted to see this writer as Pt. felt "a need for a fresh look @ his sexual disorder on a one to one basis."
Pt. reports general status is adequately stable. He denies inappropriate urges / cognitions. Pt. continues to seek employment w/o success. Family / home area is stable, where his father & a few friends are supportive.
He is mildly to moderately depressed about his current status c̄ noted anxiety about the future. Pt. continues to ruminate over his losses i.e., wife, family, employment, home, community respect & self respect.
He fears incarceration as he awaits his sentencing hearing.

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, BA.

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

Clinician:
Fred S. Berlin, BS, MA, MD, PhD, PA

Assistant Director:
Kathryn Loomes, RN, MS

Therapist:
Phyllis Berns, MA
Patricia Love, MSW, LCSW
Joseph Luhrmaneck, MA, NCC, CPC
Andrea Adams, RN, MS, CS
Shelly Lewis, RN, MS, CS
Kathleen Meyers, BA, MA
Ronda Meier, PhD
Melissa A. Monahan, BS, MS
Lisa Brown, MA

Consultants:
H. Martin Malin, PhD, FACCS

Resource Assessment:
Greg Lehne, PhD

Resource Assessment:
Patricia Anderson, BA

Administrative Aide:
Maggie Bider
Sharon Onah
Bernadette Montuori

Chief Legal Counsel:
Mary Ann Kiriak, BA, BS, JD

Board of Advisors:
William Arias
Judith Becker, PhD
Gail Edmondson, BS
Richard Berendzen, PhD
Gerald Reyes, EdD
James Breiling, PhD
H. Jerome Andrews, RN, EdD
James L. Cunningham, Jr., MD
David Fessler, PhD
A. Nicholas Groth, PhD
Ray Abramowitz, MS
Wayne P. Hunt, EdD, MCSP
Thomas Katz
Fay Honey Knopp
Richard Limoge, EdD
Michael Montemarano
Hon. Thomas J. Moorman
Jerome G. Miller, DSW, LCSW
Joan G. Hanson, MD
P. Gayle Callahan, PsyD
Joan Breuninger, MD
Robert A. Sachse, MD
Gary Bulman, BA
Frank A. Kannel, MD
Harvey L. Wurtman, Jr., MD
Rodrigo Ion, DA, MA

## Progress Note

Patient Name: Mullis, Gary

Date: 3.24.94          Off Week: _____

cont:                                    P 2 of P

Most recently Pt. is frustrated @ not being selected by the Port Authority position. He fears his offense may dissuade employers from hiring him. Pt. has a natural need to have others believe his remorse & shame.

Pt. reviewed his inappropriate sexual contact ē adopted son ███████ which occurred by 7 MTHS. approx. 12 times. The activity focused on genital touching & fellatio on the victim. Pt. continues wk. supervised visitation ē his son; which is of major importance to him.

Pt. states he never had sexual thoughts about his son prior to or after the 7 MTH. period.

We also reviewed some factors related to same ie: isolation, failing marriage, lack of communication ē Adults, general stress, loneliness, inadequacy, impulsivity & confusion.

(OVER)

Therapist: Joseph Luhrmaneck, MA, NCC, CPC, BA.

000379

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phyllis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Katherine Meyers, BA, MA
Randi Miller, PhD
Mutee A. Mulazim, BS, MS
Luis Rosell, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Ruler
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finkelhor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meisheimer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

Progress Note

Patient Name: Mullis, Gary

Date: 11·19·93          Off Week: _____

Pt reports general status is stable. He denies inappropriate urges / cognitions. Pt continues to seek employment & has an interview c̄ Federal Express co in Dec. 94. His depression varies, in part due to concern for his son who "may be acting out sexually in his neighborhood". His exwife per Pt's attorney informed the States Attorney of same recently. Pt. has Lt. direct communication c̄ exwife or son. He is feeling guilt about his prior behavior c̄ son. His remorse is seen as genuine. No other problems were presented. Will continue to follow case

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, PA.

000380

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phylis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fehrmaneck, MA, NCC, CPC
Andrea Kelso, RN, MS, CS
Shelly Lurie, RN, MS, CS
Katherine Meyers, BA, MA
Randi Miller, PhD
Mutoe A. Mutuzm, BS, MS
Luis Rosall, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Rider
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Ariez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Finklehor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Melshamer
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phylis Ward, BA, MAT

**Progress Note**

Patient Name: Mullis, Gary

Date: 11/23/93          Off Week: _____

Pt. reports general status is stable. He denies inappropriate urges/ cognitions. Pt. continues to seek employment ē H. success. His trial has been scheduled for Feb. 94. His attorney is hopeful. Pt. will see son (victim) on Sat. for one hr. supervised visitation. He remains concerned for the boys welfare ē "possible sexual acting out in neighborhood". Pt. wants to be close to son or help whenever he can. He feels strong remorse & guilt about his behavior. No other major problems were presented. Will continue to follow case.

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, PA.

000381

**National Institute for the Study, Prevention and Treatment of Sexual Trauma**

104 E. Biddle Street
Baltimore, MD 21202
Phone: (410) 539-1661
Fax: (410) 539-1664

**Director:**
Fred S. Berlin, BS, MA, MD, PhD, PA

**Associate Director:**
Kathryn Thomas, RN, MS

**Therapists:**
Phylis Burke, MA
Pamela Cade, MSW, LCSW
Joseph Fuhrmaneck, MA, NCC, CPC
Andrea Kelso, RN, MS, CS
Shelly Lane, RN, MS, CS
Katherine Meyers, BA, MA
Randi Miller, PhD
Mutee A. Mutazim, BS, MS
Luis Rosall, MA

**Consultant:**
H. Martin Malin, PhD, FACCS

**Research Associate:**
Greg Lehne, PhD

**Research Assistant:**
Patricia Anthony, BA

**Administrative Staff:**
Maggie Ridel
Sharon Dean
Bernadine Missouri

**Chief Legal Counsel:**
Mary Ann Berlin, RN, BS, JD

**Board of Advisors:**
William Artez
Judith Becker, PhD
Gail Berendzen, BS
Richard Berendzen, PhD
Gerald Boyle, Esq.
James Breiling, PhD
H. Jerome Briscoe, III, Esq.
James L. Cavanaugh, Jr., MD
David Funkishor, PhD
A. Nicholas Groth, PhD
Roy Hazelwood, MS
Wayne P. Hunt, EdD, NCSP
Thomas Kirk
Fay Honey Knopp
Richard Lawlor, Esq.
Michael Meishenner
Hon. Thomas J. Middleton
Jerome G. Miller, DSW, LCSW
John C. Nemiah, MD
P. Gayle O'Callaghan, PsyD
Jonas Rappeport, MD
Robert L. Spitzer, MD
Gary Ticknor, Esq.
Frank L. Valcor, MD
Henry N. Wagner, Jr., MD
Phyllis Ward, BA, MAT

**Progress Note**

Patient Name: Mull, Gary

Date: 11/30/93            Off Week: _____

Pt. reports general status is marginally stable c̄ increased depression. He is lonely & the holidays are exacerbating this condition. It is difficult for Pt. to accept his sexual abuse of son. He is not comfortable about children secondary to shame. Pt experienced one episode of suicidal ideation w/o a plan last wk. He presently denies same. Pt is frustrated as he continues to not succeed in his job search efforts. He reviewed his families dysfunctional Hx. c̄ comment on his development. Pt. is also concerned as he fears neighbors/attorneys are leary of his presence in the community. No other problems were presented. Will continue to follow case.

Therapist: Joseph Fuhrmaneck MA, NCC, CPC, PA.

# NATIONAL INSTITUTE FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA
## INDIVIDUAL TREATMENT PLAN - SEXUAL DISORDERS PATIENTS

**PATIENT'S NAME:** Gary Mullis                    9 M

**DATE ITP COMPLETED:** 3·8·99

**DATE OF FIRST GROUP ATTENDANCE:** 8·10·93

**THERAPIST:** Fuhrmann

**PATIENT'S LIVING ARRANGEMENTS:** Lives z wife

**CONTACT PERSON (OPTIONAL):** ⊕

**CURRENT MEDICATIONS:** ⊕

**COLLATERAL TREATMENT:** ⊕

**LEGAL STATUS:** Probation

**DIAGNOSIS - AXIS I:** H/o Pedophilia 8 type. Non Exclusive. H/o Adj. Ds. z Depressed

**DIAGNOSIS - AXIS II:** Dependent Personality Traits by Hx. ( Anx. Mood.

**DIAGNOSIS - AXIS III:** H/o Hypertension

**DIAGNOSIS - AXIS IV:** Economic . Occupational

**DIAGNOSIS - AXIS V:** 80

*The following five point system is meant to be an estimate of how much progress has been achieved on each goal and to direct treatment for the next six months.*

## PRIMARY GOALS

| OVERALL GOALS | SPECIFIC OBJECTIVES | METHODS |
|---|---|---|
| 1. Discontinue inappropriate sexual behavior.<br><br>1    2    3    ④ + 5<br>No progress    Much progress<br><br>Rating by therapist | Admit to all inappropriate sexual behavior.<br><br>Take responsibility for inappropriate sexual behavior.<br><br>Disclose inappropriate sexual fantasies, attitudes and beliefs. ✓ | Personal Inventory<br><br>Ongoing self-disclosure ✓<br><br>Sexual history<br><br>Presenting sexual history to group<br><br>Individual/group discussion of responsibility ✓ |
| Therapist comments: | | |

000383

| | | |
|---|---|---|
| 2. Identify, challenge and change dysfunctional thinking patterns; e.g: denial, minimizations, etc.<br><br>1    2    3    4   ⑤<br>No progress      Much progress<br><br>Rating by therapist | Identify defense mechanisms and thinking errors used to maintain dysfunctional thinking patterns.<br><br>Reduce defensiveness which interferes with the therapy process.<br><br>Revise cognitive distortions and dysfunctional thinking process and fantasies.<br><br>Reduce inappropriate sexual arousal. | Individual/group therapy involving disclosure about assaultive/compulsive fantasies, thoughts and behaviors<br><br>Personal Inventory<br><br>Medication (as needed)<br><br>Rational-emotive therapy (identifying cognitive distortions and irrational thoughts and developing more realistic and healthy ways of perceiving and thinking ✓<br><br>Education on defense mechanisms, criminal thinking, rational-emotive therapy, etc.<br><br>Medication as needed |

Therapist comments:_____
_____
_____

| | | |
|---|---|---|
| 3. Identify inappropriate sexual behavior pattern/cycle.<br><br>1    2    3    4   ⑤<br>No Progress      Much Progress<br><br>Rating by therapist | Identify precursors to inappropriate sexual behavior (attitudes, emotions, thoughts, behaviors). ✓<br><br>Identify non-sexual motivations underlying inappropriate sexual behavior. ✓<br><br>Identify situational factors which may have contributed to inappropriate sexual behavior. ✓<br><br>Identify inappropriate sexual behavior and post-inappropriate sexual behavior thinking and behavior in detail. ✓<br><br>Disclose and discuss sexual fantasies, use of erotica, etc. ✓ | Education on sexual disorders, paraphilias<br><br>Individual/group therapy (practice ongoing self-disclosure, receiving/ integrating feedback, listening to others, giving feedback) ✓<br><br>Sexual history<br><br>Develop list of triggers. ✓ |

Therapist comments:_____
_____
_____

2

000384

| 4. Develop victim empathy and understanding of consequences of behavior. | Demonstrate awareness of the impact of sexually inappropriate behavior upon victims. | Education on victim impact (lectures, video, reading, etc.) |
|---|---|---|
| 1    2    3    4    ⑤<br>No progress    Much progress<br><br>Rating by therapist | Build conscience; develop sense of guilt over wrongdoing.<br><br>Make amends either indirectly or directly.<br><br>Demonstrate ability to empathize with others. | Individual/group therapy to discuss victim impact  √<br><br>Explore one's inappropriate sexual behavior from the victim's perspective<br><br>Letter to victim (if appropriate)<br><br>Family Therapy (if appropriate) |

Therapist comments: _____
_____
_____

| Develop a relapse-prevention plan | Identify high risk situations (both external and internal).    V | Individual/group therapy addressing identification of high risk situations and development of interventions |
|---|---|---|
| 1    2    3    ④ +  5<br>No progress    Much progress<br><br>Rating by therapist | Develop interventions to prevent progression to sexually inappropriate behavior.    √ | Relapse prevention education through lectures, workbooks, etc.<br><br>Identify and develop a support system.    V<br><br>Develop relapse-prevention strategies    ✓ |

Therapist comments: _____
_____
_____

000385

NOTE:  The following are considered additional goals, methods and objectives for sex offender treatment programming.  They may be necessary and appropriate for some patients.  (Note N/A if not applicable to patient.)

## ADDITIONAL GOALS

| OVERALL GOALS | SPECIFIC OBJECTIVES | METHODS |
|---|---|---|
| 1.  Address chemical dependency issues through twelve step program or other professional substance abuse treatment program (for those who are chemically dependent).<br><br>1    2    3    4    5<br>No progress      Much Progress<br><br>Rating by therapist. | Maintain abstinence from mood-altering chemicals. | Education about disease concepts of chemical dependency and other chemical dependency topics<br><br>Chemical dependency therapy group<br><br>Chemical dependency assignments; chemical history; list of consequences of one's abuse of chemicals; self-assessment; completion of first five steps of AA/NA<br><br>Involvement in AA/NA<br><br>Urine for toxicology<br><br>Ongoing twelve step work<br><br>Medications |

Therapist comments:_____N/A_____

| 2.  Develop responsible, supportive relationships.<br><br>1    2    3    4    ⑤<br>No progress      Much progress<br><br>Rating by therapist | Examine current relationships with peers and one's pattern of relating to others.   ✓<br><br>Improve communication and relationship skills.   ✓ | Education on the nature of healthy, supportive, non-exploitive and non-violent relationships.<br><br>Form relationships with other community members.  ✓<br><br>Demonstrate skills at conflict resolution<br><br>Social skills training<br><br>Assertiveness training   ✓<br><br>Anger management training<br><br>Sexuality education |

4

Therapist comments: _____

_____

_____

---

| 3. Address family of origin work.<br><br>1   2   3   4   5<br>No progress     Much progress<br><br>Rating by therapist | Education on family of origin issues (include incest, adult children of alcoholics, etc.).<br><br>Explore dynamics in family of origin.<br><br>Become aware of and begin healing process surrounding issues in one's family of origin. | Individual/group therapy involving disclosure about family of origin and history of personal victimization<br><br>Family therapy if possible and appropriate |

Therapist comments: _N/A_____

_____

---

| 4. Address family/significant other issues.<br><br>1   2   3   ④+  5<br>No progress     Much progress<br><br>Rating by therapist | Identify family/significant other issues, family/significant other goals.<br><br>Work toward building family structure that will be supportive of patient's treatment goals and will allow confrontation of patient on negative or high-risk behaviors.<br><br>Improve communication patterns within family, with significant other. | Letters to family, concerned relatives and friends<br><br>Discussion of family issues/significant other in group therapy<br><br>Family therapy<br><br>Significant other/couples work |

Therapist comments: _____

_____

_____

---

| ADDITIONAL GOALS | SPECIFIC OBJECTIVES | METHODS |
|---|---|---|
| Continue to improve self esteem | | Grp. Tx. |
| Reconnect w/son \victim in Tx. sessions when possible & Appropriate | | |
| | | |
| | | |
| | | |

000387

*ADDITIONAL CONCERNS:*

Pt. continues to benefit from Tx. experience.
He may relocate z write this yr. due to her career demands.

---

*DISCUSSION OF TREATMENT PLAN WITH PATIENT*

I have discussed this Individual Treatment Plan with ___G. Mullis___ on _3 /30/ 99_
The discussion included the therapeutic goals and the persons responsible for treatments.

___Joe Fuhrmann___                                    _3.30.99_
Psychotherapist Signature                                    Date Signed

---

*PATIENT COMMENTS:*

I have read and understand this Individual Treatment Plan.

___Gary Mills___                                    _3/30/99_
Patient Signature                                    Date Signed

___Denise G. Sawyer___                                    _4-0-99_
Denise G. Sawyer, Office Administrator                                    Date Signed

___                                    _4/4/99_
Fred S. Berlin, M.D., Ph.D., Director                                    Date Signed

6

000388

## NATIONAL INSTITUTE FOR THE STUDY, PREVENTION
## AND TREATMENT OF SEXUAL TRAUMA
## INDIVIDUAL TREATMENT PLAN - SEXUAL DISORDERS PATIENTS

PATIENT'S NAME: _Gary Kullis_

DATE ITP COMPLETED: _1·20·98_

DATE OF FIRST GROUP ATTENDANCE: _8·10·97_          _90w_

THERAPIST: _Fuhrhamek K_

PATIENT'S LIVING ARRANGEMENTS: _Lives ē Parent_

CONTACT PERSON (OPTIONAL): _____

CURRENT MEDICATIONS: _∅_

COLLATERAL TREATMENT: _∅_

LEGAL STATUS: _Probation_

DIAGNOSIS - AXIS I: _Pedophilia ♂ type. Non Exclusive . H/o Adj. Dis. ē Depressed & Anxious Mood ._

DIAGNOSIS - AXIS II: _Dependent Personality Traits_

DIAGNOSIS - AXIS III: _H/o hypertension_

DIAGNOSIS - AXIS IV: _Economic . Occupational . Soc Envir ._

DIAGNOSIS - AXIS V: _(95 enrll)   70_

*The following five point system is meant to be an estimate of how much progress
has been achieved on each goal and to direct treatment for the next six months.*

| PRIMARY GOALS | | |
|---|---|---|
| OVERALL GOALS | SPECIFIC OBJECTIVES | METHODS |
| 1. Discontinue inappropriate sexual behavior. | Admit to all inappropriate sexual behavior. | Personal Inventory ✓ |
| 1    2    3    ④ + 5<br>No progress        Much progress | Take responsibility for inappropriate sexual behavior. | Ongoing self-disclosure ✓ |
| Rating by therapist | | Sexual history |
| | Disclose inappropriate sexual fantasies, attitudes and beliefs. ✓ | Presenting sexual history to group |
| | | Individual/group discussion of responsibility |
| Therapist comments: _____ | | |
| _____ | | |
| _____ | | |

000389

| | | |
|---|---|---|
| 2. Identify, challenge and change dysfunctional thinking patterns; e.g: denial, minimizations, etc.<br><br>1   2   3   ④ + 5<br>No progress      Much progress<br><br>Rating by therapist | Identify defense mechanisms and thinking errors used to maintain dysfunctional thinking patterns.<br><br>Reduce defensiveness which interferes with the therapy process.<br><br>Revise cognitive distortions and dysfunctional thinking process and fantasies. ·<br><br>Reduce inappropriate sexual arousal. | Individual/group therapy involving disclosure about assaultive/compulsive fantasies, thoughts and behaviors<br><br>Personal Inventory ✓<br><br>Medication (as needed)<br><br>Rational-emotive therapy (identifying cognitive distortions and irrational thoughts and developing more realistic and healthy ways of ✓ perceiving and thinking<br><br>Education on defense mechanisms, criminal thinking, rational-emotive therapy, etc.<br><br>Medication as needed |

Therapist comments: _____
_____
_____

| | | |
|---|---|---|
| 3. Identify inappropriate sexual behavior pattern/cycle.<br><br>1   2   3   4   ⑤<br>No Progress      Much Progress<br><br>Rating by therapist | Identify precursors to inappropriate sexual behavior (attitudes, emotions, thoughts, behaviors). ✓<br><br>Identify non-sexual motivations underlying inappropriate sexual behavior. ✓<br><br>Identify situational factors which may have contributed to inappropriate sexual behavior✓<br><br>Identify inappropriate sexual behavior and post-inappropropriate sexual behavior thinking and behavior in detail.<br><br>Disclose and discuss sexual fantasies, use of erotica, etc. ✓ | Education on sexual disorders, paraphilias<br><br>Individual/group therapy (practice ongoing self-disclosure, receiving/ integrating feedback, listening to others, giving feedback) ✓<br><br>Sexual history<br><br>Develop list of triggers. ✓ |

Therapist comments: _____
_____
_____

2

000392

| | | |
|---|---|---|
| 4. Develop victim empathy and understanding of consequences of behavior. | Demonstrate awareness of the impact of sexually inappropriate behavior upon victims. | Education on victim impact (lectures, video, reading, etc.) |
| 1____2____3____4____⑤<br>No progress        Much progress | Build conscience; develop sense of guilt over wrongdoing. | Individual/group therapy to discuss victim impact  ✓ |
| Rating by therapist | Make amends either indirectly or directly. | Explore one's inappropriate sexual behavior from the victim's perspective |
| | Demonstrate ability to empathize with others. | Letter to victim (if appropriate) |
| | | Family Therapy (if appropriate) |

Therapist comments:_____
_____
_____

| | | |
|---|---|---|
| Develop a relapse-prevention plan | Identify high risk situations (both external and internal).  ✓ | Individual/group therapy addressing identification of high risk situations and development of interventions |
| 1____2____3____④ + 5<br>No progress        Much progress | Develop interventions to prevent progression to sexually inappropriate behavior.  ✓ | Relapse prevention education through lectures, workbooks, etc. |
| Rating by therapist | | Identify and develop a support system.  ✓ |
| | | Develop relapse-prevention strategies  ✓ |

Therapist comments:_____
_____
_____

3

000393

000394

NOTE: The following are considered additional goals, methods and objectives for sex offender treatment programming. They may be necessary and appropriate for some patients. (Note N/A if not applicable to patient.)

## ADDITIONAL GOALS

| OVERALL GOALS | SPECIFIC OBJECTIVES | METHODS |
|---|---|---|
| 1. Address chemical dependency issues through twelve step program or other professional substance abuse treatment program (for those who are chemically dependent).<br><br>1　2　3　4　5<br>No progress　　Much Progress<br><br>Rating by therapist. | Maintain abstinence from mood-altering chemicals. | Education about disease concepts of chemical dependency and other chemical dependency topics<br><br>Chemical dependency therapy group<br><br>Chemical dependency assignments; chemical history; list of consequences of one's abuse of chemicals; self-assessment; completion of first five steps of AA/NA<br><br>Involvement in AA/NA<br><br>Urine for toxicology<br><br>Ongoing twelve step work<br><br>Medications |

Therapist comments: ___N/A___

| OVERALL GOALS | SPECIFIC OBJECTIVES | METHODS |
|---|---|---|
| 2. Develop responsible, supportive relationships.<br><br>1　2　3　④+　5<br>No progress　　Much progress<br><br>Rating by therapist | Examine current relationships with peers and one's pattern of relating to others. ✓<br><br>Improve communication and relationship skills. ✓ | Education on the nature of healthy, supportive, non-exploitive and non-violent relationships.<br><br>Form relationships with other community members. ✓<br><br>Demonstrate skills at conflict resolution<br><br>Social skills training<br><br>Assertiveness training ✓<br><br>Anger management training<br><br>Sexuality education |

4

000395

000396

Therapist comments:_____

_____

_____

| 3. Address family of origin work.<br><br>1   2   3   4   5<br>No progress     Much progress<br><br>Rating by therapist | Education on family of origin issues (include incest, adult children of alcoholics, etc.).<br><br>Explore dynamics in family of origin.<br><br>Become aware of and begin healing process surrounding issues in one's family of origin. | Individual/group therapy involving disclosure about family of origin and history of personal victimization<br><br>Family therapy if possible and appropriate |

Therapist comments:___N/A_____

_____

_____

| 4. Address family/significant other issues.<br><br>1   2   3  ④+ 5<br>No progress     Much progress<br><br>Rating by therapist | Identify family/significant other issues, family/significant other goals.<br><br>Work toward building family structure that will be supportive of patient's treatment goals and will allow confrontation of patient on negative or high-risk behaviors.<br><br>Improve communication patterns ✓ within family, with significant other. | Letters to family, concerned relatives and friends<br><br>Discussion of family issues/significant other in group therapy ✓<br><br>Family therapy<br><br>Significant other/couples work |

Therapist comments:_____

_____

_____

| ADDITIONAL GOALS | SPECIFIC OBJECTIVES | METHODS |
|---|---|---|
| Improve self esteem | | Grp. Tx. |
| Reconnect ē Son \ Victom in Tx. sessions when possable & appropriate. | | "     " |
| Harry in 1998 | | Grp. Support |
| Because need for Approval by others. | | "     " |

000397

000398

**_ADDITIONAL CONCERNS:_**

Pt continues to struggle c self identity as separate from prior inappropriate sexual behavior pattern. He is proactive in rebuilding a new life. Pt is honest & genuine in his efforts to grow.

---

**_DISCUSSION OF TREATMENT PLAN WITH PATIENT_**

I have discussed this Individual Treatment Plan with ___G. Mullis___ on _1_ /_20_ /_98_.
The discussion included the therapeutic goals and the persons responsible for treatments.

_____        ___1·20·98___
Psychotherapist Signature                    Date Signed

---

**_PATIENT COMMENTS:_** I continue to put much effort in my sexual thoughts, I continue to realize what I have done. And what must be done to continue my growth and self esteem. I feel at times that strong support by the institute to recognize how to help a pt to adjust back to society in regard to looking with a pt to recognize employers to work with in. Better self esteem and to convince employers on the trust factors of hiring a pt who was been convicted of those offenses. Have self esteem being trusted in the work attempt to help the pt. I want this. I hope...

I have read and understand this Individual Treatment Plan.

_____        ___1/20/98___
Patient Signature                            Date Signed

---

_____        ___4/8/98___
Maria C.P. Haine, M.D.                        Date Signed

_____        ___4-8-98___
Fred S. Berlin, M.D., Ph.D., Director          Date Signed

6

000399