G Mullis

---

# NATIONAL INSTITUTE FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

## SEXUAL DISORDERS PATIENTS - INDIVIDUAL TREATMENT PLAN INSTRUCTIONS - EFFECTIVE JANUARY 1998

---

1. An Individual Treatment Plan (ITP) is completed by the therapists for each patient once each year in January.

2. The same form will be used each time. However, if the therapist is completing an ITP for a patient for the first time, a green copy will be used to indicate that this is the initial ITP. Yellow copies are used to complete subsequent ITPs.

3. Complete the patient's name, diagnoses, etc.

4. Under Overall Goals, Specific Objectives and Methods, circle each item that the patient needs to be working on over the next year. .

5. The therapists can add specific information related to each goal in the sections marked "Therapist comments".

6. If the goal does not apply to the patient, note N/A in the section marked "Therapist comments".

7. The therapist will discuss the ITP with the patient.

8. The therapist will sign the ITP in the space indicated.

9. The patient will be allowed to write his/her comments in the space provided. He/she will be asked to sign same.

10. ITPs for all patients must be competed and forwarded to Denise Sawyer by March 31 of the current year.

11. These will then be forwarded to Dr. Berlin for his review and signature.

12. ITPs are then filed in the patients' medical records.

FILE NAME: C:\WORD\FORMS\ITPS

000402

# NATIONAL INSTITUTE FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA

## INDIVIDUAL TREATMENT PLAN – SEXUAL DISORDERS PATIENTS

**PATIENT'S NAME:** Gary Mullis _(gow Sequency)_

**DATE ITP COMPLETED:** 7·1·97

**DATE OF FIRST GROUP ATTENDANCE:**

**THERAPIST:** Fuhrmanck

**PATIENT'S LIVING ARRANGEMENTS:** Lives ē Father

**CONTACT PERSON (OPTIONAL):**

**CURRENT MEDICATIONS:** None

**COLLATERAL TREATMENT:** None

**LEGAL STATUS:** Probation

**DIAGNOSIS – AXIS I:** Pedophilia 3ª type. Non exclusive. ⁴/o Adj. Dis. ē depressed ē anxious mood.

**DIAGNOSIS – AXIS II:** none

**DIAGNOSIS – AXIS III:** ⁴/o hypertension

**DIAGNOSIS – AXIS IV:** economic, occupational, family.

**DIAGNOSIS – AXIS V:** 90

*The following five point system is meant to be an estimate of how much progress has been achieved on each goal and to direct treatment for the next six months.*

## PRIMARY GOALS

| OVERALL GOALS | SPECIFIC OBJECTIVES | METHODS |
|---|---|---|
| 1. Discontinue inappropriate sexual behavior.<br><br>1   2   3   4   **⑤**<br>No progress    Much progress<br><br>Rating by therapist | Admit to all inappropriate sexual behavior.<br><br>Take responsibility for inappropriate sexual behavior.<br><br>Disclose inappropriate sexual fantasies, attitudes and beliefs. | Personal Inventory<br><br>✓ Ongoing self-disclosure<br><br>Sexual history<br><br>Presenting sexual history to group<br><br>Individual/group discussion of responsibility |

Therapist comments: _____

1

000403

| | | |
|---|---|---|
| 2. Identify, challenge and change dysfunctional thinking patterns; e.g: denial, minimizations, etc.<br><br>1    2    3  ④  5<br>No progress      Much progress<br><br>Rating by therapist | Identify defense mechanisms and thinking errors used to maintain dysfunctional thinking patterns.<br><br>Reduce defensiveness which interferes with the therapy process.<br><br>Revise cognitive distortions and dysfunctional thinking process and fantasies.<br><br>Reduce inappropriate sexual arousal. | Individual/group therapy involving disclosure about assaultive/compulsive fantasies, thoughts and behaviors<br><br>Personal Inventory<br><br>Medication (as needed)<br><br>√Rational-emotive therapy (identifying cognitive distortions and irrational thoughts and developing more realistic and healthy ways of perceiving and thinking<br><br>Education on defense mechanisms, criminal thinking, rational-emotive therapy, etc.<br><br>Medication as needed |

Therapist comments: _____

_____

_____

| | | |
|---|---|---|
| 3. Identify inappropriate sexual behavior pattern/cycle.<br><br>1    2    3  ④  5<br>No Progress      Much Progress<br><br>Rating by therapist | Identify precursors to inappropriate sexual behavior (attitudes, emotions, thoughts, behaviors).<br><br>Identify non-sexual motivations underlying inappropriate sexual behavior.<br><br>Identify situational factors which may have contributed to inappropriate sexual behavior.<br><br>Identify inappropriate sexual behavior and post-inappropropriate sexual behavior thinking and behavior in detail.<br><br>Disclose and discuss sexual fantasies, use of erotica, etc. | Education on sexual disorders, paraphilias<br><br>√Individual/group therapy (practice ongoing self-disclosure, receiving/ integrating feedback, listening to others, giving feedback)<br><br>Sexual history<br><br>√Develop list of triggers.<br>      *ongoing process* |

Therapist comments: _____

_____

_____

2

000404

| | | |
|---|---|---|
| 4. Develop victim empathy and understanding of consequences of behavior.<br><br>1    2    3    4    ⑤<br>No progress        Much progress<br><br>Rating by therapist | Demonstrate awareness of the impact of sexually inappropriate behavior upon victims.<br><br>Build conscience; develop sense of guilt over wrongdoing.<br><br>Make amends either indirectly or directly.<br><br>Demonstrate ability to empathize with others. | Education on victim impact (lectures, video, reading, etc.)<br><br>Individual/group therapy to discuss victim impact<br><br>Explore one's inappropriate sexual behavior from the victim's perspective<br><br>Letter to victim (if appropriate)<br><br>Family Therapy (if appropriate) |

Therapist comments: _____
_____
_____

| | | |
|---|---|---|
| Develop a relapse-prevention plan<br><br>1    2    3    ④    5<br>No progress        Much progress<br><br>Rating by therapist | Identify high risk situations (both external and internal).<br><br>Develop interventions to prevent progression to sexually inappropriate behavior. | Individual/group therapy addressing identification of high risk situations and development of interventions<br><br>Relapse prevention education through lectures, workbooks, etc.<br><br>Identify and develop a support system.<br><br>Develop relapse-prevention strategies. |

Therapist comments: _____
_____
_____

3

000405

NOTE: The following are considered additional goals, methods and objectives for sex offender treatment programming.  They may be necessary and appropriate for some patients.  (Note N/A if not applicable to patient.)

## *ADDITIONAL GOALS*

| *OVERALL GOALS* | *SPECIFIC OBJECTIVES* | *METHODS* |
|---|---|---|
| 1. Address chemical dependency issues through twelve step program or other professional substance abuse treatment program (for those who are chemically dependent). <br><br> 1___ 2___ 3___ 4___ 5 <br> No progress   Much Progress <br><br> Rating by therapist. | Maintain abstinence from mood-altering chemicals. | Education about disease concepts of chemical dependency and other chemical dependency topics <br><br> Chemical dependency therapy group <br><br> Chemical dependency assignments; chemical history; list of consequences of one's abuse of chemicals; self-assessment; completion of first five steps of AA/NA <br><br> Involvement in AA/NA <br><br> Urine for toxicology <br><br> Ongoing twelve step work <br><br> Medications |

Therapist comments:   N/A

| | | |
|---|---|---|
| 2. Develop responsible, supportive relationships. <br><br> 1___ 2___ ③ 4___ 5 <br> No progress       Much progress <br><br> Rating by therapist | Examine current relationships with peers and one's pattern of relating to others. <br><br> Improve communication and relationship skills. | Education on the nature of healthy, supportive, non-exploitive and non-violent relationships. <br><br> ✓ Form relationships with other community members. <br><br> Demonstrate skills at conflict resolution <br><br> Social skills training <br><br> Assertiveness training <br><br> Anger management training <br><br> Sexuality education |

4

Therapist comments: _____

_____

_____

---

| 3. Address family of origin work. | Education on family of origin issues (include incest, adult children of alcoholics, etc.). | Individual/group therapy involving disclosure about family of origin and history of personal victimization |
|---|---|---|
| 1    2    3    4    5<br>No progress        Much progress<br><br>Rating by therapist | Explore dynamics in family of origin.<br><br>Become aware of and begin healing process surrounding issues in one's family of origin. | Family therapy if possible and appropriate |

Therapist comments: ___N/A___

_____

_____

---

| 4. Address family/significant other issues. | Identify family/significant other issues, family/significant other goals. | Letters to family, concerned relatives and friends |
|---|---|---|
| 1    2    3    ④    5<br>No progress        Much progress<br><br>Rating by therapist | Work toward building family structure that will be supportive of patient's treatment goals and will allow confrontation of patient on negative or high-risk behaviors.<br><br>Improve communication patterns within family, with significant other. | Discussion of family issues/significant other in group therapy<br><br>Family therapy<br><br>Significant other/couples work |

Therapist comments: _____

_____

_____

---

| ADDITIONAL GOALS | SPECIFIC OBJECTIVES | METHODS |
|---|---|---|
| Improve self esteem | | Grp. Tx. \ support |
| Continue to dev. healthy union. | | "                " |
| Reconnect c̄ son \ victim in Tx. sessions. | | "                " |
| | | |
| | | |

000407

***DISCUSSION OF TREATMENT PLAN WITH PATIENT***

I have discussed this individual treatment plan with ____G. Mullin____ on _7_/_8_/_97_

The discussion included the therapeutic goals and the persons responsible for treatments.

_____
Psychotherapist Signature

_7·8·97_
Date Signed

---

***PATIENT COMMENTS:*** IT IS MY DETERMINANT GOAL TO SHOW MY EXTREEM CONCERN FOR MY INAPPROPRIATE ACTIVITY FROM 5 YRS AGO, I STRONGLY FEEL I HAVE GOOD CONTROL AND STRONG MENTAL CAPACITY OF WHAT HAS OCCURRED AND WILL CONTINUE TO SHOW MY STRONG DISCONTENT WITH PAST FAILURES AND TO DEMONSTRATE GOOD MORAL AND ETHICAL CHARACTER.

I have read and I understand this Individual Treatment Plan.

_____
Patient Signature

_7_/_8_/_97_
Date Signed

_____
Kate Thomas, R.N., Ph.D., Associate Director

_7/19/97_
Date Signed

_____
Fred S. Berlin, M.D., Ph.D., Director

_7/24/97_
Date Signed

FILE NAME: C:\LOTUS\ITP
REVISED 6/96

6

**000408**

# NATIONAL INSTITUTE FOR THE STUDY, PREVENTION
## AND TREATMENT OF SEXUAL TRAUMA
### INDIVIDUAL TREATMENT PLAN - SEXUAL DISORDERS PATIENTS

PATIENT'S NAME: Gary Mullis

DATE ITP COMPLETED: 1.20.97

DATE OF FIRST GROUP ATTENDANCE: 8.10.93

THERAPIST: Fuhrhmen

PATIENT'S LIVING ARRANGEMENTS: Lives z Father

CONTACT PERSON (OPTIONAL): _____

CURRENT MEDICATIONS: None

COLLATERAL TREATMENT: None

LEGAL STATUS: Probation

DIAGNOSIS - AXIS I: Pedophilia ♂ type. Non exclusive. H/o Adj. Dis z depressed & Anxious Mood

DIAGNOSIS - AXIS II: None

DIAGNOSIS - AXIS III: H/o hypertension

DIAGNOSIS - AXIS IV: Primary support grp. economic. occupational

DIAGNOSIS - AXIS V: 80

*The following five point system is meant to be an estimate of how much progress has been achieved on each goal and to direct treatment for the next six months.*

## PRIMARY GOALS

| OVERALL GOALS | SPECIFIC OBJECTIVES | METHODS |
|---|---|---|
| 1. Discontinue inappropriate sexual behavior.<br><br>1    2    3    ④    5<br>No progress    Much progress<br><br>Rating by therapist | ✓ Admit to all inappropriate sexual behavior.<br><br>✓ Take responsibility for inappropriate sexual behavior.<br><br>✓ Disclose inappropriate sexual fantasies, attitudes and beliefs. ↳ none noted | Personal Inventory<br><br>✓ Ongoing self-disclosure<br><br>Sexual history<br><br>Presenting sexual history to group<br><br>✓ Individual/group discussion of responsibility |

Therapist comments: Pt is in Remission

000409

| 2. Identify, challenge and change dysfunctional thinking patterns; e.g: denial, minimizations, etc. | Identify defense mechanisms and thinking errors used to maintain dysfunctional thinking patterns. ✓ | Individual/group therapy involving disclosure about assaultive/compulsive fantasies, thoughts and behaviors |
|---|---|---|
| 1   2   3   4   ⑤<br>No progress        Much progress<br><br>Rating by therapist | Reduce defensiveness which interferes with the therapy process.<br><br>✓ Revise cognitive distortions and dysfunctional thinking process and fantasies.<br><br>✓ Reduce inappropriate sexual arousal. | Personal Inventory<br><br>Medication (as needed)<br><br>✓ Rational-emotive therapy (identifying cognitive distortions and irrational thoughts and developing more realistic and healthy ways of perceiving and thinking<br><br>Education on defense mechanisms, criminal thinking, rational-emotive therapy, etc.<br><br>Medication as needed |

Therapist comments: *Pt continues to make gains in personal growth.*

| 3. Identify inappropriate sexual behavior pattern/cycle. | ✓ Identify precursors to inappropriate sexual behavior (attitudes, emotions, thoughts, behaviors). | Education on sexual disorders, paraphilias |
|---|---|---|
| 1   2   3   4   ⑤<br>No Progress        Much Progress<br><br>Rating by therapist | ✓ Identify non-sexual motivations underlying inappropriate sexual behavior.<br><br>✓ Identify situational factors which may have contributed to inappropriate sexual behavior.<br><br>✓ Identify inappropriate sexual behavior and post-inapproropriate sexual behavior thinking and behavior in detail.<br><br>Disclose and discuss sexual fantasies, use of erotica, etc. | ✓ Individual/group therapy (practice ongoing self-disclosure, receiving/ integrating feedback, listening to others, giving feedback)<br><br>Sexual history<br><br>✓ Develop list of triggers. *ongoing* |

Therapist comments: _____

2

000410

| 4. Develop victim empathy and understanding of consequences of behavior.<br><br>1   2   3   4  ⑤<br>No progress    Much progress<br><br>Rating by therapist | Demonstrate awareness of the impact of sexually inappropriate behavior upon victims. √<br><br>Build conscience; develop sense of guilt over wrongdoing. √<br><br>Make amends either indirectly or directly. √<br><br>Demonstrate ability to empathize with others. √ | Education on victim impact (lectures, video, reading, etc.)<br><br>Individual/group therapy to discuss victim impact<br><br>Explore one's inappropriate sexual behavior from the victim's perspective<br><br>Letter to victim (if appropriate)<br><br>Family Therapy (if appropriate) |
| Therapist comments: _He is very remorseful & AWARE of Victim issues._ | | |

| Develop a relapse-prevention plan<br><br>1   2   3  ④  5<br>No progress    Much progress<br><br>Rating by therapist | Identify high risk situations (both external and internal). √<br><br>Develop interventions to prevent progression to sexually inappropriate behavior. √ | Individual/group therapy addressing identification of high risk situations and development of interventions<br><br>Relapse prevention education through lectures, workbooks, etc.<br><br>Identify and develop a support system. √<br><br>Develop relapse-prevention strategies √ |
| Therapist comments: | | |

3

NOTE: The following are considered additional goals, methods and objectives for sex offender treatment programming. They may be necessary and appropriate for some patients. (Note N/A if not applicable to patient.)

## ADDITIONAL GOALS

| OVERALL GOALS | SPECIFIC OBJECTIVES | METHODS |
|---|---|---|
| 1. Address chemical dependency issues through twelve step program or other professional substance abuse treatment program (for those who are chemically dependent).<br><br>1    2    3    4    5<br>No progress    Much Progress<br><br>Rating by therapist. | Maintain abstinence from mood-altering chemicals. | Education about disease concepts of chemical dependency and other chemical dependency topics<br><br>Chemical dependency therapy group<br><br>Chemical dependency assignments; chemical history; list of consequences of one's abuse of chemicals; self-assessment; completion of first five steps of AA/NA<br><br>Involvement in AA/NA<br><br>Urine for toxicology<br><br>Ongoing twelve step work<br><br>Medications |

Therapist comments: N/A

| | | |
|---|---|---|
| 2. Develop responsible, supportive relationships.<br><br>1    2    3    ④    5<br>No progress    Much progress<br><br>Rating by therapist | ✓ Examine current relationships with peers and one's pattern of relating to others.<br><br>✓ Improve communication and relationship skills. ✓ | Education on the nature of healthy, supportive, non-exploitive and non-violent relationships.<br><br>Form relationships with other community members.<br><br>Demonstrate skills at conflict resolution<br><br>Social skills training<br><br>✓ Assertiveness training<br><br>Anger management training<br><br>Sexuality education |

4

Therapist comments: _Pt has made gains in dating & Relationship area which is hopeful._

| 3. Address family of origin work.<br><br>1    2    3    4    5<br>No progress        Much progress<br><br>Rating by therapist | Education on family of origin issues (include incest, adult children of alcoholics, etc.).<br><br>Explore dynamics in family of origin.<br><br>Become aware of and begin healing process surrounding issues in one's family of origin. | Individual/group therapy involving disclosure about family of origin and history of personal victimization<br><br>Family therapy if possible and appropriate |
|---|---|---|

Therapist comments: _N/A_

| 4. Address family/significant other issues.<br><br>1    2    3    4    ⑤<br>No progress        Much progress<br><br>Rating by therapist | Identify family/significant other issues, family/significant other goals.<br><br>Work toward building family structure that will be supportive of patient's treatment goals and will allow confrontation of patient on negative or high-risk behaviors.<br><br>Improve communication patterns within family, with significant other. | Letters to family, concerned relatives and friends<br><br>Discussion of family issues/significant other in group therapy<br><br>Family therapy<br><br>Significant other/couples work |
|---|---|---|

Therapist comments: _Pt continues to focus on sons welfare. this is a PRIMARY concern._

| ADDITIONAL GOALS | SPECIFIC OBJECTIVES | METHODS |
|---|---|---|
| _Improve self esteem_ | | _grp. Tx._ |
| | | |
| | | |
| | | |
| | | |
| | | |

5

## *DISCUSSION OF TREATMENT PLAN WITH PATIENT*

I have discussed this individual treatment plan with  GARY Mulliy  on  2 / 11 / 97 .

The discussion included the therapeutic goals and the persons responsible for treatments.

_____
Psychotherapist Signature

_2. 11·97_
Date Signed

---

**PATIENT COMMENTS:**  I Continue To Work To Strve To Show That My Sexual Failure In This Direction was Very Emotional Stressful For Me, If It Had Not Been For The Support And Caring Of The Institute I would Have Been For ever Lost In A world Of Distruction, I Thank God For People Careing I am Determined To Prove My Sincerity & Honesty if Gwen the Chance To show I am OF Good People Character

I have read and I understand this Individual Treatment Plan.

_____
Patient Signature

_2/11/97_
Date Signed

_____
Kate Thomas, R.N., Ph.D., Associate Director

_3/1/97_
Date Signed

_____
Fred S. Berlin, M.D., Ph.D., Director

_3-13-97_
Date Signed

FILE NAME: C:\LOTUS\ITP
REVISED 6/96

6

000414

## NATIONAL INSTITUTE FOR THE STUDY, PREVENTION AND TREATMENT OF SEXUAL TRAUMA
## INDIVIDUAL TREATMENT PLAN

**PATIENT'S NAME:** Gary Mullis

**DATE ITP COMPLETED:** 8·7·96

**DATE OF FIRST GROUP ATTENDANCE:** 8·10·93          9 W

**THERAPIST:** Muhmmanech

**PATIENT'S LIVING ARRANGEMENTS:** Lives ē Father

**CONTACT PERSON:** father

**CURRENT MEDICATIONS:** None

**COLLATERAL TREATMENT:** None

**LEGAL STATUS:**

**DIAGNOSIS - AXIS I:** Pedophilia ♂ type. Non Exclusive. Adj. Dis ē depressed ē Anxious Mood. chronic

**DIAGNOSIS - AXIS II:** None

**DIAGNOSIS - AXIS III:** H/o hypertension.

**DIAGNOSIS - AXIS IV:** Primary support gap. Social Environment. Occupational.

**DIAGNOSIS - AXIS V:** 60

---

## PRIMARY GOALS

| OVERALL GOALS | SPECIFIC OBJECTIVES | METHODS |
|---|---|---|
| 1. Discontinue inappropriate sexual behavior. | √ Admit to all inappropriate sexual behavior. | Personal Inventory |
| | | √ Ongoing self-disclosure |
| 1   2   3   4   ⑤<br>No progress        Much progress | √ Take responsibility for inappropriate sexual behavior. | Sexual history |
| Rating by therapist | | √ Presenting sexual history to group |
| | √ Disclose inappropriate sexual fantasies, attitudes and beliefs. | √ Group discussion of responsibility |

Therapist comments: Pt. is in remission.

000415

| | | |
|---|---|---|
| 2. Identify, challenge and change dysfunctional thinking patterns; e.g: denial, minimizations, etc. | Identify defense mechanisms and thinking errors used to maintain dysfunctional thinking patterns. √ | Group therapy involving disclosure about assaultive/compulsive fantasies, thoughts and behaviors √ |
| 1 2 3 ④ 5 <br> No progress       Much progress <br><br> Rating by therapist | Reduce defensiveness which interferes with the therapy process. <br><br> Revise cognitive distortions and dysfunctional thinking process and fantasies. √ <br><br> Reduce inappropriate sexual arousal. √ | Personal Inventory <br><br> Medication (as needed) <br><br> Rational-emotive therapy (identifying cognitive distortions and irrational thoughts and developing more realistic and healthy ways of perceiving and thinking <br><br> Education on defense mechanisms, criminal thinking, rational-emotive therapy, etc. <br><br> Medication as needed |

Therapist comments: _Pt continues to make gains in Personal growth. Motivation is quite good._

| | | |
|---|---|---|
| 3. Identify inappropriate sexual behavior pattern/cycle. √ | Identify precursors to inappropriate sexual behavior (attitudes, emotions, thoughts, behaviors). √ | Education on sexual disorders, paraphilias |
| 1 2 3 ④ 5 <br> No Progress       Much Progress <br><br> Rating by therapist | Identify non-sexual motivations underlying inappropriate sexual behavior. √ <br><br> Identify situational factors which may have contributed to inappropriate sexual behavior. √ <br><br> Identify inappropriate sexual behavior and post-inappropriate sexual behavior thinking and behavior in detail. √ <br><br> Disclose and discuss sexual fantasies, use of erotica, etc. √ | Group therapy (practice ongoing self-disclosure, receiving/integrating feedback, listening to others, giving feedback) √ <br><br> Sexual history <br><br> Develop list of triggers. √ |

Therapist comments: _Pt continues to evaluate same = some success._

2

| 4. Develop victim empathy and understanding of consequences of behavior. | Demonstrate awareness of the impact of sexually inappropriate behavior upon victims. | Education on victim impact (lectures, video, reading, etc.) |
| | Build conscience; develop sense of guilt over wrongdoing. | Group therapy to discuss victim impact |
| 1    2    3    4    ⑤<br>No progress      Much progress<br><br>Rating by therapist | Make amends either indirectly or directly. | Explore one's inappropriate sexual behavior from the victim's perspecitve |
| | | Letter to victim (if appropriate) |
| | Demonstrate ability to empathize with others. | Family therapy (if appropriate) |

Therapist comments: _Pt is very empathic & remorseful._

---

| Develop a relapse-prevention plan | Identify high risk situations (both external and internal). | Group therapy addressing identification of high risk situations and development of interventions |
| 1    2    3    4    ⑤<br>No progress      Much progress<br><br>Rating by therapist | Develop interventions to prevent progression to sexually inappropriate behavior. | Relapse prevention education through lectures, workbooks, etc. |
| | | Identify and develop a support system. (To focas on) |
| | | Develop relapse-prevention strategies |

Therapist comments: _Pt is aware of R.P.P. options._

3

000417

NOTE: The following are considered additional goals, methods and objectives for sex offender treatment programming. They may be necessary and appropriate for some patients. (Note N/A if not applicable to patient.)

**ADDITIONAL GOALS**

| OVERALL GOALS | SPECIFIC OBJECTIVES | METHODS |
|---|---|---|
| 1. Address chemical dependency issues through twelve step program or other professional substance abuse treatment program (for those who are chemically dependent).<br><br>1___2___3___4___5<br>No progress    Much Progress<br><br>Rating by therapist. | Maintain abstinence from mood-altering chemicals. | Education about disease concepts of chemical dependency and other chemical dependency topics<br><br>Chemical dependency therapy group<br><br>Chemical dependency assignments; chemical history; list of consequences of one's abuse of chemicals; self-assessment; completion of first five steps of AA/NA<br><br>Involvement in AA/NA<br><br>Urine for toxicology<br><br>Ongoing twelve step work<br><br>Medications |

Therapist comments:  N/A

| | | |
|---|---|---|
| 2. Develop responsible, supportive relationships. ✓<br><br>1___2___3___④___5<br>No progress    Much progress  ✓<br><br>Rating by therapist | Examine current relationships with peers and one's pattern of relating to others.<br><br>Improve communication and relationship skills. ✓ | Education on the nature of healthy, supportive, non-exploitive and non-violent relationships.<br><br>Form relationships with other community members.<br><br>Demonstrate skills at conflict resolution ✓<br><br>Social skills training<br><br>Assertiveness training ✓<br><br>Anger management training<br><br>Sexuality education |

4

000418

Therapist comments: _Pt. connects = others via Amateur Radio events._
_He needs to develop more peer friendships & venture_
_toward a dating relationship. He is ANXIOUS about rejection & failure._

| 3. Address family of origin work. | Education on family of origin issues (include incest, adult children of alcoholics, etc.). | Group therapy involving disclosure about family of origin and history of personal victimization |
|---|---|---|
| 1    2    3    4    5<br>No progress    Much progress<br><br>Rating by therapist | Explore dynamics in family of origin.<br><br>Become aware of and begin healing process surrounding issues in one's family of origin. | Family therapy if possible and appropriate |

Therapist comments: ___N/A___

| 4. Address family/significant other issues. | Identify family/significant other issues, family/significant other goals. | Letters to family, concerned relatives and friends |
|---|---|---|
| 1    2    3    4    ⑤<br>No progress    Much progress<br><br>Rating by therapist | Work toward building family structure that will be supportive of patient's treatment goals and will allow confrontation of patient on negative or high-risk behaviors.<br><br>Improve communication patterns within family, with significant other. | Discussion of family issues/significant other in group therapy<br><br>Family therapy = son \ victim<br><br>Significant other/couples work |

Therapist comments: _Pt is very concerned for his son\ victim. He is ANXIous to_
_help the boy in Anyway possable. Pt struggles = the_
_loss of family. this is a very traumatic time for him._

| ADDITIONAL GOALS | SPECIFIC OBJECTIVES | METHODS |
|---|---|---|
| Improve self esteem | | grp. Tx. |
| | | |
| | | |
| | | |
| | | |
| | | |

5

## *DISCUSSION OF TREATMENT PLAN WITH PATIENT*

I have discussed this individual treatment plan with ___GARY Mullis___ on _9_ / _10_ / _96_ .

The discussion included the therapeutic goals and the persons responsible for treatments.


_____          _9/10/96_____
Psychotherapist Signature                         Date Signed

---

**PATIENT COMMENTS:**   I Am Very Pleased With This Group
I Wish I Knew off AT IN My Emely Stages Which
Would Have Been Wae Unlue To Recenize These
Symions Thanks To The Final Stafe For Caeing

_____
_____
_____
_____

I have read and I understand this Individual Treatment Plan.

_____          _9/10/96_____
Patient Signature                                   Date Signed

---

_____          9-22-96
Fred S. Berlin, M.D., Ph.D. - Director            Date

_____          _9/21/96_____
Kate Thomas, RN, Ph.D. - Assistant Director       Date Signed

FILE NAME: C:\LOTUS\ITP
REVISED 6/96

000420

THE NATIONAL INSTITUTE FOR THE STUDY, PREVENTION
AND TREATMENT OF SEXUAL TRAUMA

SIX MONTH TREATMENT PLAN REVIEW

Patient Name Mullis, GARY
Date 10-3-94
Therapist FuhRMANeck
Date of First Group Attendance
8-10-93

SIX MONTH UPDATE: (Include changes in diagnosis, sexual
behavior status, living arrangements, medications, collateral
treatment, frequency of attendance and legal status)

Pt. is currently incarcerated @ the Harford Co. Det. Ctr. for
having sexually molesting his adopted son. He
continues to attend group qw. Pt. is often
anxious about his incarceration, but appears to
adjust to same. He holds mild depression.
Rx. is not indicated presently. His general status
is stable. Pt. has d/c Tx. ē LCSW.
He has a P.H. 1/95. He is not Rx. meds. from this dr..

EVALUATION OF GOALS:

| GOAL# | GOAL | OUTCOME |
|---|---|---|
| * 1. | Pt. continues to control sexual behavior | good |
| * 2. | Pt. continues to increase awareness of triggers etc. | good |
| * 3. | Pt. continues to gain awareness of his sex. abuse | FAIR. |
| * 4. | Pt. attempts to develop a relationship ē step son. | FAIR. |

GOALS TO BE ADDRESSED IN THERAPY NEXT SIX MONTHS:

GOAL #       GOAL                          TARGET DATE

1. (See eval of goals 1 to 4 )          5.95

2. To build self esteem & self worth.    5.95

3. To help Pt. build social/peer support groups upon Release.                         5.95

4. To support Pt. in securing stable employment.  5.95

_____
Therapist

_____
Date  10.3.94

_____
Assistant Director

_____
Date  11/20/94

_____
Director

_____
Date  11/21/94

THE NATIONAL INSTITUTE FOR THE STUDY, PREVENTION
AND TREATMENT OF SEXUAL TRAUMA

SIX MONTH TREATMENT PLAN REVIEW

Patient Name Hullis, Gary
Date 1·16·96
Therapist ~~Tulumanech~~
Date of First Group Attendance
8·10·93

SIX MONTH UPDATE: (Include changes in diagnosis, sexual
behavior status, living arrangements, medications, collateral
treatment, frequency of attendance and legal status)

Pt is again living ē family. He has secured F/T
employment @ ████████████████ continues to explore a
position in dispatching (Fire, Law enforcement) w/o success.
He will begin supervised sessions ē Adopted son &
boys therapist soon. He is on probation. Pt continues
Tx! qw. there remains a mild dysthymia - chronic pattern;
which generally doesn't interfere ē his ability to function.
He continues to struggle ē self worth & wants to
develop a healthy dating union.

EVALUATION OF GOALS:

| GOAL# | GOAL | OUTCOME |
|---|---|---|
| 1. | To improve self worth. | Poor to Fair |
| 2. | To build peer support groups. | Poor to Fair |
| 3. | To secure stable employment. | Good. |
| 4. | To develop a relationship ē step son\ victim. | Poor. |
| 5. | To gain awareness of his sexual abuse. | Fair. |
| 6. | To control inappropriate sexual acts & ↑ awareness of Triggers. | Good. |

GOALS TO BE ADDRESSED IN THERAPY NEXT SIX MONTHS:

GOAL #       GOAL                       TARGET DATE

1. Pls. see 1 to 6 other side.       1·97

2. Develop healthy + dating union    1·97

_____        1·16·96
Therapist                     Date

_____        1/21/96
Assistant Director          Date

_____        3-23-96
Director                    Date

THE NATIONAL INSTITUTE FOR THE STUDY, PREVENTION
AND TREATMENT OF SEXUAL TRAUMA

INDIVIDUAL TREATMENT PLAN

Patient Name _Mullis, Gary_
Date _3.7.94_
Therapist _Fuhrman, K_
Date of First Group Attendance
_8.10.93_

BRIEF HISTORY OF PRESENT ILLNESS:

Pt is a 41 y/o Div. W.M. c̄ a Dx. of Homosexual Pedophilia of the non exclusive type. The Pt. had sexually molested his 5 y/o adopted son from 9.92 to 4.93. He holds concern, remorse & depression assoc. c̄ same.

Diagnosis:
    AXIS I (Clinical syndromes, Major Mental Illness)   ego dystonic PSB
    Homosexual Pedophilia of the non exclusive type.
    Adjustment Disorder c̄ depressed & anxious mood.

    AXIS II (Personality, Developmental Disorders)
        None

    AXIS III (Physical Disorders)
    Hx. of Hypertension, successfully treated c̄ meds.

    AXIS IV (Severity of Psychosocial Stressors)
        4 Severe

    AXIS V (Highest Level of Adaptive Function in Last Year)
        Mod. 55

GOALS TO BE ADDRESSED IN THERAPY NEXT SIX MONTHS:

| GOAL # | GOAL | TARGET DATE |
|---|---|---|
| 1. | To help Pt. control inappropriate sexual behavior. | 3.95 |
| 2. | To help Pt. increase awareness of triggers & dev. a relapse prevention plan. | 3.95 |
| 3. | To help Pt. increase insight into the sexual abuse | 9.94 |
| 4. | To help Pt. dev. a healthy relationship c̄ son on supervised visits. | 3.95 |

000426

DESCRIBE CURRENT SEXUAL BEHAVIORAL STATUS: (include partner/s if any and intimate relationships)

*None currently.*

LIVING ARRANGEMENTS:

*Lives c̄ parents*

MEDICATIONS PRESCRIBED BY NISPTST:

*NONE*

COLLATERAL TREATMENT BY NON-NISPTST PROFESSIONALS:

█████████

FREQUENCY OF ATTENDANCE:

*q w*

LEGAL STATUS:

COURT ORDER_____          CONTACT PERSON_____
PROBATION_____            TELEPHONE #_____
PAROLE_____
NONE_____✓___._____
OTHER_____


_____                    _____3·7·94_____
Therapist            Date

_____                    _____3/19/94_____
Assistant Director   Date

_____                    _____3-24-94_____
Director             Date


000427

000428