IN THE TEXAS COURT
OF CRIMINAL APPEALS

Ex Parte Travis James Mullis

CAPITAL CASE

---

AFFIDAVIT OF MATTHEW MENDEL

Matthew Mendel, being duly sworn, deposes and says:

1. I am a Ph.D. psychologist and testified as an expert in the capital trial of Travis James Mullis in Galveston County.

2. At trial, I testified that Mullis suffered from reactive attachment disorder, which resulted from a series of abandonments he suffered as a child, including when he lost his mother as an infant. A person suffering from this disorder is severely impaired in the capacity to connect or attach with other human beings as psychologically healthy people do. My testimony was based on extensive clinical interviews with Mullis as well as a review of available records.

3. It is my understanding that Mullis was sentenced to death.

4. At no time did an attorney named Wayne T. Hill contact me and let me know that Mullis was considering abandoning his direct appeal or attempting to have his appellate attorneys removed from the case.

5. If a newly-appointed attorney – involved in the case for a period of two months – had contacted me and let me know Mullis was considering having the attorney removed so he could represent himself, and abandoning his appeal, I would have told the attorney that Mullis was probably not able to build the trust required for an attorney-client relationship in the short time

since appointment. Mullis's attachment disorder would have made it very difficult to build the needed trust in this short period of time.

6. Based on my clinical knowledge of Mullis, if I had heard from an attorney that Mullis was considering abandoning his right to appeal, or his right to an attorney to represent him on appeal, I would have suggested that further evaluation was needed to know if Mullis were competent to waive those rights.

7. As noted above, no attorney called me and made this inquiry. No one has asked me about this until now, when attorney Brian Stull contacted me, apparently after Mullis had already been permitted to waive his rights.

Sworn and subscribed to me this

16 day of November 2012

Ashraf F Hatu
NOTARY PUBLIC
Wake County, North Carolina
My Commission Expires November 29, 2016

_____
NOTARY PUBLIC

_____
MATTHEW MENDEL, Ph.D.