MATTER OF:

Travis J. Mullis

| ▓▓▓▓▓▓ | M | W |
|---|---|---|
| DOB | SEX | RACE |

IN THE CIRCUIT COURT

FOR HARFORD COUNTY

SITTING AS JUVENILE COURT

CASE NUMBER: 17742

## PETITION

TO THE HONORABLE, THE JUDGES OF SAID COURT:

This Petition of the Harford County Department of Social Services respectfully alleges the above-named child, under the age of 18 years, is a CHILD IN NEED OF ASSISTANCE and requires guidance, treatment or rehabilitation.

The parents of said child are:

FATHER: Gary Mullis          ADDRESS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

MOTHER: Anne Mullis          ADDRESS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

And the child is/was living with: PARENT X , GUARDIAN____ , CUSTODIAN____ , whose name and address is  Anne Mullis, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ .

The child is presently in SHELTER CARE____ , HOME X , DETENTION____ , and his or her parents, guardians or custodians have/have not been notified of the detention or shelter care.

The grounds for the Petition are as follows:

Travis is a Child in Need of Assistance based on the parents' inability to provide proper care and supervision. Specifically:

1.) On June 3, 1993, this Agency received a Protective Service referral in which Mr. Mullis stated that he was calling, at the request of his therapist, to report inappropriate behavior with his son, Travis, while they took baths together.

2.) On 6/3/93, Mr. Mullis admitted to this worker and to Detective Michael Wheeler, that the abuse began around September, 1992 and occurred over a period of time 6-7 times) and stopped about two month ago. The abuse involved bathing with his son, his son coming into his bed and Mr. Mullis becoming sexually aroused. Mr. Mullis took his son's penis into his mouth. Mr. Mullis denied putting anything into his son's rectum and denied ever abusing any other children. Mr. Mullis stated that his son asked him to take care of his penis because it hurt. Mr. Mullis said he at first refused, then succumbed.

3.) Travis talked to this worker and Detective Wheeler on 6/3/93 about dad touching down around his private area, of bathing with his dad and being in the same bed with him. He said that the touching stopped around St. Patrick's Day. He believed this time to be correct because his mom had a meeting on this day with a group of women. Travis also spoke of his bottom hurting him, to the point where it was hard for him to sit down at school. He would have "gooey gunk" put on his bottom by his parents. He believed it hurt him after a bowel movement. In a therapy session, Travis told his therapist, ▓▓▓▓▓ that he had a secret and could not tell anybody or his daddy would get in trouble - his daddy kisses his worm - Travis told ▓▓▓ ▓▓▓▓ that he hated his dad doing this and told him to stop, but he still did it. ▓▓▓▓▓ confronted Mr. Mullis about the child's revelations and Mr. Mullis said his son likes kisses and he blows on his son's stomach.

In the following therapy session, Travis said he lied about what his father did - it was an April Fool's joke. Travis said he was afraid he would be taken away and put in another house to live.

Mr. Mullis told ▓▓▓▓▓ that he takes baths with his son and Travis crawls into bed ▓▓▓▓▓ told Mr. Mullis this behavior had to stop and needed to be reported to the Department of Social Services.

4.) On 6/4/93, this Agency petitioned the Harford County District Court, Judge Dunnigan, that an Ex-parte Order be issued for the protection from abuse of Travis, minor adopted son of Gary and Anne Mullis, from Gary Mullis. This request was granted.

5.) On 6/11/93, the Ex-parte Order was extended to August 11, 1993 and visitation was to be arranged between Mr. Mullis and Travis, supervised by the Department or its designee. Visits were to begin one week after the hearing of June 11, 1993.

Custody was awarded to Anne Mullis during this period of time.

In addition, Mr. Mullis had arranged to see Dr. Berlin of Johns Hopkins Hospital who is an expert in the field of sexual disorders.

EFFORTS TO PREVENT PLACEMENT:

The Ex-parte Order was initiated in an effort to protect the child, as well as to avoid emergency out of home placement.

SUPPORT:

The issue of support will be referred to the State's Attorney's Office and the Bureau of Support Enforcement.

RECOMMENDATION:

This Agency recommends that Travis be found a Child in Need of Assistance, that supervised visitation continue and that the child and mother remain in counseling with ▓▓▓▓▓ It is further recommended that Mr. Mullis make available to the Court and the Department of Social Services, the name of his therapist, his progress in therapy, and any other pertinent information available from his meetings with Dr. Berlin.

WHEREFORE, your Petitioner respectfully prays that this Court make such findings and pass such Order as may be deemed proper.

Authorized By:                                    Harford County Department of
                                                           Social Services

_Berta M. Bailey, LCSW-C_                         _Annette Boyle_
Social Services Intake Supervisor                 Social Services Worker

WITNESSES

_____

_____

_____

_____

_____

_____


NOTICE OF DISCOVERY: Rule 909 of the Maryland Rules of Procedure allows you to inspect certain portions of the Department of Social Services file in the above captioned matter. If you wish to make such an inspection, call 836-4713, to make an appointment.

NOTICE OF RIGHT OF COUNSEL: You are advised of the right to be represented by counsel at the hearing; you are also advised that upon showing of financial inability to employ counsel, an attorney may be appointed for you in certain cases. Call the Public Defender's Office at 836-4880 immediately if you desire counsel and feel you cannot afford one; appearance in Court without counsel may be treated as a waiver of your right, you are further advised of the right to summons witnesses to appear in your behalf.