## DECLARATION OF DANIEL STEVENSON, ESQ.
## PURSUANT TO 28 U.S.C. § 1746

I, Daniel Stevenson, hereby depose and swear as follows:

1. My name is Daniel Stevenson. I am a lawyer in the homicide unit in the public defender's office in Philadelphia. In 2008, I was assigned to represent Travis Mullis in extradition proceedings. He was wanted for murder in Texas and turned himself in here in Philadelphia.

2. Prior to the extradition hearing in court, I met with Mr. Mullis in the cell room at the Criminal Justice Center in Philadelphia. Mr. Mullis was crying when I walked in to meet with him. He kept saying over and over again how sorry he was that he had killed his baby. He was incredibly remorseful. He did not want to fight extradition. He just wanted to get back to Texas to face his punishment. I explained the extradition process and told him how it would work if he wanted to fight it. He kept crying and said he just wanted to agree to go back.

3. Mr. Mullis and I went into the courtroom and he waived extradition. I also had him fill out a non-waiver of rights form which I served on Sgt. Gary Jones in the courtroom. I was told that he was that he was one of the Texas law enforcement officials involved in the case, and that he was assigned to transport Mr. Mullis back to Texas. The non-waiver of rights form says basically that Mr. Mullis did not agree to be questioned and would not waive his right to counsel or his right to remain silent.

4. After Mr. Mullis returned to Texas, I tried to reach out to the lawyers working on his case in Texas a few times to describe my interactions with Mr. Mullis and to provide them with the non-waiver of rights form. Mr. Mullis' attorneys never returned my phone calls. If they had, I would have told them all of the information above. I would have been willing to testify at Mr. Mullis' trial or suppression hearing if I had been asked.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Date: 7-16-13

_____
Daniel Stevenson