## DECLARATION OF DR. ANTOINETTE MCGARRAHAN
## PURSUANT TO 28 U.S.C. ' 1746

1. My name is Antoinette McGarrahan. I am a licensed psychologist who specializes in forensic psychology and neuropsychology. As part of my forensic practice, I regularly evaluate criminal defendants in Texas, including those facing the death penalty. I have been qualified to testify as an expert in forensic psychology and neuropsychology in Texas courts on numerous occasions.

2. In January of 2011, I performed an evaluation of Travis Mullis, after being retained by defense attorney Gerald Bourque. The evaluation consisted of interviews with Mr. Mullis, records review, and administration of neuropsychological testing.

3. Although the neuropsychological testing did not demonstrate evidence of brain damage, it was my opinion at that time and remains my opinion (based on his clinical history, records, and my interviews) that Mr. Mullis exhibits significant behavioral signs that could be suggestive of deficits in executive functioning. Given his history of severe impulsivity and other behaviors, I expected the testing to show deficits in executive functioning, which, if present, could be indicative of damage to the frontal lobe(s) of the brain, but they did not.

4. I consulted with the defense team about my findings and informed them that I believed that Mr. Mullis was severely emotionally disturbed. He had a

Mullis, Travis                                                                                          2

horrific childhood history, wrought with rejection, abandonment, and attachment issues. The defense team and I discussed the possibility of brain imaging. Consistent with my practice, I informed trial counsel that certain types of imaging, specifically PET (Positron Emission Tomography) and/or SPECT (Single Photon Emission Computed Tomography), are highly sensitive measures that might reflect abnormalities in brain functioning that the paper-and-pencil tests did not. Although I am not qualified to interpret those tests, in my opinion, that type of brain imaging might be able to show a picture of abnormal brain functioning but likely could not elucidate the cause of abnormalities if any were found.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. ' 1746.

*Antoinette McGarrahan*
Antoinette McGarrahan, Ph.D.

7/17/13
Date