02/07/2008 15:24 FAX 9798641525        BRAZORIA CO DA OFFICE                    ☒002/002

**COMPLAINT: ENDANGERING A CHILD**    PC Sec 22.041 F-4        3806 0009

Cause # F016385

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:**

Bond $60,000

BEFORE ME, THE undersigned authority, on this day personally appeared John Blankenship, a credible person, WHO AFTER BEING BY ME DULY SWORN, on oath deposes and says that he has good reason to believe and does believe and charge, based on the following facts, to wit:

On February 1, 2008 your affiant, John Blankenship, a licensed Peace Officer with the State of Texas, employed as Criminal Investigator with the Brazoria County District Attorney's Office, was forwarded a DVD interview of Caren Kohberger, DOB: ███████, which video occurred January 29, 2008 when she was being interviewed by Galveston county law enforcement. Affiant has learned that Caren Kohberger is the biological mother of Alijah James Mullis, white male, DOB: ███████ Affiant is aware that the body of Alijah Mullis was found in Galveston County Texas near an area known as Cherry Hill, by a passerby on the morning of 01/29/2008. Affiant is aware that the death of Alijah Mullis said infant appears to be homicide by blunt force trauma. During the DVD interview with law enforcement, Caren Kohberger, states that Travis Mullis, DOB: ███████, the biological father of Alijah Mullis, was awake all night. She states that he left about 2:00 AM on January 29, 2008, to go to the store. He returned and sometime around the early morning hours of 4:00 AM started by "freaking out." Kohberger stated that Travis Mullis indicated to her that he was having flash backs from being sexually abused as a child and told her that he had to get out of there, meaning the residence that they were staying in Alvin, Brazoria County, Texas, because he might do something to one of the kids. Additionally, Kohberger told the Galveston Officer Sgt. Annie Almendarez, on 01/29/08 during the DVD interview that she was aware also that Travis Mullis besides being sexually abused as a child had also sexually abused a child when Mullis was a juvenile. The baby, Alijah Mullis, according to Kohberger during the interview had been asleep in the morning hours of 01/29/08. Kohberger further indicated to the Officer during the interview she had allowed Travis Mullis to take Alijah Mullis from the residence being aware of Mullis' statement about the kids and his behavior. That apparently according to Kohberger was the last time she was aware that her child was alive. Therefore, that heretofore, on or about the 1st day of January, A.D., 2008, and before the making and filing of this complaint, in the County of Brazoria, State of Texas, that Caren Kohberger did then and there, intentionally, knowingly, recklessly and with criminal negligence, by act or omission engage in conduct that placed Alijah Mullis, a child younger that fifteen years of age in imminent danger of death or bodily injury.

against the peace and dignity of the State.

_[signature]_
**COMPLAINANT**

SUBSCRIBED AND SWORN TO before me this ___1___ day of __February__, A.D., ~~19~~2008

_[signature]_ JP3/2

**NOTARY PUBLIC STATE OF TEXAS**           Approved: _[signature]_

**MY COMMISSION EXPIRES:** _____         (Justice of the Peace Precinct _3_, Place _2_)

2/1/08

(Sworn Probable Cause for Magistrate's Detention Hearing
(Magistrate) __Gordon Starkenburg__

for On-Sight Arrest)