March 28, 2011

CAUSE NO. F016385

IN THE JUSTICE COURT
PRECINCT 3, PLACE 2
BRAZORIA COUNTY, TEXAS

135794

THE STATE OF TEXAS VS. CAREN KOHBERGER
DOB: ▇▇▇▇
OFFENSE: ENDANGERING A CHILD
OFFENSE DATE: 01/29/08

### STATE'S MOTION TO DISMISS

NOW COMES, the State of Texas by and through its Criminal District Attorney, and respectfully requests the Court to dismiss the above entitled and numbers criminal action for the following reason(s):

\_\_\_\_ 1. Evidentiary issues.
\_\_\_\_ 2. The defendant has pled in another case:
\_\_\_\_ 3. The defendant was convicted of the lesser included offense.
\_\_\_\_ 4. The complaining witness has requested dismissal.
\_\_\_\_ 5. The arresting officer has requested dismissal.
\_\_\_\_ 6. The officer in this case did not furnish the required information necessary to file this case.
\_\_\_\_ 7. No certified copy of driving record received.
\_\_\_\_ 8. The co-defendant in this case has pled guilty.
\_\_\_\_ 9. No lab analysis received.
\_\_\_\_ 10. Full restitution made.
\_\_\_\_ 11. Statute of Limitations.
XXX\_ 12. Other: Travis Mullis tried for Capital Murder in Galveston County in death of baby and received death penalty.

WHEREFORE, it is prayed that the above entitled and numbered cause be dismissed.

Respectfully submitted,

JERI YENNE, DISTRICT ATTORNEY
BRAZORIA COUNTY, TEXAS

BY: _(signed)_
Jeri Yenne
Criminal District Attorney

### ORDER

Based upon the request of the State to decline to prosecute and motion of the State to dismiss, the foregoing motion having been presented to me on the \_\_\_ day of _____, 20\_\_\_, is hereby ORDERED DISMISSED.

_____
Judge Presiding

cc: Warrant Div./Jail
Brazoria County Sheriff's Office
Bail Bonds
File