TO THE PHILADELPHIA POLICE *or District Attorneys*
AND/OR DISTRICT ATTORNEY OF
PHILADELPHIA AND/OR DEPARTMENT
OF HUMAN SERVICES EMPLOYEES

    PLEASE BE ADVISED THAT I DO NOT WISH TO WAIVE MY RIGHT TO REMAIN SILENT. I ALSO DO NOT WISH TO SPEAK WITHOUT AN ATTORNEY PRESENT.

    I WISH TO BE REPRESENTED BY A LAWYER. UNTIL SUCH TIME AS I HAVE AN OPPORTUNITY TO FULLY DISCUSS THE DETAILS OF MY CASE WITH MY LAWYER, EITHER APPOINTED OR RETAINED, I STATE THE FOLLOWING TO YOU:

I DO NOT WISH TO BE QUESTIONED OR HAVE ANY DISCUSSION WITH THE POLICE.

I DO NOT WISH TO SPEAK WITH YOU WITHOUT MY ATTORNEY PRESENT.

I DO NOT CONSENT TO A LIE DETECTOR EXAM.

I DO NOT CONSENT TO ANY SEARCH OF MY PERSON OR PROPERTY.

I DO NOT CONSENT TO ANY LINEUP OR OTHER IDENTIFICATION PROCEDURE WITHOUT THE PRESENCE OF MY LAWYER.

*or* I WILL NOT WAIVE OR GIVE UP ANY OF MY RIGHTS UNDER MIRANDA V. ARIZONA, NOR WILL I GIVE UP ANY OF MY PENNSYLVANIA OR *TEXAS* FEDERAL CONSTITUTIONAL RIGHTS EITHER ORALLY OR IN WRITING WITHOUT THE PRESENCE OF MY LAWYER.

| | | |
|---|---|---|
| 2-4-08 | 2:25 PM | *[signature]* |
| DATE | TIME | NAME *Travis Mullis* |
| 2-4-08 | 2:25 PM | |
| DATE | TIME | NAME *Daniel A Stevenson* |

NOTE:    DEFENDER ASSOCIATION OF PHILADELPHIA
            1441 SANSOM STREET
            PHILADELPHIA, PA 19102
            (215) 568-3190

            A LAWYER FROM THE DEFENDER ASSOCIATION CAN BE CONTACTED THROUGH THE ARRAIGNMENT COURT IN THE CRIMINAL JUSTICE CENTER, ROOM B-05 (215-683-7283, 7284 AND 7285).

*Atn: SD Guy Jums*