Name_____    Phone#_____(HOME)
Juror Number_____    _____(CELL)

## CAUSE NUMBER 08CR0333

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | * | **IN THE 122ND DISTRICT COURT** |
| **VS.** | * | **OF** |
| **TRAVIS JAMES MULLIS** | * | **GALVESTON COUNTY, TEXAS** |

## JUROR QUESTIONNAIRE

This is a Capital Murder case where the State is seeking the death penalty. You are a potential juror in this case. This questionnaire is designed to obtain information about your experiences, knowledge, views and opinions of various subjects connected to this case. The Court and lawyers will use your answers to assist them in questioning you. People in our community have different views and perspectives on many topics, and the same holds true for prospective jurors. Please understand that there is no "right" or "wrong" answers to the questions in this questionnaire. You are simply asked to provide honest complete answers. By the use of this questionnaire the jury selection process will be shortened. Later, during questioning by the attorneys, you will be given an opportunity to explain or expand your answers, if necessary.

Because this questionnaire is part of the jury selection process, you must swear that the answers you give are true to the best of your knowledge, and you must fill out the questionnaire by yourself. This is an official court document that will not be used for any other purpose. The information will not be disclosed to any unauthorized person.

There may have been media coverage regarding this case. If chosen as a juror you will have taken an oath that requires you to return a verdict, whatever that verdict is, on the basis of the evidence that you hear in the courtroom and not from some outside source. Therefore, there is nothing wrong with a prospective juror having heard of this case, or having heard of this defendant, however, it is not permissible if what you have heard causes you to have a preconceived opinion that the defendant is guilty or a preconceived opinion as to what punishment the defendant should receive.

Now that you know you may be a juror in this matter, you are instructed not to seek any information from any source about this case.

We anticipate evidence will begin on March 7, 2011 and last no longer than three (3) weeks.

_____
Judge John Ellisor
122nd District Court
Galveston County, Texas

**PLEASE PRINT LEGIBLY**

1.      Full name: _____

2.      In what part of the city or county do you live?
        _____

3.      How long have you lived in Galveston County, Texas? _____

4.      Your zip code: _____

5.      Present marital status:

        Single ___     Married ___     Separated ___     Divorced ___     Widowed ___

6.      Your age: _____

7.      Your date of birth: _____

8.      Birthplace: _____

9.      Your employer: _____

10.     Work address: _____

11.     Length of employment: _____

12.     Title and main job duties _____
        _____

13.     Other than your present occupation, what other types of jobs have you had? _____
        _____
        _____

14.     Where have you lived other than Galveston County, Texas?  List where and when you lived
        there:
        _____

15.     Spouse's name: _____
        Age: _____

16.     Spouse's employer: _____
        Length of employment: _____

2

17.    If you have children, please provide the information below for each child.  Please include information for adult children:

Sex              Age                          School  Or   Employment

_____

_____

_____

_____

18.    Do you think that concern about your children or dependents might distract your concentration if you served as a juror in this case for up to three weeks?
Yes (_____)      No (_____)      Possibly (_____)

19.    What hobbies or activities do you enjoy? _____

_____

20.    What is the highest grade you completed in school? _____

Name of high school: _____

Graduate?  Yes (_____)      No (_____)

If you attended school after high school, please describe the type of school and your major course

of study, including trade and technical school and college courses: _____

_____

21.    Have you ever received any training in the law?
Yes (_____)      No (_____)

If yes please describe: _____

_____

22.    Do you believe that the criminal laws of the United States and the state of Texas relating to criminal defendants are too lenient?
Too Harsh  (_____)   Too Lenient  (_____)

Explain: _____

_____

3

23.   Do you have any difficulty with vision, hearing, or any other disability that would make jury duty a hardship for you? _____

_____

24.   Have you or has your spouse served in the military?   Indicate branch, length or service, date of separation, type of discharge, combat duty, rank or grade held, general duties, places of service:

_____

_____

25.   Have you or has a family member or close friend ever been involved in a criminal case as a defendant, victim, witness, or complainant? Yes (_____)    No (_____)
If Yes, Please Describe: _____

_____

26.   Has a family member or close friend ever been the victim of a violent homicide?

Yes (____)   No (____)
If yes, please describe:

_____

_____

27.   Have you or has a family member or close friend ever been arrested for or charged with an offense above the level of a traffic violation? Yes (_____)    No (_____)
If yes, please describe:

_____

_____

28.   Have you or has a family member or close friend ever been accused of a violent crime?

Yes (____)   No (____)
If yes, please describe:

_____

_____

29.   What do you believe are the main causes of crime among young people in the United States?

_____

_____

4

30.   Are you presently under indictment or legal accusation for any misdemeanor or felony?
      Yes (_____)   No (_____)
      If yes, please describe:

      _____

      _____


30(a) Have you ever been on any type of court ordered probation, or deferred adjudication?
      Yes (_____)   No (_____)
      If Yes, Explain: _____

      _____


31.   Have you ever been arrested or accused of a crime? Yes (_____)   No (_____)
      If Yes, Explain: _____

      _____


32.   Religious preference (Please state denomination and specific church you attend):

      _____


33.   Church offices held and activities other than attendance:

      _____

      _____


34.   Do you have conscientious scruples (religious, moral, or ethical considerations) in regard to the
      infliction of the punishment of death for crime, in a capital case, where the State is seeking the
      death penalty?
      Yes (_____)   No (_____)

35.   Do you have any moral, religious or personal beliefs that would prevent you from returning a
      verdict, which would result in the execution of another human being?
      Yes (_____)   No (_____)

36.   Prior jury service: Civil [Parties Seeking Money Damages] (___) Criminal (___) Both (___)
      Court Martial [Military] (___)   None (___)

      If Criminal:

|                   | Case #1         | Case #2         | Case #3         |
|-------------------|-----------------|-----------------|-----------------|
| Type of case(s):  | _____   | _____   | _____   |
| How long ago?     | _____   | _____   | _____   |

| Reach verdict? | Yes( ) No( ) | Yes( ) No( ) | Yes( ) No( ) |
| Set punishment? | Yes( ) No( ) | Yes( ) No( ) | Yes( ) No( ) |
| Were you the foreman? | Yes( ) No( ) | Yes( ) No( ) | Yes( ) No( ) |

If other than criminal:

When: _____

Type Of Case: _____

37.  Was there anything in your prior jury experience that either upset or agitated you?
Yes (_____)      No (_____)

Please Explain: _____

_____

38.  Other than your prior jury service, have you ever been interested in the outcome of any criminal case?  If so, please state the extent of your involvement.  Has your interest been stimulated through the newspapers, television, books, hearsay or any other manner of communication?
Yes (_____)      No (_____)

If Yes, Please Explain: _____

_____

39.  Have you or your spouse ever been a grand juror?
Yes (_____)      No (_____)

40.  Have you or a relative consulted a psychiatrist or a psychologist?
Yes (_____)      No (_____)

If yes, how long ago and nature: _____

40(a)  Have you are a relative ever been diagnosed with a mental Illness?
Yes (_____)      No (_____)

41.  If you were the one who consulted the psychiatrist or psychologist were you prescribed any medication?

_____

42.   Are you currently taking any medication that would prevent you from giving your full attention to this case? _____

43.   Have you or your spouse, or relative ever received any training in psychiatry or psychology?
Yes (_____)     No (_____)
How do you feel about psychiatrists and psychologists?
_____
_____

44.   Have you, a member of your family or a close friend ever worked or volunteered in any alcohol or drug abuse program that counsels or assists those addicted to alcohol or drugs?
Yes (_____)     No (_____)
If yes, please explain: _____

45.   Have you ever known anyone who had a serious problem as a result of drug use?   What was the problem?
_____
_____

46.   Have you, a family member or a friend ever been associated with or worked with any program that was dedicated to the rehabilitation of persons convicted of crime?
Yes (_____)     No (_____)
If yes, please explain: _____
_____

46(a)   Have you ever visited anyone in jail or prison?
Yes (_____)     No (_____)
If yes, please explain: _____
_____

47.   Do you consider yourself:  Liberal ( ___ )  Conservative ( ___ )  Moderate ( ___ )

48.   What political groups, foundations, and action committees do you belong to or support?
_____

49.   Do you belong to or associate with or donate money to any groups related to the prevention of crime, enforcement of the law or protection of police officers?  (Ex. M.A.D.D., Neighborhood Watch, Crime Victim Group or Police Support Group?)
Yes (_____)     No (_____)

If yes, list: _____

50.   Have you ever had any contact or involvement with the American Civil Liberties Union or any organization opposed to the death penalty?  Yes (____)  No (____)

51.   If you do volunteer work, please indicate the organization and your involvement.

_____

_____

52.   To what civic, professional or fraternal groups or labor unions do you belong?

_____

_____

53.   Have you ever appeared before city council, the legislature, etc.?
Yes (_____)      No (_____)      For What Reason? _____

_____

54.   Have you ever written a "Letter to the Editor"?
Yes (_____)      No (_____)      On What Topic? _____

_____

55.   What types of movies do you like the most?  _____

_____

56.   What is the last book you read? _____

_____

57.   What TV shows do you watch regularly? _____

_____

58.   What magazines and newspapers do you read regularly? _____

_____

59.   Would you describe yourself more as a follower or a leader? _____

60.   What type of situation are you more likely to be a leader? _____

_____

61.  What type of situation are you more likely to be a follower? _____

_____

62.  Name two publicly known <u>men</u> who you admire or respect:

1._____     2._____

63.  Name two publicly known <u>women</u> who you admire or respect:

1._____     2._____

64.  Do you have any friends, acquaintances, or relatives who have applied for positions in law enforcement or have been employees in a law enforcement capacity or have had any training in law enforcement or served in a volunteer capacity – for example:  Police Officer, Constable, Auxiliary Deputy Sheriff, Secretary in Police Department, Etc.?   If "Yes" briefly describe their relationship to you and the dates and nature of the employment and describe your communications with that person touching upon law-related subjects:
Yes (_____) No (_____)
If yes, please explain: _____

_____

65.  Have you ever had an unpleasant experience involving law enforcement?
Yes (_____)     No (_____)
If yes, please explain: _____
_____

66.  Have you ever filed a complaint against a police officer or anyone in law enforcement?
Yes (_____)     No (_____)
If yes, please explain: _____
_____

67.  Do you know anyone who works for the District Attorney's Office or in the Galveston County courthouse? Yes (_____)     No (_____)

If Yes, who and how do you know the person? _____

_____

68.  Do you know anyone in the criminal defense field, including lawyers, investigators, law clerks, paralegals or secretaries?
Yes (_____)     No (_____)     If Yes, Who?_____

69.  Do you know anyone who has been to prison?

Yes (_____)      No (_____)      If Yes, Explain: _____

_____

70.    What is your opinion of prosecutors?_____

_____

71.    What is your opinion of criminal defense attorneys? _____

_____

72.    **Check The One** statement that best summarizes your general views about capital punishment (The Death Penalty).

_____ 1.    I am opposed to capital punishment in all cases, and if I were on a jury I would always vote against the death penalty regardless of how aggravating the facts were.

_____ 2.    I am opposed to capital punishment except in a few cases where it may be appropriate.

_____ 3.    I am neither generally opposed to nor generally in favor of capital punishment.

_____ 4.    I am in favor of capital punishment except in a few cases where it may not be appropriate.

_____ 5.    I am strongly in favor of capital punishment as an appropriate penalty.

73.    Assume you are on a jury to determine the punishment for a defendant who has already been convicted of capital murder. If the law gives you a choice of death, life imprisonment, or some other penalty: **(Check Only One)**

_____ 1.    I cannot vote to assess the death penalty under any circumstances.

_____ 2.    I am opposed to the death penalty but could vote to assess it in a proper case.

_____ 3.    My decision on whether to assess the death penalty would depend upon the facts and circumstances of a particular case.

_____ 4.    I would usually vote for the death penalty in a case where the law allows me to do so.

_____ 5.    I would vote to assess the death penalty in every case that I could.

74.     What do you believe is the <u>One Most</u> important objective of punishment for criminal offenses? Please select only one and explain.

A) Rehabilitation _____        OR        B) Punishment _____

75.     You will find a number of statements below expressing different attitudes toward the death penalty (Capital Punishment).   Place a check in one of the spaces next to each statement indicating whether you more nearly agree or more nearly disagree with the statement.

<u>Agree</u>          <u>Disagree</u>

_____        _____        1.   I think the death penalty is necessary but I wish it were not.

_____        _____        2.   Any person, man or woman, young or old, who commits capital murder should pay with his own life.

_____        _____        3.   The death penalty is wrong, but it is necessary in our imperfect civilization.

_____        _____        4.   The death penalty has never been effective in preventing crime.

_____        _____        5.   I do not believe in the death penalty, but I believe it is necessary.

_____        _____        6.   We must have the death penalty for some crimes.

_____        _____        7.   I do not believe in the death penalty under any circumstances.

_____        _____        8.   The death penalty is not necessary in modern civilization.

_____        _____        9.   Life imprisonment is more effective than the death penalty.

_____        _____        10.  Execution of criminals is a disgrace to civilized society.

_____        _____        11.  The death penalty is just and necessary.

_____        _____        12.  I do not believe in the death penalty, but I do not believe it should be abolished.

_____        _____        13.  The death penalty gives the criminal what he deserves.

_____   _____   14. The State cannot teach the sacredness of human life by destroying it.

_____   _____   15. The death penalty is justified only for premeditated murder.

_____   _____   16. The death penalty should be available as punishment for more crimes than it is now.

76. Please circle the one that best describes you.  I consider myself someone who:

    a.      holds strong opinions and sticks to my beliefs

    b.      makes up my mind but will listen to others' opinions

    c.      listens to others before making up my mind

    d.      is easily swayed by others' opinions

77. Please circle the one that best describes you.  I believe the death penalty in Texas is used:

    a.      too often

    b.      an appropriate amount of time

    c.      not often enough

78. In your own words please describe your personal beliefs about the death penalty:

_____

_____

How long have you held these beliefs about the death penalty?

_____

_____

Have you ever felt differently about the death penalty than you do now?   If yes, please explain:

_____

_____

If applicable, does your spouse or partner agree with your views on the death penalty?

_____

_____

If not, do you believe this difference will affect your ability to decide a penalty based on the facts and law independently and in a manner that is fair to both sides?

_____

_____

Do you believe the death penalty in Texas is applied fairly?   If no, please explain why:

_____

_____

79.     Have you heard of any of the following attorneys?

        Donna Cameron, Asst. District Attorney     Yes(____)    No(____)
        Kayla M. Allen, Asst. District Attorney    Yes (   )   No (____)
        Lyn McClellan, Asst. District Attorney    Yes(____)   No(____)
        Robert K. Loper, Crim. Defense Attorney  Yes(____)   No(____)
        Gerald Bourque, Crim. Defense Attorney  Yes(____)   No(____)

80.     Is there anything about your job, family, or health that would affect your service as a juror?
Yes (_____)     No (_____)     If Yes, Explain: _____

_____

80(a)   Do you want to be a juror in this case?
Yes (_____)     No (_____)         Why / Why not?

_____

_____

81.     Please list below anything you believe the court or attorneys should  know  that  you  think  is important with reference to your ability to serve as a juror in this or any other criminal case. After the jury is selected, presentation of evidence is expected to begin March 7, 2011, and last approximately two weeks.

_____

_____

_____

82.     Should the Court need to contact you, what is the best telephone number to use?

_____

I hereby certify that the responses and information provided herein are true and correct.

_____
**Juror Signature**

**Juror No.**_____

14