# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| TRAVIS JAMES MULLIS, *Petitioner*, | § § § | |
| vs. | § § | CIVIL ACTION G-13-121 |
| WILLIAM STEPHENS, *Respondent*. | § § § | |

## ORDER

On September 28, 2014, petitioner Travis James Mullis filed an amended petition for a writ of habeas corpus. Dkt. 28. The Court ordered Respondent William Stephens to file an answer. Dkt. 30. Before Respondent could answer, Mullis filed a Motion to Stay and Abey the Federal Habeas Proceeding. Dkt. 31. Mullis asks this Court to suspend all deadlines and administratively close his case so that he can present several issues to the state courts.

Respondent has filed a motion seeking an extension of time to respond to the amended petition. Dkt. 32. Respondent also asks for more time file a response addressing Mullis' motion for a stay. Dkt. 33.

The Court **GRANTS** Respondent's pending motions **IN PART**. The Court will suspend the current briefing schedule. On or before February 26, 2015, Respondent will respond to the motion to stay. After deciding whether to stay the case, the Court will enter a new scheduling order, if necessary, that includes the timing for Respondent to answer the amended petition.

Signed at Houston, Texas on December 23, 2014.

Gray H. Miller
United States District Judge