United States District Court
Southern District of Texas
**ENTERED**
October 24, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TRAVIS JAMES MULLIS, | § | |
| *Petitioner*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-13-121 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| *Respondent*. | § | |

## ORDER

On March 1, 2016, this Court appointed Dr. Timothy James Proctor to evaluate whether petitioner Travis James Mullis is competent to waive federal habeas review. *See* FED. R. EVID. 706 (authorizing the appointment of an expert for the court). Dr. Proctor has completed his evaluation of Mullis. A court-appointed expert "is entitled to a reasonable compensation." FED. R. EVID. 706(c). Dr. Proctor has submitted a report and invoice for payment totaling $9,235. Dr. Proctor's invoice is attached to this Order. The Court finds that Dr. Proctor's invoice is reasonable and that his services have been necessary for a proper determination of the issues in this case.

A district court may tax the "compensation of court appointed experts" as costs pursuant to 28 U.S.C. § 1920(6). The Court assigns the cost for Dr. Proctor's evaluation to be shared equally between the parties. Each party will provide Dr. Proctor $4,617 within a reasonable time.

The Court will hold an evidentiary hearing in this case in which Dr. Proctor will testify. At the conclusion of that hearing, Dr. Proctor will submit an invoice to the parties, and each will pay an equal amount. Dr. Proctor will also submit a copy of his invoice to the Court.

**SIGNED** at **GALVESTON, TEXAS** on October 24, 2016.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

# Price Proctor & Associates LLP

11882 Greenville Ave, Ste. 107
Dallas, TX 75243

(972) 644-8686 / (972) 644-8688 Fax
info@priceproctor.com / www.priceproctor.com

# Invoice

| Date | Invoice # |
|---|---|
| 6/7/2016 | 2516 |

**Bill To**
The Honorable George C. Hanks, Jr.
United States District Court
Southern District of Texas
Galveston Division

Travis James Mullis vs.
William Stephens
Civil Action No.: G-13-121

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 4/6/16 | Review & Analysis of Voluminous Records | 4.00 | 300.00 | 1,200.00 |
| 4/13/16 | Review & Analysis of Voluminous Records Continued | 3.50 | 300.00 | 1,050.00 |
| 4/26/16 | Review & Analysis of Voluminous Records Continued | 1.00 | 300.00 | 300.00 |
| 4/28/16 | Review & Analysis of Voluminous Records Continued | 1.00 | 300.00 | 300.00 |
| 5/2/16 | Review & Analysis of Voluminous Records Continued | 2.00 | 300.00 | 600.00 |
| 5/13/16 | Review & Analysis of Voluminous Records Continued | 1.00 | 300.00 | 300.00 |
| 5/16/16 | Preparation for Evaluation / Travel to Livingston, Texas for Evaluation | 4.50 | 300.00 | 1,350.00 |
| 5/17/16 | Psychological Evaluation & Related Activities | 7.25 | 300.00 | 2,175.00 |
| 5/18/16 | Psychological Test Scoring / Interpreting | 0.25 | 300.00 | 75.00 |
| 5/26/16 | Case Analysis / Report Writing | 1.75 | 300.00 | 525.00 |
| 6/2/16 | Report Writing | 2.00 | 300.00 | 600.00 |
| 6/6/16 | Report Writing | 1.00 | 300.00 | 300.00 |
| 6/7/16 | Report Writing | 1.00 | 300.00 | 300.00 |
|  | Hotel |  | 143.92 | 143.92 |
|  | Meal |  | 16.11 | 16.11 |

Please direct any questions regarding this invoice to
Timothy J. Proctor, Ph.D., ABPP

Tax ID #   26-1589763

**Total** $9,235.03

**Payments/Credits** $0.00

**Balance Due** $9,235.03