United States District Court
For The Southern District of Texas
Galveston Division

United States Courts
Southern District of Texas
FILED
DEC -5 2016
David J. Bradley, Clerk of Court

Travis James Mullis
Petitioner

v.

Lorie Davis
Respondent

Case No 3:13-CV-00121

THIS IS A CAPITAL CASE

Motion To Rescind Previous Motion To Waive Appeal & To Terminate Evidentary Hearing.

To this honorable Court comes now Travis James Mullis Petitioner filing Pro-se. Requesting To Withdraw & Rescind his Previous Motion to Waive Appeal & Terminate Counsel filed on Nov 30th, 2015 (Docket entry 50) and Cancel the evidentary Hearing set for January 9th, 2017. Thereby Allowing Appeals To Continue At This Time.

On November 30th, 2015 The undersigned Petitioner filed with this Court A Motion To Waive Appeal and Terminate Counsel. On December 3rd, 2015 Attorneys for The Respondent filed A Motion To Lift Stay (Docket 51) effectivily, Asking The Court To Allow Procedrys To evaluate Petitioners Pro-se Request. On 12/24/15 Counsel for Petitioner filed an opposing Motion to the Lift of the Stay (See Docket 54)

(over)

On 1/15/16 This Petitioner Pro-se filed a Response in support of The States Motion To Lift The Stay (Docket 56). This Court subsequently set a hearing for 2/12/16 via Teleconference. In This hearing this Court Accepted the Motion by This undersigned petitioner Pro-se and Lifted The Stay for The Purposes of The evaluation To waive. This Court Also Appointed Dr. Timothy Proctor To evaluate This Petitioner for competency.

Since The Feb 12th hearing much dialogue between counsel This Petitioner has ensued. Including evaluation by an Additional expert retained by Counsel. More recently This Petitioner filed a Motion for Discovery requesting To be included in full discovery in Accordance with The Joint Pre hearing Schedule.

After Discovery of Much of This Material and Reports by experts & Declaratory By Lay witnesses in Conjunction with Continued discussions and Consultation with Petitioner Counsel. This Petitioner has determined & Decided To hereby Rescind his Motion To Waive Appeals, And To request That This Court Allow for The Revocation of Said Request and To Cancel The January 9th hearing Allowing the appeal To proceed forward.

While This Petitioner and his Counsel have had at times continuing disagreements as to his competency to make such a decision to waive, we have come to agreements on much more with regards to how to conduct a proper appeal if it was pursued. Part of the competency determination is that the party waiving must have an adequate understanding of his Legal options and the ability to decide upon those. This Petitioner believes he has this competency however additional review with counsel's assistance of other legal options beside waiver and ways to conduct such have led this Petitioner to determine there are better avenues & options to pursue other than waiving. Thereby this Petitioner has decided to pursue such alternative options without waiving at this time.

This Petitioner for the record continues to support his competence to waive and this rescinding of a waiver does not constitute a concession of non-competency. But rather is a part of his making subsequent competent decisions with respect to pursuing them as an alternative to waiving.

(over)

This Petitioner hereby requests that this Court Allow him to Rescind his Motion to Waive Appeals. and Asks this Court to Cancel the January 9th hearing Thereby Allowing this Appeal to Move forward. This Court May elect to reinstate its Previous Stay & Abey or to not do so Allowing the Federal Writ to Proceed at this Courts level. Either way This Petitioner Asks the Court to Allow for the revocation of the Previous request To waive and to Cancel Said hearing. Such hearing now would only waste the Courts Time.

Wherefore Premesis considered, This Petitioner Prays This Court will Grant this Motion To Rescind Previous Motions to waive and Cancel The January 9th hearing Allowing This Petitioner To Proceed with his Appeals. Counsel for Petitioner May file A Similar request Forthcoming. And This undersigned Petitioner Pro se will gladly Speak to The Court via Teleconference if it has Any Questions Forthwith. If the January 9th hearing is not canceled for some reason This Petitioner hereby Waives his right To Attend & Participate in Person or otherwise. As he does not support Such hearing.

Respectfully Submitted,
Travis James Mullis

*T J Mullis*
#999563 / Polunsky Unit

11/30/16

United States Courts
Southern District of Texas
FILED

DEC -5 2016

David ...          ... Court

To The Clerk of Court,

Please ensure This Court receives This "Motion To Rescind Previous motion To Waive and Cancel evidentiary hearing" As soon As possible.

The Case No # is  # 3:13-CV-00121
THIS IS A CAPITAL CASE

This Motion Affects A Potential upcoming hearing which The undersigned Seeks To Cancel and Waive. Therefore Time for This Motion is Time Sensitive To Avoid delays or errors in The Process.

Thank you,
Travis James Mullis
#999563
Petitioner - Pro-se