United States District Court
Southern District of Texas
**ENTERED**
May 15, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| TRAVIS JAMES MULLIS, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. G-13-121 |
| LORIE DAVIS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| *Respondent*. | § | |

## ORDER

The Court **GRANTS** Petitioner Travis James Mullis' unopposed motion for an extension of time. (Docket Entry No. 149). Mullis will file a reply to the pending summary judgment motion on or before **August 1, 2020**.

SIGNED at Houston, Texas, this 15th day of May, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE