UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TRAVIS JAMES MULLIS, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 3:13-CV-121 |
| § | |
| BOBBY LUMPKIN, Director, TDCJ-CID, § | |
| § | |
| Respondent. § | |

## ORDER

On July 20, 2021, the Court entered a Memorandum and Order denying Travis James Mullis' petition for a writ of habeas corpus. (Docket Entry No. 175). The Court also denied Mullis' *pro se* motion to dismiss counsel. Mullis has now filed a *pro se* motion for reconsideration. (Docket Entry No. 177). Among other arguments, Mullis complains that his appointed attorneys will not follow his directions or wishes concerning the future trajectory of this litigation.

Additional insight from the parties would aid this Court's consideration of Mullis' *pro se* motion. Respondent Bobby Lumpkin and Mullis' appointed attorneys may submit any briefing relating to his motion for reconsideration within ten days from the entry of this Order.

SIGNED at Galveston, Texas, this 24th day of August, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE