United States District Court
Southern District of Texas
Galveston Division

United States Courts
Southern District of Texas
FILED
FEB 12 2024
Nathan Ochsner, Clerk of Court

Travis James Mullis
Petitioner

V.

Bobby Lumpkin
Respondent

Case No: 3:13-CV-121

## Motion to Withdraw Prior Motion To Dismiss Counsel & Proceed Pro-se

To this Court Comes now Travis James Mullis Petitioner filing Pro-se this Motion to Withdraw Prior Motion to Dismiss Counsel & Proceed Pro-se. On January 29th, 2024 this Petitioner Mailed to this Court a Motion Seeking to dismiss appointed Counsel & Proceed Pro-se. At this time the Petitioner seeks to Withdraw that Prior Motion.

As this Court has observed Previously this Petitioner has on Several occasions had Conflicts with Counsel over how to Proceed at various Points in the litigation Process. Some of those Conflicts have Come before this Court in the form of Motions to Dismiss Counsel only for them to later be Withdrawn. This is one of those times.

Recently this Petitioner has been experiencing some Personal difficulties outside of legal Matters that have otherwise Unintentionally carried over into legal Matters with Counsel. While this Petitioner does have some legal disagreements with Counsel on some Matters he believes Counsel to be acting in Good faith and that as Such these issues do not Justify Removal of Counsel. While Some disagreements with Counsel remain to be resolved this

Petitioner does not believe Removal to be appropriate. At times when frustration & emotions run high this Petitioner admits to sometimes acting in haste only to reconsider when cooler heads have Prevailed.

This Petitioner has some issues with Counsel that he ultimatley will resolve Privately without need for further Court intervention. Given the current legal status of this case & the legal Potential for the setting of an execution date by the State this Petitioner believes it to be in his best legal interest for Counsel to Remain Appointed. Federal Counsel despite our disagreement at times, ultimatley have a Positive and Productive attorney-client relationship with this Petitioner even as he struggles with some Personal Challenges. Counsel has & continues to make all best efforts above & beyond the call of duty to look out for the best interests of this Petitioner even when his own challenges get in the way.

As such this Petitioner believes it to be in his best legal interests for Counsel to remain Appointed and hereby asks the Court to allow this Petitioner to withdrawl the Prior Motion to Dismiss Counsel so that Counsel can continue doing the honorable work they have done to represent this Petitioner. The Petitioner hereby Apoligizes for any inconvenience this has caused.

Respectfully Submitted,

Travis James Mullis
Petitioner Pro-se

2/6/24

To the Clerk of Court,

Please file the enclosed Motion to Withdraw Prior Motion to Dismiss Counsel with the Court in the following Case

Case No: 3:13-CV-121
This IS A DEATH PENALTY CASE

Your Prompt service would be Greatly Appreciated.

Note to Clerk: When Scanning the Motion into the docket it is 2 Pages (1 Sheet of Paper Double Sided)

Thank You,

*[signature]*

Travis James Mullis
Petitioner Pro-se

Travis Mullis
995603 / Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

5

United States District Court
Galveston Division
Clerks Office
601 Rosenberg Street
RM 411
P.O. Drawer 2300
Galveston, TX 77553-2300

NORTH HOUSTON TX 773
6 FEB 2024 PM 5 L

LEGAL MAIL