United States District Court
Southern District of Texas
**ENTERED**
February 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TRAVIS JAMES MULLIS, § § Petitioner, § § VS. § BOBBY LUMPKIN, Director, TDCJ-CID, § § Respondent. § § | CIVIL ACTION NO. 3:13-cv-121 |

## ORDER

On February 1, 2024, Texas death row inmate Travis James Mullis filed a *pro se* Motion to Dismiss Counsel and Proceed *Pro Se*. (Dkt. 194). Mullis, however, has changed his mind. Mullis has now submitted a Motion to Withdraw Prior Motion to Dismiss Counsel and Proceed *Pro Se*. (Dkt. 195).

The Court **GRANTS** Mullis' motion to withdraw. Mullis' motion to dismiss counsel is **DENIED AS WITHDRAWN**. The Court encourages Mullis to submit all future pleadings through his appointed attorneys.

**SIGNED** and **ENTERED** on this 13th day of February, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE